UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCELLUS BALL,

        Plaintiff,                        Case Number 21-11653

v.                                          Honorable David M. Lawson

CITY OF DETROIT, IAN SEVERY,
DONNA MCCORD, and JASON ADAMS,

        Defendants.
_____/

## ORDER REJECTING STIPULATION TO EXTEND DATES

On May 9, 2022, the parties filed a stipulation to adjourn the Case Management and Scheduling Order and extend by 45 days the discovery and dispositive motion cut-off dates. The Court has reviewed the stipulation and finds that the parties have not provided sufficient reasons for extending the discovery and dispositive motion deadlines. The Court will therefore reject the stipulated adjournment of the scheduling order.

Accordingly, it is **ORDERED** that the parties' stipulation to adjourn the scheduling order and extend the discovery and dispositive motion cut-off dates (ECF No. 25) is **REJECTED.**

                                                    s/David M. Lawson
                                                    DAVID M. LAWSON
                                                    United States District Judge

Dated:  May 12, 2022