## LIST OF EXHIBITS

Exhibit 1    -    Summons and Complaint

Exhibit 2    -    Marcellus Ball Deposition

Exhibit 3    -    Donna McCord Deposition

Exhibit 4    -    Ian Severy Deposition

Exhibit 5    -    Jason Adams Deposition

Exhibit 6    -    Marlon Wilson Deposition

Exhibit 7    -    Donna McCord Garrity Interview

Exhibit 8    -    Ian Severy Witness Interview

Exhibit 9    -    Markala Moore Interview

Exhibit 10   -    Marcellus Ball 2021 IA interview

Exhibit 11   -    Jason Adams Garrity Interview

Exhibit 12   -    Arrests 202.1 - DPD Manual

Exhibit 13   -    Code of Conduct 102.3 - DPD Manual

Exhibit 14   -    Department Rank Structure

Exhibit 15   -    Supervision 101.10-1 - DPD Manual

Exhibit 16   -    Gossiping 102.3-6.15 DPD Manual

Exhibit 17   -    Sergeant Job Description- Job Application

Exhibit 18   -    IA Investigation

Exhibit 19   -    Drop Guidelines-Web

Exhibit 20 - Balls Drop Form

Exhibit 21 - Plaintiff's Answers to RFA

Exhibit 22 - Plaintiff's Answers to Rogs

Exhibit 23 - Text Msg from Ball to Marlon Wilson

Exhibit 24 - US Bankruptcy Court Order_Sept 21

Exhibit 25 - CRTP Form

Exhibit 26 - *Smith v City of Flint*