# Exhibit 2

Marcellus Ball Deposition

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

MARCELLUS BALL,

    Plaintiff,                          Case No. 21-11653
                                       Hon. David M. Lawson
vs.                       Magistrate Judge: Kimberly G. Altman

CITY OF DETROIT, a municipal
corporation, IAN SEVERY, an individual,
DONNA McCORD, an individual, and
JASON ADAMS, an individual,

    Defendants.
_____/

ZOOM VIDEO CONFERENCE DEPOSITION OF MARCELLUS BALL

                 Transcript of the deposition taken in the

above-entitled matter by Zoom video conferencing, on

Wednesday, February 23, 2022 commencing at or about 10:00 a.m.

APPEARANCES:

For the Plaintiff:  JOEL B. SKLAR (P38338)
                    Law Offices of Joel B. Sklar
                    500 Griswold, Suite 2450
                    Detroit, Michigan 48226
                    313.963.4529
                    joel@joelbsklarlaw.com

For the Plaintiff:  TODD RUSSELL PERKINS (P55623)
                    STEPHEN J. CHACKO (P78210)
                    Perkins Law Group, PLLC
                    615 Griswold, Suite 400
                    Detroit, Michigan 48226
                    313.964.1702
                    tperkins@perkinslawgroup.net
                    sjchacko@perkinslawgroup.net

(Continued)

faaeaac1-1da0-4c77-9c59-97049cac519c

Page 2

APPEARANCES: (Continued)

For the Defendants:   ANDRAE D. SMITH (P69153)

                      Letitia C. JONES (P52136)

                      City of Detroit Law Department

                      2 Woodward Avenue, Suite 500

                      Detroit, Michigan 48226

                      313.237.3008 /313.237.3002

                      smithand@detroitmi.gov
                      jonelc@detroitmi.gov

REPORTER BY:          TAMARA A. O'CONNOR
                      CSMR-2656, CER-2656

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 3

1                    TABLE OF CONTENTS

2    WITNESS                                        PAGE

3    Marcellus Ball

4         Examination by Mr. Smith                   5

5         Examination by Mr. Sklar                 186

6         Re-Examination by Mr. Smith              188

7    EXHIBITS                                     MARKED

8    Defendants' Exhibit 1                          17

9      (Notice of Deposition)

10   Defendants' Exhibit 2                          17

11     (Summons and Complaint)

12   Defendants' Exhibit 3                          17

13     (DPD MAS Sheet – Marcellus Ball,

14      Bates 000335)

15   Defendants' Exhibit 4                         167

16     (DROP Election Form, dated 6-17-11)

17   Defendants' Exhibit 5                         163

18     (CBA – City of Detroit and LSA,

19      2014-2019)

20   Defendants' Exhibit 6                         163

21     (Memorandum of Understanding)

22   Defendants' Exhibit 7                          43

23     (DPD Manual – 102.3 Code of Conduct)

24   Defendants' Exhibit 8                          38

25     (DPD Manual – 202.1 Arrests)

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 4

1                     TABLE OF CONTENTS

2                       (Continued)

3   EXHIBITS                                         MARKED

4   Defendants' Exhibit 9                              35

5    (DPD Manual – 101.10 Supervision)

6   Defendants' Exhibit 10                             32

7    (DPD Manual – 101.2 Rank Structure)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 5

```
 1                          Wednesday, February 23, 2022 - 10:01 a.m.
 2                          (Deposition taken by Zoom video
 3                          conferencing.  The term "inaudible" is
 4                          used where audio fades out or audio
 5                          interference causes testimony to be
 6                          unintelligible.)
 7                          REPORTER:  Please raise your right hand.
 8          Do you solemnly swear to tell the truth, the whole truth
 9          and nothing but the truth?
10                          MR. BALL:  I do.
11                           MARCELLUS BALL
12          having been called as a witness, was sworn to testify to
13          the truth, the whole truth and nothing but the truth, was
14          examined and testified as follows:
15                          EXAMINATION
16     BY MR. SMITH:
17     Q    Thank you and good morning, Mr. Ball.  Mr. Ball, please
18          state your full name for the record.
19     A    My name is Marcellus Anthony Ball.
20     Q    And Mr. Ball, I'm just going to go over some preliminary
21          ground rules for this deposition so I can make sure that
22          we're on the same page.  I'm going to ask you some
23          questions and I ask that you answer those questions based
24          on your personal knowledge and that you not guess or
25          speculate.  Do you understand?
```

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 6

1   A   Yes, sir.

2   Q   Okay.  And we have Madame Court Reporter here who's going

3       to be making a transcript of everything we say, so to

4       keep that record clean and clear, I'm going to ask that

5       you give verbal responses using yes or no or whatever the

6       situation may call for, you answer verbally as opposed to

7       with gestures or sounds like ut-huh, ah-huh.

8           That way, we can make sure we have a good

9       record made.  You understand?

10  A   Yes, I do.

11  Q   Okay.  Now, I'm going to make a deal with Mr. Ball.  I

12      want to let me finish my question before you answer and

13      once I complete my question, I will let you finish your

14      answer before I move on to the next question or follow up

15      with anything else.  Can we agree on that?

16  A   That sounds good to me.

17  Q   Okay.  Now, if you don't understand a question or you

18      don't hear a question, I want you to let me know so I can

19      either repeat the question you didn't hear or rephrase

20      the question you didn't understand.  Does that seem fair

21      to you?

22  A   Very.

23  Q   Okay.  Now, also, if you answer a question, I'm going to

24      assume that you understood the question.  Do you

25      understand?

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 7

1   A   Yes, sir

2   Q   Okay.  And if you need a bathroom break, just let me

3       know.  The only issue I have is, we won't – I'll put an

4       objection on the record if there's any bathroom breaks

5       after I've asked a question, but before you answer.  Is

6       that fair?

7   A   Yes.

8   Q   Okay.  Now, are you taking any medication or do you have

9       any kind of medical condition that would interfere with

10      your ability to understand, hear, or answer my questions

11      completely?

12  A   No.

13  Q   Okay.

14          MR. SMITH:  And let the record reflect that

15      this is the deposition of Marcellus Ball taken pursuant

16      to Notice and may be used for all purposes allowable

17      under the Federal Court Rules.

18  Q   (By Mr. Smith)  Now Mr. Ball, in that Notice that was

19      forwarded to your Counsel, you were requested to bring

20      any documents, text messages, things of that sort, that

21      you will be relying on in your deposition today.

22          MR. SMITH:  Brother Counsel, Mr. Ball, did you

23      bring any documents subject to that Notice?

24          MR. SKLAR:  Those were produced, so it was

25      already produced for you.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 8

1            MR. SMITH:  Okay.  Just so we're clear Brother

2      Counsel, we're referencing the text message and the

3      attached letter?

4            MR. SKLAR:  You're asking me?

5            MR. SMITH:  Yes.

6            MR. SKLAR:  Yes.  Whatever the Response to

7      Request for the Production of Documents is what he has.

8            MR. SMITH:  Gotcha.  Okay.

9   Q   (By Mr. Smith)  Then Mr. Ball, what is your date of

10      birth?

11  A   4-1-60.

12  Q   I'm sorry.  I didn't hear you, sir?

13  A   April 1st, 1960.

14  Q   And what's your current age?

15  A   Sixty-one.

16  Q   And what is your educational background beyond high

17      school?

18  A   I have a Bachelor's Degree from Eastern Michigan

19      University and a business certificate from Wayne State

20      University.

21  Q   When did you earn the Bachelor's?

22  A   1986.

23  Q   And do you have any type of military background?

24  A   No, sir.

25  Q   And what's your current address?  You don't have to give

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 9

1       me the address.  Street name and city and zip code will

2       be fine.

3   A   Street name?

4   Q   Yes.  Street name, city and zip code and state will be

5       fine.

6   A   Huntcliff Village Court, Sandy Springs, Georgia.

7   Q   Mr. Ball, what's your home phone number?

8   A   248.508.2754.

9   Q   And given that you're in Georgia, I take it that's a cell

10      phone number?

11  A   Yes, sir.

12  Q   Okay.  So you have no land line?

13  A   No, sir.

14  Q   And Mr. Ball are you currently married?

15  A   No, sir.

16  Q   Ever been married?

17  A   Yes, sir.

18  Q   When were you married?

19  A   I was married from 1996 to 2010.

20  Q   And how did that marriage end?

21  A   In divorce.

22  Q   And how many children do you have Mr. Ball if you have

23      children at all?

24  A   One.

25  Q   Okay.  And where are you currently employed?

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 10

1    A    The City of Atlanta, Office of Investigator General.

2    Q    I'm having a little trouble hearing you.  Did you say

3         City of Atlanta, Office of Investigator General?

4    A    Yes, sir.

5    Q    And what do you do at the City of Atlanta OIG?

6    A    I'm Senior Investigator.

7    Q    And when did you begin your employment with Atlanta's

8         OIG?

9    A    About in November the 19th or 20th, somewhere around that

10        time.

11   Q    And I want to make sure I heard that right.  Did you say

12        November 19th of 2020?

13   A    Nineteenth or 20th of 2021.

14   Q    2021.  Now, in this job with the Atlanta OIG, are you on

15        a salary or are you paid hourly?

16   A    I'm salary.

17   Q    And what is the salary you earn in that particular

18        position?

19   A    Fifty-two thousand dollars a year. ($52,000).

20   Q    And does that particular job that you're in now offer you

21        health care benefits?

22   A    Yes, it does.

23   Q    And is that who you receive health care benefits through?

24   A    Yes, sir.

25   Q    And what type of working hours do you keep in that

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 11

1       position?  Is that like a 9:00 to 5:00 or what does your

2       schedule look like?

3    A  They fluctuate, but mainly 9:00 to 5:00.

4    Q  And about how many hours a week do you work?

5    A  Forty.

6    Q  And do you have the opportunity for overtime in that

7       position?

8    A  Being on salary, we don't get overtime.  It just, you

9       know.

10   Q  Okay.  Now Mr. Ball, do you have any prior experience

11      with depositions?  Have you ever been deposed before?

12   A  Yes, sir.

13   Q  About how many times have you been deposed?

14   A  At least five that I can recall.

15   Q  Let's talk about those depositions.  On the first

16      instance, why were you being deposed?

17   A  On the first incident?

18   Q  The first time you were deposed.  You said you can recall

19      about five incidents.  On the first one you can

20      recall --

21   A  On my – oh, I'm sorry.

22   Q  Yeah, just let me finish the question.  You said you can

23      recall five times that you were deposed.  Tell me about

24      the first time you were deposed.  Why were you deposed in

25      that matter?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 12

1    A    We were being sued.  My crew was being sued by a

2         Defendant.

3    Q    Who is "we?"

4    A    That was like 25 years ago.

5    Q    Okay.

6    A    I can't give you the instance.  All these times were very

7         long times ago.  I was working the streets.

8    Q    Were those depositions related to litigation involving

9         the City of Detroit?

10   A    Well, the City of Detroit.  I was being sued and being

11        represented by the City of Detroit if that's what you

12        want to call it.

13              MR. SKLAR:  Yeah.  Let me object just to lack

14        of foundation.

15              MR. SMITH:  Understood.

16   Q    (By Mr. Smith)  The other incidents that you were

17        deposed, so let me rephrase it this way.  All the

18        incidents that you can recall being deposed in involved

19        your employment with the City of Detroit?

20   A    Correct.

21   Q    And I want to make sure I heard you right.  You said

22        those depositions occurred some time ago?

23   A    Yes, sir.  I just recently had one with one of the City

24        attorneys.  He just retired I think last summer.  That's

25        the last one I had.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 13

1    Q    And were you deposed as a witness or as a named Defendant

2         in that matter?

3    A    I think I was a named Defendant.  It was a gentleman who

4         said he was falsely arrested as a result of a bad

5         identification by a victim.

6    Q    Now, outside of being a named Defendant in that

7         particular city matter, have you been involved as a party

8         in any other litigation?

9    A    As far as I'm trying to follow you on that.

10   Q    Sure.  Whether in your work capacity or in your personal

11        life, have you ever been involved as a named party

12        whether Plaintiff or Defendant in any other litigation?

13   A    My divorce.

14   Q    Now Mr. Ball, did you meet with your attorney to prepare

15        for this deposition today?

16   A    Yes.

17             MR. SKLAR:  By phone, not personally but,

18        Marcellus, you are not to talk about the contents of that

19        conversation.  Okay?

20             THE WITNESS:  Yes.

21             MR. SKLAR:  You are not to talk about the

22        contents of any communications between you and I.

23             THE WITNESS:  Yes, sir.

24             MR. SKLAR:  It's attorney-client privilege.

25   Q    (By Mr. Smith)   Mr. Ball, was there anyone else on the

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 14

1          phone during this meeting with you and your attorney?

2    A    No.

3    Q    And I want to be very careful on this question.  Outside

4          of the documents which your Counsel has said were

5          produced in discovery to us, have you reviewed any

6          documents or writings of any kind in preparation for this

7          deposition?

8    A    No.

9    Q    Are you working off any notes presently?

10   A    No.

11   Q    And since filing your lawsuit have you had any

12         conversations with any DPD employees?

13   A    That's a broad question.  I have friends who are DPD

14         employees.

15   Q    Is that a yes or a no, Mr. Ball?

16              MR. SKLAR:  objection.  Let me just make my

17         foundation.  Form and foundation.  Present, past,

18         currently, exactly what are you asking for?  Anybody in

19         the world who may work for the City?

20              MR. SMITH:  No.  My question I think is pretty

21         direct.

22   Q    (By Mr. Smith)  Since he has filed his lawsuit and if you

23         need me to put it on the record when that lawsuit was

24         filed, have you had any conversations, well, let me

25         rephrase it this way.  Since filing your lawsuit, have

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 15

1      you had any conversations with any DPD employees about

2      your lawsuit?

3  A   No.  I've had well-wishers, but no direct conversations

4      with anybody.

5  Q   And Mr. Ball since filing your lawsuit, have you spoken

6      to anyone in the media regarding your lawsuit?

7  A   Yes.

8  Q   Okay.  Who have you spoken to and what day did you speak

9      with them on if you can recall?

10  A  I don't recall the date.  One was around the date that I

11     reported the incident and that was with a gentleman, I

12     think his name was Colquitt from WDIV and there was

13     Carolyn Clifford from WXYZ and there was some journalist

14     from Ohio who was doing a podcast.  I don't recall her

15     name.

16  Q  Let me ask you about the WDIV interview.  What date do

17     you recall that interview occurring on if at all, if you

18     recall?

19  A  It was the date that I had the meeting with Donna McCord

20     and Ian Severy whatever date that was.

21  Q  Did you call WDIV?

22  A  No, sir.

23  Q  Do you know who called WDIV on your behalf, if anyone?

24  A  No.  I don't know who called.  I don't know who called on

25     my behalf.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 16

1   Q   So how did you end up on the news?

2   A   When I went to meet with my attorney.

3   Q   When did you find out that you would be going to the news

4       to speak with them about your accusations?

5   A   When I got to his office he told me.

6   Q   Do you recall what time that was?

7   A   It was in the late afternoon.

8   Q   And so I understand the timeline and we'll get more into

9       this, your incident with Lieutenant McCord and Captain

10      Severy, what part of the day did that occur in?

11  A   Mid-afternoon.

12  Q   Mid-afternoon.  Now, your interview with Carolyn

13      Clifford, WXYZ, did you call them?  How was that

14      interview set up to your knowledge?

15  A   That was set up with my attorney.  You'll have to ask

16      him.

17  Q   Okay.  Now Mr. Ball, when were you hired by DPD?  When

18      did you join the force?

19  A   July 28, 1986.

20  Q   And so it's fair to say you successfully progressed

21      through the Police Academy and you became a sworn

22      officer?

23  A   Yes.

24  Q   And in carrying out your duties as a sworn officer, you

25      understand that you have to comply with the US and

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 17

1        Michigan Constitution.  Correct?

2   A    Yes.

3   Q    And as a sworn member of the Department, you understood

4        that you were required to follow Detroit Police

5        Department's Manual of regulations?

6   A    Yes, sir.

7   Q    As well as other policies and procedures of the

8        Department?

9   A    Yes.

10  Q    I want to backtrack one second Mr. Ball.  So as far as

11       the interviews, so I want to be clear.  You didn't set

12       the interviews up?

13  A    No.  You would have to talk to my attorney Mr. Perkins.

14  Q    And so now I want to talk about your career with DPD.

15       I'm going to pull up what is labeled as Defendants'

16       Exhibit 3, with Exhibit 1 being the Notice of Dep and

17       Exhibit 2 being the Summons and Complaint.

18  A    Yes, sir.

19              (At 10:21 a.m., Defendants'

20               Exhibits 1, 2, and 3 marked)

21              MR. SMITH:  And Brother Counsel, I'm going to

22       share my screen to give you a chance to look at the

23       document here. Can you see that document Brother Counsel?

24              MR. SKLAR:  I can.

25              MR. SMITH:  And for the record Brother Counsel,

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 18

1       this document is Bates stamped 000335.

2   Q   (By Mr. Smith)  Mr. Ball, are you familiar with DPD's

3       Management Awareness System commonly known as MAS?

4   A   Yes, sir.

5   Q   Okay.  And here I have what I'm purporting to be your MAS

6       Sheet and I'm going to give you a chance to look at it

7       here.  Let me know when I can scroll down.

8   A   You can scroll down.

9   Q   Can you see this pretty good?

10  A   Yes.

11  Q   Okay.  I am going to take this document back to the top

12      because I want to focus in just on the part where it

13      talks about Assignment History.

14  A   Yes.

15  Q   Okay.  So according to this, out of the Academy you were

16      assigned to a mini station section?

17  A   Yes.

18  Q   Okay.  And then you were assigned to the 12th Precinct?

19  A   Correct.

20  Q   And isn't that as a patrol officer.  Correct?

21  A   Yes.

22  Q   And then as a patrol officer you were assigned to

23      Narcotics Enforcement?

24  A   Yes.

25  Q   Okay.  And then you went back to the 12th Precinct?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 19

1   A   Yes.  I got promoted.

2   Q   And you were promoted to what?

3   A   Sergeant.

4   Q   Okay.  And that's at the 12th Precinct?

5   A   Yes.

6   Q   And what year were you promoted to sergeant in?

7   A   1996.

8   Q   And so as a sergeant you went back to the Narcotics

9       Division?

10  A   Yes.

11  Q   Okay.  And who did you report to while at the Narcotics

12      Division?

13  A   Rudy Thomas.  Commander Rudy Thomas.

14  Q   Okay.  So who was your lieutenant that you reported to?

15  A   James Lasbro. (phonetic).  I had several lieutenants.

16  Q   Was Jacqueline Pritchard one of them?

17              MR. SKLAR:  Hold on for a second.  Wait a sec.

18      I was knocked off for a while.

19              MR. SMITH:  Oh, wow.

20              MR. SKLAR:  So I missed probably the last

21      minute.

22              MR. SMITH:  Okay.  I didn't realize that.

23              MR. SKLAR:  Yeah, it froze up.  I'm getting

24      reconnected.

25              MR. SMITH:  Okay.  When you get your issue

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 20

1      worked out, I'll have Madame Reporter readback the

2      record.

3              MR. SKLAR:  Yeah.  Can you do that for me,

4      please?

5              MR. SMITH:  Madame Reporter, would you readback

6      I guess the last minute of the record?

7              MR. SKLAR:  Just what the question was.  I

8      don't care about the answer.

9              MR. SMITH:  I think the question was regarding

10     his supervisors while at the Narcotics Division when he

11     became sergeant.

12             MR. SKLAR:  Okay.  All right.  Keep going.

13             MR. SMITH:  Okay.

14  Q  (By Mr. Smith)  Mr. Ball, the question I asked you was

15     Jacqueline Pritchard one of those lieutenants while you

16     were at Narcotics Enforcement?

17  A  I'm not sure if she was or not.  I was assigned out to

18     the feds.  I had several lieutenants.  She could have

19     been.  I don't really recall.  I was there for quite some

20     time, but I was assigned out even longer, so I couldn't

21     tell you for sure if she was or not.

22  Q  Okay.  So you go to the 6th Precinct and you spent some

23     time there as sergeant.  Correct?

24  A  Yes.

25  Q  Now, were you patrol sergeant or were you in a

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 21

1        specialized unit?

2    A   I was patrol at first and I later went to the Detective

3        Unit.  I transferred to the 8th Precinct Detective Unit

4        which was in the same building.

5    Q   Okay.  And so from there you went over, is that when you

6        went over to the Criminal Investigation Unit as well?

7    A   Yes.  Criminal Investigation and the IOU were like hand-

8        in-hand.

9    Q   I'm sorry.  You said a designation I've never heard.  Was

10       it IOU?

11   A   Yes.  It says 8th Precinct IOU on the sheet.  That's

12       Investigative Operations Unit.

13   Q   Now, during your stint in the Narcotics Division, on your

14       MAS Sheet it says from April 13, 1998 to December 18,

15       2009.  Why did you leave that particular command?

16   A   It was on a new command and going in a different

17       direction and it was time to go.

18   Q   Were you asked to put in your transfer?

19   A   No.  I was told that I was transferred.  That's an at-

20       will unit.

21   Q   At-will.  Okay.  At what point did you meet Jacqueline

22       Pritchard, well, now I believe she's either a captain or

23       commander, but at what point did you meet Jacqueline

24       Pritchard in your DPD career?

25   A   I met her early on in my career.  I've been knowing her

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 22

1        for a while.

2    Q   At what duty location did you meet her?

3    A   At what duty location?  Probably if I can recall

4        correctly the 8th Precinct Detective Unit.

5    Q   And so according to your – well, first, how many years

6        have you known her?

7    A   Several.  I mean, I've known her throughout my career.

8    Q   Well, let me help you narrow this down.  Have you known

9        her more than ten years?

10   A   Yes.

11   Q   Have you known her more than 20 years?

12   A   Probably.

13   Q   And so to pick up, in July of 2017 to June of 2018 this

14       says General Assignment.  I don't understand what that

15       means.  What assignment was that?  Where did the

16       Department send you?

17   A   That was the Illegal Dumping Unit.

18   Q   Okay.  And who did you report to in that unit?  Who was

19       your direct report?

20   A   Lieutenant Rebecca McKay.

21           COURT REPORTER:  Excuse me, Mr. Smith.  It

22       looks like we lost Mr. Sklar again, so maybe we should

23       hold up for a minute.

24           MR. SMITH:  We will.

25           THE WITNESS:  Can I step away for one second?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 23

1           MR. SMITH:  Mr. Ball, Mr. Ball, I am going to

2      object to you stepping away --

3           THE WITNESS:  I'm just going right here.  The

4      plug is coming out of the wall.  I'm just going to put

5      the plug in right here.

6           MR. SMITH:  Okay.  Because I prefer to have

7      your Counsel back on.

8           MR. SKLAR:  You guys got me?

9           MR. SMITH:  Yes.

10          MR. SKLAR:  Okay.  I don't know what's

11     happening, but okay.  I apologize.

12          MR. SMITH:  Brother Counsel, it might help if

13     you get closer to your signal based on whatever location

14     you're at.

15          MR. SKLAR:  I'm as close as I can get.

16          MR. SMITH:  Okay.

17          MR. SKLAR:  I can't get any closer than this.

18          MR. SMITH:  All right.  Did you miss any part

19     of the record that I need to go back and repeat, any

20     questions?

21          MR. SKLAR:  I know you were talking about

22     Jacqueline Pritchard, I believe.

23          COURT REPORTER:  We stopped immediately.  I get

24     a signal when he goes out, I get a tone, and that's when

25     I indicated to you Mr. Smith that we lost him and to

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 24

1        wait.

2               MR. SKLAR:  Okay, cool, so pick up.  I

3        apologize.  Let's hope this doesn't --

4   Q    (By Mr. Smith)  Okay.  And I think Mr. Ball we left off

5        with we were talking about your time in the Illegal

6        Dumping Unit.  I think the last thing you indicated was

7        that you reported directly to Rebecca McKay?

8   A    That's correct.  Yes, sir.

9   Q    And now did you transfer out of that dumping unit as well

10       or did you initiate the transfer out of that unit or did

11       the Department say, hey, were transferring you?

12  A    Well, it depends on how you look at it.  I made a

13       complaint against Lieutenant McKay and during the course

14       of that investigation, they sent me to another unit which

15       was Domestic Violence.

16  Q    When did you make that complaint against at the time of

17       Lieutenant McKay?  What year was that?

18  A    Let me see when I was there.  Probably around 2018.

19  Q    So while we're on the subject, let's just talk about the

20       process of what happens when you make a complaint.  So

21       when you made that complaint, who did you make the

22       complaint to?

23  A    I made it to her at first.

24  Q    Okay.  Then who did you make it to next?

25  A    I think I went to Commander – I don't know if he was a

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 25

1       commander or a deputy chief, but it was Marlon Evans.  I

2       couldn't tell you how the chain goes.

3               COURT REPORTER:  Marlon Evans?

4               THE WITNESS:  Yes.  Marlon Wilson.  I'm sorry.

5       Marlon Evans is another lawyer.  I'm sorry.  Excuse me.

6               COURT REPORTER:  Thank you.

7   Q   (By Mr. Smith)  And let me ask, was your union involved

8       in that complaint?

9   A   If you want to call it that.  When I went to the union, I

10      talked with Mark Young and I told him my concerns and he

11      told me some battles weren't worth fighting and he could

12      send me wherever I wanted to go.

13  Q   I'm sorry.  I don't mean to interrupt you, Mr. Ball.

14      Finish your statement, sir.

15  A   And I told him I was (inaudible).

16  Q   And for the record, who is Mark Young?

17  A   The Union President.

18  Q   And just for the record, the union is the Detroit Police

19      Lieutenants' and Sergeants' Association.  Is that

20      correct?

21  A   That's correct.

22  Q   Commonly known as DPLSA or just LSA.  Is that correct?

23  A   LSA.

24  Q   Now, was there an investigation conducted in regards to

25      your complaint?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 26

1           MR. SKLAR:  I'll object to form and foundation.

2      You can answer.

3           THE WITNESS:  I believe so.

4   Q  (By Mr. Smith)  And were you permitted to stay in the

5      Dumping Unit while the investigation was conducted or

6      were you assigned out pending the findings of that

7      investigation?

8   A  I was assigned out.  I don't know if it was pending the

9      outcome of the investigation, but I was assigned out.

10  Q  Now, is that typically how the Department handles

11     complaints between let's say a sergeant and their

12     lieutenant or an officer and the sergeant?  I'll just let

13     you answer.  Is that typically how they handle that

14     matter?

15          MR. SKLAR:  I'll object to form and foundation

16     again.  You can answer if you have one.

17          THE WITNESS:  I can't tell you how all

18     complaints are handled, but I can only speak under how

19     mine was handled.

20  Q  (By Mr. Smith)  Okay.  And how many years have you known

21     Rebecca McKay?

22  A  Maybe 15 years.  We worked together when we were at

23     Narcotics as well.

24  Q  And what was the subject of the investigation that you

25     were assigned out for?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 27

1   A   As the OIC of a unit, you have the autonomy to run the

2       unit the way you see fit as long as you're - even though

3       you're following the rules and regulations, and my

4       concern was that people who weren't the focus of the

5       investigations were being questioned without giving them

6       their Miranda rights and you knew that they were

7       eventually going to be arrested and I know in some cases

8       you don't have to give the person their Miranda rights,

9       but I wanted people under my supervision span of control

10      to advise a known subject who we knew we were going to

11      arrest, I wanted them to advise him of his Constitutional

12      rights, especially if an arrest was imminent and she did

13      not like that.

14  Q   I understand that, but I guess my question again is, what

15      was the outcome of the investigation?  You said the

16      Department conducted an investigation and I'm just

17      curious what the results were.  What did the Department

18      say?

19              MR. SKLAR:  I'll object to form and foundation

20      again.  If you know, go ahead and give a response.

21              THE WITNESS:  I don't know what the Department

22      said, but I know that I was called into - she was a

23      commander at the time, Elaine Bryant's office, and I was

24      taken down there by Captain Joseph Tucker and when I got

25      to her office, she told me that I was not a good fit here

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 28

1      and I would be sent to the 12th Precinct and that was the

2      reason.  They didn't give me a reason why I was not a

3      good fit.  I asked her at the meeting.  I said, "Well,

4      can I apply again for the Domestic Violence Unit," and

5      she said, "No," and reiterated once again that I was no

6      longer a good fit.

7   Q  Did Rebecca McKay remain in charge of that unit --

8   A  Yes.

9   Q  -- after you left, and did she receive any promotion

10     after that in the Department?

11             MR. SKLAR:  Hold it.  Let me just get my

12     objection out.  Form and foundation.  Give an answer if

13     you have one.

14             THE WITNESS:  I don't know how long after that,

15     but I am aware now that she is a captain.

16  Q  (By Mr. Smith)  Okay.  And as a result of filing that

17     complaint and the investigation that followed, did you

18     receive any form of discipline from the Department?

19             MR. SKLAR:  I'll object to form and foundation

20     again.

21             THE WITNESS:  No.  I was transferred to the

22     12th Precinct unwillingly.

23  Q  (By Mr. Smith)  And did you ask your union representative

24     to file a grievance about that transfer?

25  A  I don't know if I did or not.  After speaking to Mark

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 29

1    Young and he told me what he told me, I don't know if I

2    did or not because what would be the purpose if he

3    already told me that some battles are not worth fighting.

4  Q  Okay.  And so from the Dumping Unit according to your MAS

5    Sheet, you go over to the 12th Precinct.

6  A  Yes.

7  Q  Now, what was your role at the 12th Precinct?

8  A  I was a Patrol Supervisor.  They call it a one-for-one

9    transfer.  Apparently, I had heard and I'm not

10   speculating, they wanted a sergeant from No. 12 to

11   replace my position at the General Assignment Unit, so

12   they did what's called a one-for-one.  I went to the 12th

13   Precinct and he went to the Illegal Dumping Unit, General

14   Assignments.

15 Q  Now, in the period that you joined DPD as a Patrol

16   Sergeant up until the point you're at the 12th Precinct,

17   to your knowledge did any officers or supervisors make

18   any complaints against you to your knowledge?

19 A  Not to my knowledge.

20 Q  And Mr. Ball, you don't have any issues relating to

21   female supervisors, do you?

22 A  I have no issues relating to females, period.

23 Q  So according to your MAS Sheet you go from the 12th

24   Precinct where you indicated you were a Road Patrol

25   Sergeant to where this says Investigative Operations?

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 30

1   A   Yes.

2   Q   Okay.  And it says you go into Investigative Operations

3       in July of 2018.  I guess tell me about Investigative

4       Operations?  What does that mean?

5   A   That's the same, basically the same thing as the Criminal

6       Investigation Unit where I had been working.  It's a

7       detective unit.  It's been labeled several different

8       things.  I think now it's called the Precinct Detective

9       Unit, PDU, but that's where I am.  That's where I was

10      until I retired.

11  Q   Now, Investigative Operations, is that something that is

12      inclusive of all DPD's policings?

13  A   Each precinct has an Investigative Operations Unit.  Mine

14      was 10-PDU which was 10th Precinct Detective Unit.  The

15      12th Precinct has one; 12-PDU, 9-PDU and so forth.

16  Q   And so in your MAS Sheet when it shows you went from 12th

17      Precinct to Investigative Operations, you were going to

18      the 10th Precinct's PDU at that time.  Is that correct?

19  A   Well, Investigative Operations is a unit within itself

20      and they can send you to anywhere they seen fit.  Even

21      though I was assigned to the Investigations Operations,

22      at any time they could have sent me to any other

23      Investigative Operations Unit throughout the city.  It

24      just so happened that they sent me to the 10th Precinct.

25              I was sent to the 6th Precinct at first.  When

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 31

1      I arrived at the 6th Precinct, I was informed by the

2      commander that I had been transferred to the 10th

3      Precinct before I even got into the door at the 6th

4      Precinct, so that's how that goes.  Wherever they need

5      you, that's where you go.

6    Q  Okay.  Thanks for clearing that up.  So to your knowledge

7      what month and year did you show up on the doorsteps of

8      the 10th Precinct's PDU?

9    A  7-30-2018.

10   Q  Okay.  So that date is accurate?

11   A  That's approximately.  I couldn't tell you for sure, but

12     that seems to be right.

13          MR. SMITH:  One moment here, Mr. Ball.

14          MR. SKLAR:  Hello?  All right.  Sorry about

15     that.  I hope this doesn't continue.  I apologize.

16          MR. SMITH:  Did you get kicked off, Brother

17     Counsel?

18          MR. SKLAR:  I did.  I just got kicked back on.

19     Just keep going whatever is going on.  Just keep asking

20     your questions.

21          MR. SMITH:  All right.  Thank you.

22   Q  (By Mr. Smith) So I want to take this time and we'll talk

23     about some of the duties of a sergeant just overall, so

24     I'm going to stop sharing my screen here and Mr. Ball and

25     Brother Counsel, I'm going to present to you what I have

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 32

1          labeled as Defendants' Exhibit 10.  I'm jumping around

2          here and I'm going to share my screen and give you a

3          chance to peruse it.

4                    (At 10:45 a.m., Defendants'

5                     Exhibit 10 marked)

6     Q    (By Mr. Smith)  And can you see this document Mr. Ball

7          and Brother Counsel?

8     A    Yes, sir.

9     Q    Okay.  And this is Detroit Police Department Manual,

10         Directive 101.2 labeled Department Rank Structure and I

11         want to direct your attention to 101.2-1 labeled Policy

12         and I'll give you a chance to read that Mr. Ball.  Let me

13         know when you're done.

14    A    Okay.  Part of it is cut off by the pictures to the

15         right.

16    Q    Here.  Let me see if I can enlarge it.  Does that help?

17    A    It's still cut off.  I can read:

18                    "The structure of the Detroit Police Department

19               (DPD is designed for effect,"--  and then it cuts

20               off.

21         Then it goes to:

22                    " . . achieving the Department's mission.  The

23               Chief of Police is responsible."

24                    MR. SMITH:  Can you see that Brother Counsel?

25         I want to make sure that it's not a technical issue on my

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 33

1      end.

2                 COURT REPORTER:  You have to make the document

3      a little smaller so that the photos don't overlay.

4                 MR. SKLAR:  There you go.

5                 MR. SMITH:  Sorry about that.

6   Q   (By Mr. Smith)  Can you see it now, Mr. Ball?

7   A   Yes, sir.

8   Q   Okay.  Now, I want you to look at 101.2-1 Policy.

9   A   Yes, sir.

10  Q   Let me know when you're done reading it, Mr. Ball.

11  A   Yes, sir.  Okay.  I'm ready.

12  Q   Okay.  And I'm going to read the third sentence there.

13      It says:

14                 "DPD members have responsibilities which are

15            commensurate with rank.  Within the rank structure,

16            supervisors may delegate appropriate duties to

17            subordinates.  Supervisors are accountable for the

18            activities of members under their immediate control.

19            It is the policy of the DPD to provide uniform

20            direction to all members through an established

21            chain of command in order to promote consistency,

22            reduce confusion, and enhance public safety

23            operations."

24      And so is it clear to you within the DPD Manual and the

25      reading of this policy that there are some duties that

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 34

1       are specifically attributed to you as a sergeant?

2    A   Yes.

3    Q   Okay.  So then I want to go down to, I'll scroll down to

4        Directive 101.2-14.  It starts on the bottom of page 7.

5        I'll give you an opportunity to read that, Mr. Ball.  Let

6        me know when I need to scroll down.

7    A   Okay.  You can scroll down.

8    Q   Okay.  I'm going to go back up here and read, so 101.2-14

9        labeled Sergeant.

10              "A sergeant shall be directly accountable to

11          the lieutenant in charge of a specific assignment.

12          In the absence of a lieutenant, the designated

13          sergeant or senior ranking sergeant shall assume the

14          duties and responsibilities of the lieutenant."

15      I am going to stop right there for just a second so I can

16      ask this question.  So based on this policy if your

17      lieutenant is not around, as a sergeant you have

18      additional duties that you're responsible for.  Is that a

19      fair reading of that policy, Mr. Ball?

20              MR. SKLAR:  Object to form and foundation.

21      Your understanding is fine.  Go ahead.

22              THE WITNESS:  Yeah.  Yes, sir.

23   Q   (By Mr. Smith)  Okay.  Now it says:

24              "A sergeant shall be responsible for the

25          following duties."

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 35

1       I won't read all that but I want to skip down to point 2.

2       Subsection 2, I should say.  It says:

3              "A sergeant shall assume any other duties and

4              responsibilities, which may be delegated by a

5              superior officer or as set forth in Department

6              rules, regulations, directives, orders, or

7              procedures."

8       Here's my question, Mr. Ball.  On a reading of subsection

9       2, would you agree that you can have additional duties

10      based on what's said in the Department rules,

11      regulations, directives, orders, or procedures?

12             MR. SKLAR:  Well, I'll object to form and

13      foundation.  You can answer.

14             THE WITNESS:  Yes.

15  Q   (By Mr. Smith)  I'm sorry.  I didn't hear you, Mr. Ball.

16  A   I said yes.

17             MR. SMITH:  I'm going to stop sharing my screen

18      because I have another directive and forgive me.  I have

19      three computer screens and my mouse is all over the place

20      here.

21             I'm going to present to you Mr. Ball and

22      Brother Counsel what I have marked as Defendants' Exhibit

23      9.

24             (At 10:51 a.m., Defendants'

25              Exhibit 9 marked)

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 36

1    Q    (By Mr. Smith)  I am going to share this document and can

2         you see that, Mr. Ball?

3    A    Yes.  This has to be - okay, I can see it now.

4    Q    And this is DPD Manual Directive 101.10 labeled

5         Supervision and Mr. Ball, I want to direct your attention

6         to 101.10-1 Purpose and I'll just read it for times sake.

7         It says:

8              "The purpose of this directive is to provide

9              all supervisors of the Department with an overview

10             of Department expectations and general principles of

11             supervision."

12        The question I have for you Mr. Ball is a sergeant is

13        considered a supervisor.  Correct?

14   A    Yes.

15   Q    And I now want to direct your attention to that same

16        directive, 101.10-4 General Expectations:

17             "The Department has the following general

18             expectations of supervisors."

19        I'm not going to read all that, but I just want to hop

20        down to (d).  It says:

21             "All supervisors shall strive to maintain a

22             high level of quality in reports generated by

23             members.  Supervisors shall check all reports for

24             necessary elements, legibility, and clarity.  When

25             verifying an arrest report, the supervisor is

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 37

1          indicating that they have made a determination that

2          probable cause exists for the arrest.  In the event

3          a supervisor determines an arrest is lacking in

4          probable cause, the arrested person shall be

5          released, and the supervisor shall verify the report

6          only after it is noted on the report that the person

7          was not held and the reason(s)."

8     Mr. Ball, given what I've read, would this not apply to

9     you as a sergeant which we agreed that you are a

10    supervisor?  Would this provision apply?

11  A  Yes.

12  Q  I'm going to stop sharing my screen here.  Now, in that

13    directive it talks about probable cause.  In your 35

14    years of policing experience as both a patrol officer and

15    a sergeant, what do you understand that term to mean?

16  A  What do I think that term probable cause means?

17  Q  That's correct, Mr. Ball.

18  A  Probable cause to me is that a crime has been committed

19    and you have probable cause to believe that you, the

20    person arrested has committed the crime and I go from

21    there.

22  Q  And is it your understanding being formed by your years

23    of policing that probable cause is a requirement of a

24    valid arrest?

25  A  Yes.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 38

1     MR. SMITH:  I am going to share some additional

2  Department directives with you here.

3     (At 10:55 a.m., Defendants'

4      Exhibit 8 marked)

5 Q (By Mr. Smith)  I am going to share my screen here.

6 A Okay.

7     MR. SMITH:  And Brother Counsel if you wouldn't

8  mind being mindful of the time for us so we don't miss

9  our status conference.

10     MR. SKLAR:  We got about an hour before we've

11  got to check in.

12 Q (By Mr. Smith) Let me reduce this here.  Can you see this

13  document, Mr. Ball?

14 A Yes.

15 Q Now, this is Detroit Police Department Manual Directive

16  202.1 labeled Arrests and Mr. Ball I want to direct your

17  attention to 202.1-1 Purpose.  It says:

18    "To provide guidelines and procedures for

19    members of the Detroit Police Department (DPD) in

20    making lawful arrests, the detention of material

21    witnesses, to provide supervisory review of arrests

22    for probable cause, and to provide for prompt

23    judicial review of arrests."

24  So upon me reading this to you Mr. Ball, would it be fair

25  to say that this directive lays out the guidelines that

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 39

1       officers must follow when making arrests?

2   A   I'll say yes.

3   Q   Yeah.  I want to direct your attention to 202.1-2 that

4       talks about Policy.  I'll read it.

5             "Short of the application of force, an arrest

6       is the most serious action an officer can undertake.

7       An arrest can cause repercussions throughout a

8       person's life, even if eventually found not guilty

9       or never brought to trial.  The most important legal

10      question facing an officer at the moment of arrest

11      is the existence of probable cause.  Without

12      probable cause, the arrest is illegal and the

13      evidence of criminality that was obtained because of

14      the arrest is inadmissible.  It is the policy of the

15      DPD:

16      - That no person shall be arrested with less than

17      probable cause having been established at the time

18      of the arrest;

19      - That a DPD supervisor shall review every arrest;

20      and in all instance in which a probable cause

21      determination is made, document same on the CRISNET

22      report;

23      - That for all arrests unsupported by probable

24      cause, the Review of Arrest Exception Form) UF-001)

25      shall be completed within twelve (12) hours of the

TAMARA A. O'CONNOR
248.882.1331      toconnorrptg@aol.com

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 40

1           event;

2                 - That for every arrestee, a warrant request

3           for arraignment on the arrest shall be submitted to

4           the Prosecutor's Office within forty-eight (48)

5           hours of arrest;

6           - That in every instance in which an exception of

7           this Department's prompt judicial review policy

8           occurs, the exception shall be documented on the

9           Warrant Tracking Hold Form (UF-004/007); and,

10          - That all arrests in which an arraignment warrant

11          was not sought, the Warrant Tracking Hold Form (UF-

12          004/007) shall be completed within twelve (12)

13          hours."

14      The question I have for you Mr. Ball, based on the policy

15      I just read to you, does this policy not clearly state

16      that an arrest without probable cause is illegal?

17  A   Yes.

18  Q   I want to direct your attention to 202.1-3 Definitions.

19      Under that there is 202.1-3.1 which talks about Arrest.

20      It defines arrest and I'll read it.  It says:

21              "An arrest is a seizure of greater scope or

22          duration than an investigatory or Terry stop.  An

23          arrest is lawful when supported by probable cause."

24      Mr. Ball, the question I have for you is, under that

25      definition of Arrest, it clearly says that an arrest is

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 41

1      lawful if it's supported by probable cause.  Is that

2      correct?

3  A   Yes.

4  Q   The same subsection also defines Probable Cause at 202.1-

5      3.4 Probable Cause.  It says:

6            "A reasonable belief that an individual has

7            committed, is committing, or is about to commit an

8            offense."

9      Can we both agree that the DPD Manual lays out its

10     definition of what probable cause is?

11 A   Yes.

12 Q   I want to direct your attention within that same

13     directive to 202.1-4 Authority and within that, I want

14     you to look at 202.1-4.3 labeled Illegal Arrest and I'll

15     read it.  It says:

16            "Unlawful restraint of a person's liberty for

17            any length of time is considered an illegal arrest.

18            Even if justified, a restraint of an individual

19            may be considered unlawful if executed in an

20            unreasonable manner.

21            An officer who restrains or arrests a person

22            unlawfully is subject to criminal and/or civil

23            sanctions, as is every person who aids in the

24            unlawful arrest.

25            Officers shall bear in mind that every person

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 42

1          has a lawful right to resist an illegal arrest.

2          However, a citizen's right to resist an unlawful

3          arrest does not include the right to use deadly

4          force."

5     The question I have for you Mr. Ball is this Department

6     guideline clearly articulates what an illegal arrest is.

7     Is that correct?

8   A  Yes.

9   Q  Okay.  And it also clearly says that an officer who

10     arrests a person unlawfully is subject to criminal and/or

11     civil sanctions.  Is that correct?

12  A  Yes.

13  Q  Would you agree that an officer who makes an illegal

14     arrest, that's misconduct?

15          MR. SKLAR:  I'll object to form and foundation.

16      You can go ahead and give an answer if you have one.

17          THE WITNESS:  I can't say that it's misconduct.

18     I think I'll have to go by a case-by-case basis, so I'm

19     not going to make a broad statement and say that it's

20     misconduct.

21  Q  (By Mr. Smith)  But it could be, couldn't it?

22          MR. SKLAR:  I'll object to the form and

23     foundation.  Calls for speculation.  You can answer.

24          THE WITNESS:  Yeah.  I don't want to speculate,

25     but if you want me to speculate, sure it could be, but I

faeaaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 43

1          don't speculate when I go over my cases.

2     Q    (By Mr. Smith)  Okay.  So I want to direct your attention

3          to 202.1-7.1.  So 202.1-7 talks about Probable Cause and

4          202.1-7.1 talks about Reviewing Arrests and I'll read

5          that Mr. Ball.  It says:

6                    "When an individual has been arrested is

7               brought into the DDC, the officer-in-charge (OIC) of

8               the DDC desk shall review the circumstances of the

9               arrest and confirm whether or not probable cause

10              existed at the time of the arrest.  If the reviewing

11              supervisor determines that there was not probable

12              cause to detain the person, he/she shall be

13              immediately released."

14        The question I have for you about this question Mr. Ball,

15        about this provision Mr. Ball, is at the DDC, a

16        supervisor should be checking that there's probable cause

17        for incoming cases.  Correct?

18                    MR. SKLAR:  Object to form and formation.

19        That's each individual case that comes in.  Correct?

20    Q    (By Mr. Smith)  I'll read it again Brother Counsel.

21                    "When an individual who has been arrested is

22              brought into the DDC, the officer-in-charge (OIC) of

23              the DDC desk shall review the circumstances of the

24              arrest and confirm whether or not probable cause

25              existed at the time of the arrest."

TAMARA A. O'CONNOR
248.882.1331      toconnorrptg@aol.com

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 44

1              MR. SKLAR:  Right, for the individual arrest.

2       I got it.

3    Q  (By Mr. Smith)  That's how I would interpret it.  So with

4       that said Mr. Ball, the DDC supervisor who does the

5       intake is required to check for probable cause for each

6       and every arrest.  Correct?

7    A  According to this, yes, sir.

8    Q  According to that policy.  I'm going to stop sharing

9       screen and I'll go to the next exhibit and by the end of

10      this, we'll all be well-versed in DPD directives.

11             (At 11:05 a.m., Defendants'

12              Exhibit 7 marked)

13   Q  (By Mr. Smith)  I'm now going to present to you Mr. Ball

14      Defendants' Exhibit No. 7.  Can you see that Mr. Ball?

15      Oh, not yet.  Can you see that Mr. Ball?

16   A  Yes.

17   Q  Okay.  And this is the Detroit Police Department's Manual

18      Directive 102.3 Code of Conduct and so I want to direct

19      your attention to 102.3-1 Purpose.  It says:

20             "To provide additional specificity to the

21             standards of conduct embodied in the Law Enforcement

22             Officer's Code of Ethics, the Detroit Police

23             Department's (DPD) mission and value statement, in

24             order to enable all officers of this Department to

25             better understand the prohibitions and limitations

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 45

1          pertaining to their conduct and activities, while on

2          and off duty.

3              This Directive is not intended to serve as an

4          exhaustive treatment of requirements, limitations,

5          or prohibitions of a member's conduct and activities

6          established by this Department.  Rather, it is

7          intended to alert members to some of the more

8          serious and often problematic matters involving

9          police conduct and ethics, specify (where possible)

10          actions and inactions that are contrary to and

11          conflict with the duties and responsibilities of

12          members and guide members in conducting themselves

13          and their affairs in a manner that reflects

14          professionalism.  Additional guidance on matters of

15          conduct is provided by other specific DPD

16          Directives, policies and procedures, and by DPD

17          supervisory officers."

18     Mr. Ball, the provision I just read to you from the Code

19     of Conduct, does this put officers on notice that

20     everything within this Code of Conduct would potentially

21     govern how they should conduct themselves as DPD members?

22              MR. SKLAR:  I object to form and foundation.

23     You can give an answer, sir.

24              THE WITNESS:  According to this, yes.

25  Q  (By Mr. Smith)  And so also I want to direct your

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 46

1        attention to 102.3-2 Policy.

2                "Actions of members that are inconsistent,

3            incompatible or conflict with the values established

4            by this Department negatively affect its reputation

5            and that of its members.  Such actions and inactions

6            detract from the Department's overall ability to

7            effectively and efficiently protect the public,

8            maintain peace and order, and conduct other

9            essential business.  Therefore, it is the policy of

10           this Department that all members shall conduct

11           themselves in a manner that reflects the ethical

12           standards consistent with the rules contained in

13           this Directive and otherwise disseminated by this

14           Department."

15      Mr. Ball, would you agree that this particular directive

16      makes clear the Department's expectations of how officers

17      conduct themselves?

18                MR. SKLAR:  Object to form and foundation

19      again.  Go ahead.  You can answer.

20                THE WITNESS:  According to this, yes.

21   Q  (By Mr. Smith)  I want to direct your attention to 102.3-

22      5 labeled Member's Responsibilities, in particular,

23      102.3-5.1 that's labeled General and I just want to read

24      the first two provisions.  It says:

25                "In addition to the Code of Ethics, a member

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 47

1              must observe all laws, regulations, procedures,

2              and lawful commands of all ranking members of

3              this department.  Any action taken in violation

4              of any laws, regulations, procedures, commands,

5              or contrary to DPD policy, shall subject the

6              member to possible criminal prosecution, re-

7              training or re-instruction, civil liability

8              and/or disciplinary action, which may result in

9              reprimand, suspension, forfeiture of pay,

10             dismissal, or any other penalty the Chief of

11             Police may lawfully direct."

12      Mr. Ball, that provision I just read, does it not place

13      DPD sworn officers on notice of the potential punishments

14      for not following the Department's laws and regulations

15      and procedures, etc.?

16             MR. SKLAR:  I'll object to form and foundation

17      again, but you can answer if you have one.

18             THE WITNESS:  According to this, yes.

19      Q  (By Mr. Smith) In a separate provision, I'm reading from

20      No. 2.

21             "Members must be truthful, polite, and orderly

22             at all times.  Members must display patience,

23             command of temper, and always use discretion in

24             their private as well as professional life, so that

25             their conduct is unquestioned.  Members who withhold

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 48

1          information, fail to cooperate with Departmental

2          investigations, or who fail to report the misconduct

3          of members to be a supervisor, whether on or off

4          duty, shall be subject to disciplinary action."

5     Mr. Ball, in regards to that provision, does that

6     provision not make it clear that officers or sworn DPD

7     personnel have a duty to report the misconduct of other

8     members?

9               MR. SKLAR:  Object to form and foundation

10    again, but you can go ahead and answer, sir.

11              THE WITNESS:   According to this document, yes.

12    Q  (By Mr. Smith) And so I want to direct your attention to

13    102.3-6.1 which addresses Prohibited Acts.  I'm sorry.

14    102.3-6 which addresses Prohibited Acts, specifically

15    102.3-6.1 General.

16              "Members are directly accountable for their

17          actions, through the chain of command, to the Chief

18          of Police.  The following acts are in direct

19          violation of Department policy.  This list of

20          violations is not exhaustive and does not prohibit

21          any member from being charged and disciplined,

22          separately or in conjunction with, a violation of

23          any other portion of this manual, Department policy,

24          rule, or procedure.  Violations are listed by

25          general category for easier reference."

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 49

1    And so I want to go to 102.3-6.2 Accountability.  So Mr.

2    Ball, would you agree that the Department in this policy

3    is clearly laying out a bright line rule for certain

4    violations?  Let me rephrase that.

5           Isn't it clear that the Department is laying

6    out what it believes to be prohibited acts that violate

7    the express guidelines, policies, and procedures?

8           MR. SKLAR:  Object to form and foundation, but

9    go ahead and answer.

10          THE WITNESS:  It could be a little bit clearer,

11   but according to this document yes.

12  Q  (By Mr. Smith)  Okay.  So I want to read 102.3-6.2

13   Accountability and I just want to read the second

14   subsection.

15          "Failure to report the misconduct of any member

16       and/or take appropriate action."

17   Now, given this provision when you consider the one we

18   just read above it, isn't it clear Mr. Ball that a sworn

19   member who failed to report misconduct of another member

20   has committed a prohibited act under Departmental

21   guidelines?

22  A  According to this document, yes.

23  Q  Okay.  And within that same Accountability subsection,

24   I'm going to read to you 102.3-6.14 labeled Job Standards

25   and I want to go down to subsection 7.  It says:

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 50

1          "Neglecting to report any member known to be
2          guilty of violation of any rule or order issued for
3          the guidance of the DPD or for failure to perform
4          assigned duties."
5      Mr. Ball, doesn't this particular subsection make it
6      clear that you violate the Accountability Standards by
7      neglecting to report members who are guilty of violations
8      of any rule or order issued by DPD?
9   A  According to this, yes.
10         MR. SMITH:  Brother Counsel, I need a bathroom
11     break here.  I think we all could use a quick bathroom
12     break.
13         MR. SKLAR:  What, ten minutes?
14         MR. SMITH:  Yes, ten minutes will do.  I'll be
15     brief.
16         MR. SKLAR: Ten minutes is cool.
17         MR. SMITH:  All right.  I'm going to stop the
18     share here.
19         (At 11:15 a.m., recess taken)
20         (At 11:25 a.m., back on the record)
21  Q  (By Mr. Smith) I'm going to share my screen.  I've got
22     one last one here and I think I'll be done glazing
23     everyone's eyes over here and we're still in the Code of
24     Conduct Mr. Ball and that's Exhibit 7.  I'm going to
25     share my screen.  Can you see that, Mr. Ball?

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 51

1    A  Yes, I can.

2    Q  Okay.  And we're under Job Standards.  Job Standards is

3       102.3-6.14 Job Standards and I want you to see point 3.

4       Can you read that for me, Mr. Ball?

5    A  (Reading):

6             "Ignorance of rules or orders."

7    Q  Okay. And that's a subsection just so we're clear of

8       Prohibited Acts and so based on that small phrase, is it

9       clear that the Department expects you to know what's in

10      this manual?

11   A  Yes.  According to this, yes.

12   Q  So I'm going to stop sharing screen.  And so Mr. Ball my

13      question to you is, given the different provisions from

14      the DPD Manual that I've read, do you understand that

15      your conduct was governed by this manual among other DPD

16      policies and procedures

17   A  Do I understand that my conduct was?

18   Q  In your time with DPD as both a patrol officer and a

19      sergeant, is it clear to you that your conduct was

20      governed by the directives in the DPD Manual?

21   A  Yes.

22   Q  So let's talk about 10th Precinct PDU.  So you show up to

23      PDU.  Exactly what was your role at PDU when you showed

24      up on its doorsteps?

25   A  I was a supervisor assigned to the Detective Unit.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 52

1    Q  Did you supervise police officers, investigators?  Who
2       did you supervise?
3    A  Police officers, detectives.
4    Q  And about how many officers or detectives did you
5       supervise?
6    A  Maybe ten.  We had the lowest number of detectives in the
7       whole city.
8    Q  Let's talk about the composition of that unit when you
9       showed up.  When you initially showed up at PDU, who was
10      your direct reports?  Who was your lieutenant?
11   A  Maseko. (phonetic)
12   Q  Do you have a first name?
13   A  Michael, I believe.
14   Q  And how long was Lieutenant Maseko there before he
15      transitioned to the next duty location?
16   A  He may have been down there for maybe a year before he
17      got promoted to captain.
18   Q  And who became the lieutenant of the unit after Maseko
19      left?
20   A  Starks.
21   Q  Now, at that time it was Lieutenant Starks.  When did
22      Lieutenant Starks become the lieutenant of the unit?
23   A  I'm not sure.  Whenever he left.
24   Q  Do you recall what year it was?
25   A  No.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 53

1   Q  And to your personal knowledge, how long did Lieutenant

2      Starks stay in the role as lieutenant of the PDU?

3   A  Maybe a couple of years.

4   Q  Now, when you initially came to the PDU, who was the

5      commander for No. 10?

6   A  Kyriacou.

7   Q  Repeat the name for me one more time, Mr. Ball.

8   A  Kyriacou.  Don't ask me to spell it because I would tear

9      it up if I tried to.

10  Q  Kyriacou?  And how long to your knowledge was Commander

11     Kyriacou there at the 10th Precinct?

12  A  He was there for years.

13  Q  Do you know when Commander Kyriacou left the 10th

14     Precinct, what year?

15  A  No, I don't recall for sure.  Maybe 2020.

16  Q  I believe he didn't leave not long ago.

17  A  Right.

18  Q  Okay.  And so who took over for Commander Kyriacou.

19     Kyriacou.  I'm sorry.

20            COURT REPORTER:  Excuse me.  You're saying

21     Kyriacou, like Nick Kyriacou.  Right?

22            THE WITNESS:  Right.  That's him.  That's

23     correct.

24            MR. SKLAR:  Nice job.  That's after years of

25     experience coming in.  I like it.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 54

1   Q   (By Mr. Smith)  Let me be clear because I'm a little lost
2       here, so the actual first name is Nick.  The last name is
3       Kyriacou?
4   A   Yes.
5   Q   Got it.  Okay.  So after Commander Kyriacou left the 10th
6       Precinct, who took over the commander position?
7   A   I believe it was Tiffany Stewart.  People were coming and
8       going quickly there and I think it was Tiffany Stewart.
9       There might have been somebody there briefly who never
10      reported, but as I recall, Tiffany Stewart was the one
11      who was in place.
12  Q   And if I heard you correctly, you said you believed
13      Commander Kyriacou left in 2020 and when do you believe
14      Commander Stewart showed up at No. 10?
15  A   About 2020.
16  Q   And was Commander Stewart the commander of No. 10 up
17      until you left the Department?
18  A   Yes, sir.
19  Q   Let's go back to Lieutenant Starks.  Lieutenant Starks
20      comes and she's the lieutenant over the 10th Precinct
21      PDU.  Who comes after Lieutenant Starks to fill that
22      lieutenant position when Starks leaves?
23  A   Lieutenant McCord.
24  Q   And when does Lieutenant McCord show up to assume the
25      role of lieutenant of the 10th Precinct PDU?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 55

1    A  I'm not sure.  Maybe 2021, 2020-2021 some time.

2    Q  And was Lieutenant McCord the lieutenant in charge of the

3       PDU up until the point you exited the police department?

4    A  She was until I retired.  Correct.

5    Q  Okay.  So let's go over I guess the chain of command from

6       the point that you believe Lieutenant McCord arrived, so

7       Lieutenant McCord is the lieutenant.  To your knowledge,

8       who did Lieutenant McCord report to?  Who was her direct

9       report?

10   A  The captain and the commander.

11   Q  And when you say "captain," who are you referencing?

12   A  If Severy was there, it was him.  Whoever the captain

13      was.

14   Q  And to your knowledge, when did Captain Severy arrive at

15      the 10th Precinct?

16   A  I'm not sure.  Sometime shortly after – before Kyriacou

17      left.  Maybe six months before Kyriacou left.

18   Q  Okay. Your prior testimony is that Kyriacou left in what

19      you believe was 2020, so would it be fair to say that

20      Captain Severy arrived at the 10th Precinct sometime in

21      2020 or perhaps 2021?

22   A  Perhaps, yes.

23   Q  And so if I understand the chain of command correct,

24      would Captain Severy – so McCord would report to Severy

25      and Severy would report to Commander Stewart?  Is that

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 56

1          correct?

2     A   Yes.

3     Q   Who would Commander Stewart report to?

4     A   Deputy Chief Fitzgerald.  Charles.

5     Q   Now Mr. Ball, is that chain of command you just cited to

6          me specific to just the 10th Precinct?

7     A   That's the chain of command for the 10th Precinct, but

8          each precinct has a similar chain of commander.  Each PDU

9          has a similar chain of command.

10    Q   Does PDU have its own chain of command like a dual chain

11         of command perhaps?

12    A   Well, PDU is a separate entity remember.  It's just

13         downtown. They have their own separate people in charge

14         like Marlon Wilson was the deputy chief in charge of the

15         PDUs, the Detective Units.

16    Q   Okay.  And so you said Deputy Chief Marlon Wilson.  He

17         oversaw all of the PDUs?

18    A   Yes.

19    Q   And just so I'm clear, Deputy Chief Wilson oversees the

20         PDUs.  Deputy Chief Fitzgerald oversees the command

21         structure for No. 10.  Is that right?

22    A   I don't believe so.  For the west side.

23    Q   Okay.  But DC Wilson does not report to Deputy Chief

24         Fitzgerald, does he?

25    A   I don't know if he does or not.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 57

1            MR. SKLAR:  Let me just get my objection.  I
2       object to form and foundation.  Marcellus, go ahead and
3       answer if you have one.
4            THE WITNESS:  I have no idea.
5    Q  (By Mr. Smith)  Okay.  And so was Captain Severy within,
6       did Captain Severy have to report to DC Wilson?
7    A  I'm sure he will at some point in time.
8    Q  And so what I'm trying to understand Mr. Ball is how the
9       chain of command works.  PDU seems to be embedded within
10      each precinct and so I'm trying to understand how that
11      chain of command works.
12   A  PDUs are in the precincts.  Each precinct has a PDU.
13   Q  Okay.
14   A  Deputy Chief Wilson is in charge of each PDU, each
15      precinct's PDU.  Each PDU has a lieutenant.  They report
16      to the commander.  The commander reports to the deputy
17      chief and after that, I don't know quite how it goes
18      because they have executive meetings and I don't know
19      what the structure is because we're not allowed to attend
20      those, so I couldn't tell you after that.
21   Q  Okay.  Now, Deputy Chief Wilson and Deputy Chief
22      Fitzgerald, who do they report to if you know?
23   A  I would have to say the Chief's Office.  I really don't
24      know.
25   Q  Okay.  Now, do deputy chiefs customarily report directly

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 58

1        to the chief or would they report to assistant chiefs?

2    A   I'm not sure.  It depends, I guess.  It depends on

3        whatever the situation is.

4    Q   So I'm clear, if you had an issue with McCord, it would

5        be permissible to take that issue to Captain Severy?

6    A   Yes.

7    Q   If you had an issue with Captain Severy, it would be

8        permissible to take that issue to Commander Stewart?

9    A   Yes, if I couldn't resolve it with either McCord or

10       Severy at the time.  I usually would try to go to them

11       and talk to them directly.

12   Q   Okay.  Now, if you had that same issue and you couldn't

13       get it resolved with McCord, you couldn't get it resolved

14       with Severy, and you couldn't get it resolved with

15       Commander Stewart, would you then go to Deputy Chief

16       Fitzgerald?

17   A   I had several options.  I could go to him or I could make

18       an EEOC Complaint.  It depends on what the circumstance

19       was.

20   Q   Okay.  Now, in that same fashion if it was a PDU

21       specifically related issue and you had an issue with

22       McCord and Severy, you could go to DC Wilson to address

23       it?

24   A   I could.

25   Q   That sounds about right?  Okay.  Where in that command

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 59

```
 1        structure does Jacqueline Pritchard fit?

 2    A   She doesn't fit at all.  She's not at the 10th Precinct.

 3    Q   At the time that Lieutenant McCord and Captain Severy

 4        were your ranking officers at No. 10, where was

 5        Jacqueline - at that time I think she was commander,

 6        where was Jacqueline Pritchard assigned to if you know?

 7    A   Maybe Narcotics.

 8    Q   At what precinct?  Do you know?

 9    A   Narcotics is not a precinct.  It's a unit.

10    Q   A unit.  Okay.

11    A   It's city-wide.

12    Q   And is it right that she was the Commander of Narcotics?

13    A   Yes.

14    Q   And just so I'm clear, DC Wilson has oversight of the

15        PDUs but they're run within the, the PDUs are run within

16        the specific precincts?

17    A   The PDUs are run within the precinct Detective Unit and

18        the precinct Detective Units report downtown to I believe

19        it was Captain Sevick (phonetic) at the time.  I'm not

20        sure exactly who it was, but after it gets out of our

21        office, I really don't have too much knowledge of it

22        because I don't partake in those meetings.

23    Q   Captain Sevick.  Do you have a first name for Captain

24        Sevick?

25    A   It might be Steven Sevick.  I'm not sure.
```

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 60

1    Q   And who does Sevick report to?

2    A   Captain Sevick was in PDUs.  He probably reports to

3        Wilson and he had some dealings with Severy and McCord.

4    Q   Okay.  Is it possible Mr. Ball that the 10th Precinct in

5        Investigative Operations, they essentially have a

6        separate chain of command?

7    A   As pertains to the precinct itself?

8    Q   The PDUs within the precinct because I'm trying to

9        understand how the chain of command goes.  I have two

10       deputy chiefs.  I have one that has oversight over the

11       PDUs and I have a deputy chief that has oversight over

12       the precinct, but the way the chain of command flows from

13       bottom to top, it seems that you would in some form or

14       fashion report to both those chain of commands.  Do I

15       have that correct?

16   A   If they needed to, you would report to anyone who would

17       summon you, but like I said before, the PDUs are an

18       entity within itself.  They're a unit within themselves

19       and they have their own division.  They're not part of

20       the 10th Precinct.  They're not included in any roster

21       that I know of.  They're included within the Detective

22       Unit's roster which is separate from the precincts.

23   Q   Okay.  Now, given that chain of command in which you were

24       the sergeant of the PDU with supervision over a number of

25       detectives, let's talk about exactly what role and job

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 61

1       duties you kind of executed within the PDU, so let's go

2       over what were some of your job duties in the PDU?

3   A   I would review individual cases and assign arrests --

4   Q   Okay.

5   A   -- and I would supervise officers.  I would check their

6       case notes.  I would go out and help conduct

7       investigations.  I would interview witnesses.  I would

8       conduct interrogations.  I would respond to non-fatal

9       shootings on duty and off duty and I was responsible for

10      the upkeeping of the officers and detectives case notes

11      and I would report to the lieutenant for meetings

12      concerning the cases.

13  Q   Now, when you said you would go over the cases, what were

14      you looking for in particular when you were going over

15      those cases?

16  A   The Progress Notes.

17  Q   Okay.  And were you looking for anything else in

18      particular?

19  A   As far as?

20  Q   In executing your job as a sergeant, was there a

21      checklist of things you needed to look for when you

22      reviewed the cases?

23  A   Well, each case was different.  If you're trying to ask

24      me something specific, then I might be better to answer

25      your question, but each case I would supervise was on an

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 62

1        individual basis.  Each case was different.  Some cases

2        would require a lot.  Some cases require more.  I would

3        run through the cases and I would sometimes say you need

4        to go interview this person.  This statement isn't

5        complete.  There were things like that.

6    Q   And did you review all the cases that came in or was that

7        one of your jobs was reviewing for probable cause?

8    A   Probable cause, yes.

9    Q   Okay.  And so when you reviewed those cases for probable

10       cause, if you found that there was no probable cause for

11       the case, what did you do?

12   A   I talked to the officer-in-charge of the case and in some

13       cases I would talk to the officers who made the arrest,

14       if possible.  I'll get in touch with them and then after

15       that, I would sit down and I'd make a determination if we

16       had enough probable cause to proceed or release this

17       prisoner until we obtain more evidence and then I would

18       do what's called if we got the new evidence that

19       determined we would do what was called a not in custody

20       arrest.

21              Sometimes evidence will be that we're waiting

22       for DNA.  Sometimes we'll be waiting for another

23       statement.  It all depends on the case.

24   Q   Okay.  And you did all this, this was done prior to

25       assigning cases out to individual investigators?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 63

1    A   I wouldn't say it was done prior to.  It may have been

2        done in the process of.

3    Q   Well, let me ask you this, Mr. Ball.  Why would you

4        assign a case to an investigator if you have questions

5        about the probable cause for the case?

6    A   It still has to be assigned.  An officer has to be in

7        charge.  An officer has to do, follow procedure as far

8        as, you know, being instructed by me or whatever other

9        sergeant or lieutenant as far as to, you know, what the

10       process is to release or proceed.

11            You have to have an officer-in-charge.  That

12       doesn't mean that it's going to court, but you have to

13       have an officer-in-charge of the case for the references.

14   Q   Help me reconcile this, Mr. Ball.  We just read

15       Department regulations which said an arrest without

16       probable cause is essentially an illegal act.

17   A   Ah-huh.

18   Q   Why would you need investigators to handle files where we

19       think an illegal act has occurred?

20   A   Because the person is in custody.  You have to have

21       somebody to follow-up on it.  You just can't dismiss it

22       and say oh, this was illegal, let's discharge this person

23       and that's the end of it.  You have to have somebody

24       follow-up on it because if you don't, you may end up in a

25       proceeding like this now.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 64

1    Q   And so if I understand you right, the report comes in.
2        You see it has an issue with probable cause and that
3        report then gets assigned to an investigator to
4        investigate solely the issue of probable cause?
5    A   The investigator and myself go over the entire case and
6        if that person is in custody, then I'll make the decision
7        to release this person pending or just release the person
8        completely because no matter what you investigate, there
9        was no probable cause for the arrest.
10                   MR. SKLAR:  Hey, Andrae, --
11                   MR. SMITH:  I know we're getting at that time.
12        We're getting close.
13                   MR. SKLAR:  Yes.  I wanted to tell you it's
14        11:54.  It's your show.  Whenever you want to break.
15                   MR. SMITH:  Let's break now and when we come
16        back Mr. Ball, I'll have you walk me through a case so I
17        can better understand the process that you conduct in
18        your role as a sergeant, so Madame Reporter, we're going
19        to go off the record for about a half hour.  We have a
20        status conference with the Magistrate Judge in this
21        matter, so we should be gone about a half hour and then
22        we'll be right back.
23                   MR. SKLAR:  Yeah.  Let's reconvene at 12:30.
24                   MR. SMITH:  Yeah, we can do that.
25                   (At 11:54 a.m., recess taken)

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 65

1           (At 12:32 p.m., back on the record)

2               MR. SMITH:  Madame Court Reporter, can you read

3      my last question back?

4               COURT REPORTER:  Sure.

5               (At 12:33 p.m., the Court Reporter readback the

6      question as follows:

7               "Question:  And so if I understand you right,

8               the report comes in.  You see it has an issue

9               with probable cause and that report then gets

10              assigned to an investigator to investigate

11              solely the issue of probable cause?")

12   Q  (By Mr. Smith) Okay.  I'll go on from there.  So Mr.

13      Ball, a report comes in with an issue that you notice of

14      probable cause and if my memory serves me correctly,

15      correct me if I'm wrong, you said you issue that, you

16      still issue that case to a detective?

17   A  Yes.

18   Q  Okay.  Here's my question.  You were a supervisor.

19      Correct?

20   A  Yes.

21   Q  As a supervisor, why would you still need to issue a case

22      where there is probable cause concerns to the

23      investigator?  Aren't you empowered by the Department

24      Manual, rules, regulations, and procedures to handle that

25      on your own?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 66

1    A   Yes, sir, and that's what I – in my duties, that's what

2        I'm doing.  You have to understand that each case comes

3        in and has to be investigated whether it be that it had

4        probable cause or not and then a disposition is made and

5        case notes are made and then that case is either closed

6        out or it is going to be investigated pending further

7        investigation, and that's what we do even if it's not,

8        even if there is a case where there is no probable cause.

9            You still have to have an OIC of that case

10       because you're making a record and somebody has to be

11       responsible for their duties and for why they did what

12       they did or instructed them to do what they did and

13       that's why it has to be assigned.

14           There is no non-assignment of any case that

15       comes into the PDU.  They are either closed out or

16       they're investigated.

17   Q   Help me understand something, Mr. Ball.

18   A   Yes, sir.

19   Q   So you have a case with – first of all, the Department,

20       who says that you need to do, who says that the operating

21       procedure is this way?  Is that defined by some

22       Department policy or guideline or who told you that it is

23       done this way, the way you just described to me?

24   A   That's each case is done on an individual basis and

25       that's how we do it.  You have to be accountable for each

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 67

1    case that comes in.  You have to realize that by the time

2    that case has gotten to me, it's just been through two

3    other supervisors who reviewed that case for probable

4    cause.

5         When I get it, I'm the third person that gets

6    it to review to see if probable cause has been

7    established.  I can't assume just because the sergeant or

8    the lieutenant at the DDC or the sergeant on the desk or

9    the lieutenant on the desk has reviewed the case and

10   confirmed that there is probable cause.

11        In some cases, the DDC sergeant, lieutenant or

12   the desk supervisor catches it and those cases don't get

13   assigned to me because they make the determination to

14   release that person because there has been no probable

15   cause determined, but each case comes to me on a case-by-

16   case basis and I go over each case regardless of the fact

17   that if the sergeant or the lieutenant from the DDC or

18   the front desk has reviewed it and that's my policy so

19   some things don't quote-unquote, slip through the cracks.

20 Q  Okay.  So I don't want to put words in your mouth.  I

21   just want to make sure I'm fully understanding what

22   you're saying.  Now, we went over Department guidelines

23   in the DPD Manual and I do believe you agree with me that

24   an arrest without probable cause is an illegal act.

25        With that said – further in that manual, talks

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 68

1    about the duty to ensure that that person is released and

2    so what I'm asking is when you have those concerns about

3    probable cause, is it the case where you say you still

4    have to follow these policies and procedures.

5            I want to know expressly who told you you have

6    to do it this way?

7  A  Who told me?

8  Q  Yes.  Is it defined in some guideline or policy

9    somewhere?  Who established this operating procedure for

10   you that it has to be done this way where I must assign

11   it to an investigator?

12 A  I don't think, I don't know about a policy.  I don't do

13   policy.  I just – this is how I've been doing these cases

14   for 20-something years and, you know, the Department has

15   rules and regulations that you go by and you also employ

16   some of your experience into it because you can't catch

17   everything and when I get a case, I have to investigate

18   on a reviewed basis and that's what I do and that's what

19   has worked for me.

20           I can't tell you what other sergeants do and

21   what other lieutenants do, but this is what I do to

22   ensure things don't happen and to make sure that I'm

23   putting in place some type of procedure where I can catch

24   things that may slip through the cracks.  It's just

25   something that I do.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 69

1          COURT REPORTER:  May I interrupt for a minute?

2     For the witness, there is really no light on his face.

3     It's just a dark – if you could maybe open a shade or

4     something.  It's real helpful sometimes --

5          MR. SKLAR:  A little bit better?

6          MR. SMITH:  Brother Counsel, I think it might

7     be better if he closes or kind of dims the one behind him

8     and leaves the one to the side of him a little more open.

9     Tammy, I think you want to see his lips?

10         COURT REPORTER:  Yes.  Sometimes with the

11    recording it is a little bit muddled and the whole

12    deposition I can't really see him.

13         THE WITNESS:  I have a face for radio anyways.

14    Hold on.  Let me try to do this.

15         MR. SKLAR:  Better.

16         COURT REPORTER:  Oh, that's much better.  You

17    don't have a light in the room like an overhead light or

18    anything?

19         THE WITNESS:  There is one over me if you would

20    like me to turn that on?

21         COURT REPORTER:  Can we just try it?  It's

22    helpful.

23         THE WITNESS:  Does that help any?

24         COURT REPORTER:  I think it did.  Thank you

25    very much.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 70

```
 1            MR. SMITH:  May I proceed, Madame Court
 2      Reporter?
 3            COURT REPORTER:  Yes, and thank you.  I
 4      appreciate it.
 5            MR. SMITH:  No problem.
 6   Q  (By Mr. Smith)  Now, it sounds like you had your own
 7      individualized process for handling these cases.  Is that
 8      correct, Mr. Ball?
 9   A  I can't say it was my own individualized.  It worked well
10      for me.  I had no problems from my lieutenant or any of
11      my other supervisors.  You know, you have things that you
12      go by, but you also, you know, from experience, you had
13      things that will help you be a better supervisor and to
14      catch things that may come through because if you just
15      strictly rely on this procedure as you spoke of, then I
16      would already know or believe that probable cause had
17      existed because two other supervisors had read the arrest
18      and reviewed it before I did.
19   Q  With that said, what's the procedure for release of an
20      arrestee?
21   A  Well, when I review it, sometimes the arrestee has been
22      given his Constitutional rights.  He's been interrogated.
23      I review the case.  I review the body camera.  I review
24      the totality of the circumstances and from there, I make
25      a determination if probable cause is here.  If it's not,
```

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 71

1      then we'll release it.

2              Say, for instance, you arrest somebody with,

3      you arrest three people and a gun is in the car.  The gun

4      is in the center console. You've got three people who

5      have, you know, within wingspan of it, but the car is

6      registered to no one in-car driver.  It's just in a

7      console.  You can't prove that anybody went inside the

8      console. You can't prove that they know it's inside the

9      console, so what, you know, sometimes you can do an

10     interrogation and that person may admit to it, but if you

11     don't have that, you know, the only thing you can do is

12     release the person and put the gun in for DNA and see if

13     the gun comes back later and then you would put them back

14     in custody.

15  Q  Now, you closed out cases prior to assigning it to a

16     detective?

17  A  Yes, I have.

18  Q  What kind of case have you closed out prior to assigning

19     to a detective?

20  A  When you say "close out," are you talking about release

21     the prisoner?

22  Q  Typically, I guess, when you have cases, you have an

23     intake process and they have some type of disposition

24     where that involved it being forwarded to the Wayne

25     County Prosecutor's Office or it results in the prisoner

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 72

1      being released, so I'm leaving it broad in that regard

2      whether you're done with the case.  It's going to the

3      prosecutor or you're closing it out because the prisoner

4      needs to be released.

5   A  That's not necessarily true.  I'm not closing it out.

6      I'm submitting evidence, like I'm submitting the gun for

7      DNA.  I'm waiting for something like that to come back.

8      If the gun comes back --

9           COURT REPORTER:  Excuse me, please.  We lost

10     Mr. Sklar.

11          MR. SKLAR:  All right.  I'm sorry, guys.  I got

12     kicked off.  I apologize.

13          MR. SMITH:  No problem Brother Counsel.

14          COURT REPORTER:  The witness was in the middle

15     of an answer – let me get the question back here.

16          MR. SKLAR:  Yes, if you could.  Thank you.

17          (Whereupon, at 12:47 p.m., the Court Reporter

18       readback the question as follows:

19          "Question:  Typically, I guess, when you have

20          cases, you have an intake process and they have some

21          type of disposition where that involved it being

22          forwarded to the Wayne County Prosecutor's Office or

23          it results in the prisoner being released, so I'm

24          leaving it broad in that regard whether you're done

25          with the case.  It's going to the prosecutor or

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 73

1          you're closing it out because the prisoner needs to

2          be released.")

3   Q    (By Mr. Smith)  I'll just pick up from here.  So we'll do

4          it this way, Mr. Ball.  Tell me about cases that you have

5          absolutely closed that were not going to be submitted to

6          the prosecutor and the prisoner is simply being released.

7          What were the reasons those cases were closed?

8   A    There are several reasons.  It could be reluctance of the

9          victim to prosecute.  It could be the victim isn't

10         consistent.  It could be a number of reasons.  It could

11         be lack of probable cause.  It could be that the

12         officer's actions on their body cam don't reflect the

13         actions that are recorded in their reports.  There can be

14         inconsistencies so-to-speak between the actual officer's

15         actions in the body cam and inconsistencies in the report

16         they submitted.  There could be inconsistencies between

17         what each officer says.  There could be several reasons,

18         so that's why I have to review each case on an individual

19         basis to see exactly what's going on.

20              In those cases, sometimes those cases are the

21         person is released pending further investigation and if

22         pending further investigation, then it's determined if

23         the case is closed out completely.  I've closed out cases

24         like that.  I've closed out cases where – let me see,

25         kind of give you a better example.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 74

1           I've closed out cases where the - I'm not going

2      to say I closed them out, but - well, I can say that.

3      I've closed out cases where the victim just totally says

4      I'm not talking, I'm not having this, I'm not doing this.

5      Basically, you know, forget about this.  I'm done with

6      it.  We have a lot of cases like that as well.  There's a

7      plethora of cases and reasons that comes in that we can

8      dismiss a case, but you have to remember each one is done

9      on an individual basis and that's how we do it.  That's

10     how I do it.  That's how it works so far.

11  Q   And I understand that and so that's why I wanted to be

12     clear about the kind of cases that would be closed out

13     before even being assigned because what I'm trying to

14     help me reconcile is is why don't cases that lack

15     probable cause fit into that category of case you would

16     close out before assigning to an investigator if you

17     agree that the DPD Manual says this is one of the

18     greatest offenses we could commit against a citizen is to

19     arrest them without probable cause?  Help me reconcile

20     that?

21  A   I'm not saying - well, okay.  Let me put it this way.

22     Say, for instance, the example I used where you have

23     three people in the car and a gun is found in the console

24     and you can't prove anybody had it.

25  Q   I am going to stop you --

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 75

1              COURT REPORTER:  I'm sorry.  Could you say that

2       again?

3              THE WITNESS:  Let me put it this way.  On a

4       case where like I indicated where three people are in the

5       car and a gun was found in the console, I don't

6       necessarily have to release those people and close out

7       the case.  What I could do is that I could submit the gun

8       in for evidence.  They run the gun for evidence and if

9       DNA comes back indicating that someone in that car

10      actually physically had possession of that gun, then I

11      could submit a not in custody, but if the DNA comes back

12      and no one in that car is shown to have physical

13      possession of that weapon, then I would close out

14      completely for insufficient evidence.

15   Q  (By Mr. Smith)  Mr. Ball, are all guns submitted for DNA

16      analysis for fingerprinting purposes?

17   A  I can't tell you that all guns are.  I can tell you that

18      I try to make sure that all our guns are.

19   Q  And so what determination goes into how you assign cases

20      to individual detective?  What are you looking for?  I'll

21      just leave that for you to answer.  What are you looking

22      at when you assign particular cases out?

23   A  Well, we have different units.  We have a General

24      Assignment Unit and that unit usually handles cases such

25      as assault and batteries, B&E autos, domestic violence

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 76

1        cases that don't meet the criteria for a husband and

2        wife.  You know, you may have a domestic violence case

3        for a brother and sister, grandmother and granddaughter.

4        You know, things like that.  B&Es of dwellings and then

5        we'll have the B&E crew.  Those cases, B&Es, breaking and

6        enterings, are assigned to people assigned to the B&E

7        crew.  They handle those on a regular basis.

8               Then you have the non-fatal shooting team.

9        Those members usually handle all non-fatal shootings and

10       they handle gun cases.  It depends on what type of case

11       comes in, what criteria it meets, and what unit is going

12       to handle it.

13   Q   And I don't want to cut you off, but I want you to

14       specifically tell me what goes into your determination in

15       assigning gun cases?

16   A   Usually, the gun cases are all assigned to the non-fatal

17       shooting team because in a lot of cases we have non-fatal

18       shootings where we can't fund the gun and we find the gun

19       and we find out that this gun is similar.  They run the

20       gun and it may come back linking it to the case that

21       we're investigating, so usually people in the non-fatal

22       shooting squad, they handle all gun cases.

23   Q   And to your recollection, how many gun cases did you

24       submit when Shanda Starks was the lieutenant of the PDU?

25   A   I can't tell you.  Hundreds probably.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 77

1   Q   Okay.  And how many gun cases do you believe you

2       recommended under the direction of Lieutenant McCord?

3   A   How many cases you say I recommended?

4   Q   Yeah.

5   A   What do you mean by "recommended?"

6   Q   Well, I guess actually assigned out.  I'm sorry.  I used

7       the wrong terminology.  How many cases do you believe you

8       assigned out to your detectives while you were

9       accountable to Lieutenant McCord?

10  A   I would say maybe a 100 or more.  I think that would be

11      something that you would have to, you know, she would

12      probably have a better record of it than I would, but it

13      was quite a few.

14  Q   Are those cases that ultimately get assigned or not

15      assigned, they get sent up to the reign of the county

16      prosecutor's office, do you have to sign a warrant before

17      you send those cases out?

18  A   Do I sign a warrant?

19  Q   No.  Must a warrant be signed when you send them to the

20      Wayne County Prosecutor's Office?

21  A   A warrant is signed by the OIC of the case and it's

22      submitted.  The prosecutor reads over the case and they

23      decide if they're going to sign off on it or not.

24  Q   Did you sign any of those warrants in any of the related

25      gun cases?

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 78

1   A   Not only did I assign some, I was the officer-in-charge
2       of many of them as well.  I participated.  I didn't do
3       anything — I didn't ask the detectives to do anything
4       that I wouldn't do myself.  I helped them in the PDU.  I
5       took cases.  I investigated cases.  I went on shootings.
6       I did everything possible to get the work flow going and
7       continuous.  I didn't just here, do this, here, just do
8       that.  I participated as well.
9   Q   And so in the cases that you signed warrants on, is it
10      fair to say that those cases didn't have any probable
11      cause issues?
12  A   No, that's not fair to say at all because I would sign a
13      warrant if it didn't have any probable cause.  Would I
14      sign a warrant like that, no.  Sometimes I'll even
15      contact the Prosecutor's Office before I would even
16      submit a warrant to tell the prosecutor to go over it and
17      say, "Hey, this is kind of iffy.  I'm not sure about
18      this.  It could be" --
19  Q   Mr. Ball, I don't mean to stop you but you're having some
20      kind of technical issue and I don't know if it's just me
21      who's having difficult hearing, but you're starting to
22      have like a slow drawl sound, so I'll give you a chance
23      to reset here.  I'm sorry for interrupting you.
24  A   You're fine.  Can everybody else hear?
25                  MR. SKLAR:  I got you.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 79

1            COURT REPORTER:  Sometimes, too, it's good to

2       just go out and then sign back in.  You get a better

3       connection.  That's another possibility.  I've been

4       having problems since we came back on the record.  Sounds

5       very mumbley to me.

6            MR. SKLAR:  Marcellus, you may want to get

7       closer to the mic and I'm the same way.

8            THE WITNESS:  I'm in the hills up here too and

9       I probably have a bad reception down here, but I got the

10      mic right at my mouth now.

11           MR. SKLAR:  All right.  You've got better

12      weather.  That bothers me.

13           THE WITNESS:  It is sunny and 78 right now.

14   Q   (By Mr. Smith)  We're all good, Mr. Ball?  You can hear

15      me, I can hear you?

16   A   I can hear you very well, sir.

17   Q   All right.

18           MR. SMITH:  Madame Court Reporter, you can hear

19      everybody?

20           COURT REPORTER:  Yes, I can.  Thank you.

21   Q   (By Mr. Smith)  So I didn't catch your answer.  I'll give

22      the question, Mr. Ball.  In cases in which you signed the

23      warrants, would it be fair to say that there was probable

24      cause for the crime that the Defendant, the particular

25      Defendant was being accused of?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 80

1   A   Any cases that I sign, I believe that I have probable

2       cause.  Some cases, like I said, they required me to call

3       the Prosecutor's Office and talk to them before I

4       submitted a warrant because circumstances were sketchy.

5       It was right on the borderline and a lot of those cases I

6       would not submit them and a lot of the cases I was told

7       to submit the case and let the Prosecutor's Office figure

8       it out.

9   Q   But help me understand something, Mr. Ball.  You're

10      signing your name to the warrant?

11  A   Yes, sir.

12  Q   Okay.  And so is it fair to say that if you're signing

13      your name to the warrant you're on the hook in a sense

14      for what that warrant speaks to, so are you telling me

15      you would sign a warrant where you're not personally

16      certain that there is probable cause for the crime that

17      the Defendant is being accused of?

18  A   No, that's not what I'm saying.  I'm saying that there

19      are cases where the probable cause was not as clear as

20      you would like it to be.  There is somewhat probable

21      cause and that's when I would contact the prosecutor and

22      tell them, "Hey, this is what I got."

23          It could go either way.  I'm not saying that it

24      is probable cause.  I'm not saying that it isn't.  I'm

25      saying this is what we have and it could be that it's

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 81

1       good.  It's on the borderline and at that time the

2       prosecutor will tell me, "Well, I can't tell you what

3       probable cause is.  You can either submit it or you can

4       hold it and investigate it further," and in a lot of

5       those cases, I was informed to submit the warrant and let

6       the Prosecutor's Office figure it out, sort it out.

7  Q    We'll come back to that point in one second, but here's

8       my question.  Is it Department protocol to call the

9       Prosecutor's Office and inquire about probable cause for

10      a case?

11 A    It's not against protocol.  We contact the prosecutors

12      every day.  When you're doing shootings, you have a

13      community prosecutor.  That community prosecutor is

14      assigned to that shooting and that community prosecutor

15      is who you contact on a regular basis.  That community

16      prosecutor is the one you call to get your search

17      warrants signed.  That community prosecutor is called

18      when you want to go over cases.  That community

19      prosecutor in somewhat becomes your partner as far as

20      when it comes to related to these cases.

21 Q    Let me rephrase it this way because you've raised a very

22      interesting issue.  Now, would you agree with me that

23      prosecutors, their purpose is to take a case in which

24      they believe a crime has been committed and prosecute

25      that case and potentially seek a term of imprisonment of

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 82

1      that particular Defendant?

2           MR. SKLAR:  I'll object to form and foundation.

3      Go ahead and answer.

4           THE WITNESS:  I can't speculate on that.  I

5      don't know what the prosecutor's frame of mind is, what

6      they're concerned with.  All I know is that I submit it

7      to them.  They go over the cases and they determine if

8      they're going to proceed.

9    Q  (By Mr. Smith)  Well, let me rephrase it this way.  I'm

10     sorry.  I don't want to cut you off.  You can continue. I

11     don't want to cut you off.

12   A  I was going to say, you know, sometimes when the

13     prosecutor gets a warrant that we submit, they will send

14     it back and it's called adjourned.  They will send the

15     warrant back and they will have a bunch of items on there

16     that you need to do A, B, C, D, E, and then you can

17     resubmit it.  If you get all these A, B, C, D, and E

18     done, then I'll review it and then I'll make a

19     determination if the warrant is going to proceed or not.

20   Q  Understood.

21   A  We get a lot of adjournments.

22   Q  What do you understand the Wayne County Prosecutor's job

23     to be?  What do you understand the role of a prosecutor

24     in a criminal justice system?

25   A  To pursue justice.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 83

1    Q    And does that include prosecuting criminals?

2    A    I'm sure it does, yes.

3    Q    Would you agree that it includes seeking potential jail

4         time for Defendants that they can prove committed the

5         crime?

6    A    I'm not sure I can say that it seeks jail time because

7         every case is handled on an individual basis.   Every

8         prisoner or Defendant is handled on an individual basis

9         and, you know, the Judge determines the time, not me or

10        the prosecutor.

11   Q    That said, do you believe it's a problem to go to the

12        prosecutors and say, "Hey, do I have probable cause to

13        give you this case to prosecute this Defendant?"

14   A    That's not what I'm doing.   I'm going over to the

15        prosecutor and I'm discussing the case because there are

16        certain areas which are sketchy to me and I'm trying to

17        get clarity from them because they prosecute these cases

18        and what they are doing, they will tell me to  - I'll

19        submit it.   They'll go over it and then they'll adjourn

20        it and if that person is in custody, they'll release the

21        prisoner and once we go over what the prosecutor

22        requested, then it's determined if a warrant will be

23        issued which is called a not-in-custody warrant for that

24        person.

25   Q    The question I have for you Mr. Ball is who told you it

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 84

1       was acceptable protocol to take your case to the Wayne

2       County Prosecutor's Office and ask if your case has the

3       valid probable cause?

4   A   No one told me that.  This goes on an individual basis.

5       I've been doing this for 25 years.  I've always presented

6       my cases to the prosecutor because I'm trying to seek

7       justice and I'm trying to avoid having people arrested

8       and going to jail who haven't done anything wrong.

9       That's what I'm trying to do.  I'm trying to get as much

10      clarity, as much cohesiveness between myself and the

11      prosecutor as possible because I don't want to submit bad

12      warrants.  I'm not in the practice of submitting bad

13      warrants.  I'm here to do the best job that I can do and

14      the prosecutor, like I said, they work with us, not

15      against us.

16   Q   Well, did anyone in your chain of command authorize you

17      to go to the Wayne County Prosecutor's Office and talk

18      about whether you have probable cause for your cases?

19   A   No, and no one didn't authorize it either.

20   Q   Did Lieutenant McCord ever speak to you about going to

21      the Wayne County Prosecutor to speak about probable cause

22      in your cases?

23   A   Not to my knowledge.  I think Lieutenant McCord would

24      want us to have probable cause.

25   Q   And was it documented in your case notes that you spoke

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 85

1      to the Wayne County Prosecutor's Office about probable

2      cause for your individual cases that you worked on?

3   A  Probably so because that prosecutor would get the

4      warrant.

5   Q  And who are the names of the Wayne County Prosecutors

6      that you would call or speak to about probable cause?

7   A  It depends.  They had a high turnover rate, but Lori

8      Mireless and Kim Miles were two of the ones that I spoke

9      to on a regular basis.

10         COURT REPORTER:  The second name?

11         THE WITNESS:  Kim Miles; M-i-l-e-s.  I think

12      she was the supervisor.

13   Q  (By Mr. Smith)  I'm sorry.  I want to make sure.  You

14      said Kim Miles was a supervisor?

15   A  Yes.  That's my understanding.

16   Q  So Mr. Ball, you went to Wayne County Prosecutors to ask

17      questions about probable cause, but help me here.  You

18      have a chain of command which includes your Lieutenant

19      Donna McCord, which includes your commander, captain, I'm

20      sorry, Ian Severy, which included Commander Tiffany

21      Stewart?

22   A  Yes.

23   Q  Which included DC Fitzgerald and to some regard DC Marlon

24      Wilson.  Why not go to any of them within that chain of

25      command and say, "Hey, do you think I have probable cause

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 86

1       on this case to send it to the Wayne County Prosecutor's

2       Office?"

3   A   For one thing, it's my responsibility, not theirs.

4       That's why.  It's my responsibility.  I would talk to

5       Lieutenant McCord because she was my immediate

6       supervisor, but I would not circumsede (sic) her

7       authority and go to the captain or the commander.  That

8       would be for Lieutenant McCord to decide and to my

9       knowledge, there may have been causes where she said,

10      "Okay, let's go talk to the commander or let's go talk to

11      the captain," but I would try to minimize that because it

12      was my job to make sure that each case was handled on an

13      individual basis and that it was handled meeting all the

14      standards for a warrant to be approved.

15  Q   And did you tell Lieutenant McCord - each time before you

16      went to the Wayne County Prosecutors, did you mention any

17      of that to Lieutenant McCord?

18  A   No, and let's get one thing clear.  I did not personally

19      go down to the Wayne County Prosecutor's Office.  I was

20      speaking to them over the phone most of the time because

21      of COVID.  They were closed and I would speak with them

22      over the phone.

23  Q   To your knowledge, did any of the investigators that you

24      had supervision over directly call the Wayne County

25      Prosecutor's Office to inquire about probable cause for

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 87

1       their cases?

2              MR. SKLAR:  Object to form and foundation.  Go

3       ahead.  You can answer.

4              THE WITNESS:  Some would, I'm sure.  I know

5       they did.

6    Q  (By Mr. Smith)  Which detectives did that?  I'm sorry.

7       Which investigators did that, Mr. Ball?  Give me their

8       names?

9    A  I can't give you any individual names.  I'm just speaking

10      broadly, but I know that detectives were whatever

11      detective unit I had worked at, it was not discouraged

12      for them to call prosecutors.  After all, you're trying

13      to build the best case possible, so I had no problem with

14      officers talking to a prosecutor and we have really

15      talked to the prosecutors especially on non-fatal

16      shootings.  That's where we would really talk to them at.

17             A lot of the cases didn't require us to talk to

18      the prosecutor.  A lot of gun cases and a lot of non-

19      fatal shooting cases, it did require us to talk to the

20      prosecutor.

21   Q  Something you said earlier I want to circle back to.  You

22      talked about you were told you had to sign these

23      warrants.  You said that in some form or fashion.  Who

24      told you you had to sign these warrants?

25   A  Oh, I didn't say I was told that I had to. That's not

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 88

1          true.  If I said that, I'll stand corrected.  No one told

2          me that I had to sign a warrant.  My job was to review

3          the warrants and then I would sign.  I can say Lieutenant

4          McCord has never came to me and said, "You better sign

5          this.  You got to sign this."  That has never happened.

6     Q    Has anyone else in the Department pressured you to sign a

7          warrant that you weren't fully on board with?

8     A    No.  Not to my knowledge, no.

9     Q    Now Mr. Ball, how many CCW motor vehicle cases with two

10         or more occupants did you assign to your recollection

11         from January of 2021 to about May 27th of 2021?

12    A    Without the records, I can't tell you.  I can speculate.

13         Maybe 20 or more, but I don't have the records in front

14         of me, so I couldn't tell you that for sure.

15    Q    And do you know how many CCW arrests were made in that

16         same timeframe I just gave you?  What do you recall?

17    A    I don't recall.

18    Q    Do you have an estimate?

19    A    No.  There were several.

20    Q    Do you happen to recall for that same timeframe how many

21         CCW arrests with one person in the vehicle were made that

22         came through your PDU unit?

23    A    I don't recall, sir.

24    Q    And of those cases where there were two or more occupants

25         in the vehicle, do you recall how many were found upon

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 89

1        your investigation and PDU's investigation, how many

2        cases were found to have some error made, to have been

3        made by the arresting officer?

4    A   An error as to --

5              MR. SKLAR:  I'll object to form and foundation.

6    Q   (By Mr. Smith)  I'm sorry.  I couldn't hear your answer,

7        Mr. Ball.

8              MR. SKLAR:  I objected as to form and

9        foundation. If you have an answer, Marcellus, you can

10       certainly give it.

11             THE WITNESS:  An error in regards to what?

12   Q   (By Mr. Smith)  Some defect - well, let me just rephrase

13       it so I can give you a timeframe.  The timeframe I'm

14       talking of is January 2021 to May 27, 2021.  How many

15       cases, CCW cases in motor vehicles where there's two or

16       more occupants, in that timeframe did you find or assign

17       out where you ultimately found or your team found that

18       there was some sort of defect in the case whether it be

19       some Constitutional violation, some Departmental

20       violation, something of that sort?

21   A   I can't give you a number, but I can tell you that it

22       happened and I can tell you that several officers in the

23       detective unit would bring some of those cases to my

24       attention because they did not feel comfortable typing

25       them.

faeaeac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 90

1    Q    What were the name of those officers?

2    A    Let me see.  Kuhar.  He was one.  Panackia was one.

3    Q    And for the record, I don't want to interrupt you.

4         You're talking about Detective Jason Kuhar?

5    A    Yes.

6    Q    What was the other name you gave, Mr. Ball?

7    A    He's a sergeant now.  Michael Panackia; P-a-n-a-c-k-i-a,

8         Markala Moore.  Police Officer Markala Moore, Police

9         Officer Felesha Gambril, Detective Eric Carthan.

10   Q    What was the last name for Eric, Mr. Ball?

11   A    Carthan; C-a-r-t-h-a-n.  At one point in time, all of

12        those officers expressed concerns to me about gun

13        arrests.

14   Q    Okay.  In those cases that they had concerns about, were

15        those detainees?  Were those detainees released because

16        there was no probable cause?

17   A    In some cases they were.

18   Q    How many cases were they released where there was no

19        probable cause?

20             MR. SKLAR:  Object to form and foundation but

21        give an answer if you have one.

22   Q    (By Mr. Smith)  To your recollection.

23             MR. SKLAR:  Object to form and foundation, but

24        give an answer if you have one.

25             THE WITNESS:  I don't have an answer.  I

faaeaaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 91

1      couldn't tell you for sure.  You would have to check the

2      arrest book for that and the warrant book.

3   Q   (By Mr. Smith)  Mr. Ball, I am going to pull up

4      Defendants' Exhibit 2 which is your Summons and

5      Complaint.

6   A   Okay.

7              MR. SMITH:  Is this a good size for you to

8      review this Mr. Ball and Brother Counsel?

9              THE WITNESS:  Yes, sir.

10  Q   (By Mr. Smith)  Okay.  So let's go through the

11     allegations in your Complaint.  Now, we've already

12     discussed about you being a veteran of the City of

13     Detroit.

14  A   Yes.

15  Q   I want you to look at No. 11.

16  A   Yes, sir.

17  Q   Can you read that for me?  I'll give you a chance to read

18     it.

19  A   Do you want me to read it out loud or to myself?

20  Q   No.  You can read it to yourself.

21  A   Okay.  Yes.

22  Q   Okay.  The first question I have, you've had an

23     opportunity before today to review this Complaint?

24  A   Yes, I did.

25  Q   Okay.  And so senior sergeant.  Is senior sergeant a

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 92

1    rank?

2    A    Senior sergeant is not a rank, but it's recognized if the

3         lieutenant is gone.

4    Q    Okay.  And was there any other sergeants in the unit with

5         you?

6    A    Yes.

7    Q    Okay.  And so do you mean you were the senior sergeant

8         amongst the sergeants assigned to the PDU?

9    A    Yes.  I was the only sergeant in the PDU that was

10        actually assigned to the Detective Unit.  The other

11        sergeants that worked in the PDU did not work for the

12        Detective Unit.  They were assigned in, for lack of a

13        better term, as a fill in to assist me in the daily

14        duties of the precinct detective.  They were assigned to

15        the 10th Precinct.  I was never assigned to the 10th

16        Precinct.  They were.

17   Q    Okay.  And I want you to read allegation 12 and

18        allegation 13 of your Complaint.

19   A    Yes, sir.

20   Q    Okay.  So Special Operations Unit, what do they do?

21   A    They are a specialized unit.  They usually handle high

22        crime.  They investigate serious crimes.  They respond to

23        all serious runs.  They investigate, like I said, all,

24        you know, serious crimes and that's their main duty.

25        It's a specialized unit and a lot of times they are out

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 93

1       of service so they can concentrate in high crime areas

2       and address crime issues in those areas.

3    Q  Okay.  And the officers in SOU, are they typically

4       regular patrol officers or that is a special assigned

5       unit?

6    A  No.  It's an assigned unit within the precinct and those

7       officers usually in a perfect situation, those would be

8       veteran officers with a lot of experience and who have

9       handled different types of cases, but with the manpower

10      the way it is now, you have officers with little or no

11      experience working those units which causes a problem

12      because they don't have anybody to teach them and to show

13      them --

14   Q  Now, is the - I'm sorry.  I didn't mean to cut you off.

15   A  No, you go ahead.  I was just going to say in some cases

16      you might have two officers working in the Special

17      Operations Unit who are only separated by months in

18      seniority and they both have a total of two years or

19      less.

20   Q  Now, is the SOU set up in similar fashion to PDU where

21      there is a chain of command made up of sergeants,

22      lieutenants?

23   A  They have a sergeant.  They have a lieutenant.

24   Q  And once we get to the lieutenant level, who do those

25      lieutenants in SOU, who is their direct report?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 94

1    A    I believe the captain and the commander.

2    Q    And what captain are you talking about or speaking of?

3    A    The captain of the 10th Precinct.  That would be whoever

4         the captain is.  In this case, it would have been Captain

5         Severy.

6    Q    Okay.  So SOU officers, you have the SOU officer who

7         answers to whoever the particular sergeant is, who

8         answers to whoever that particular lieutenant was, who

9         answers to Captain Severy, who answers to Commander

10        Stewart. Does that sound about right?  Did I get that

11        right?

12   A    Yes, and in some cases they might talk to Captain Severy

13        or come in and talk to Lieutenant McCord about certain

14        cases of theirs.

15   Q    But you raise a good point.  To be clear, Lieutenant

16        McCord does not have span of control over the SOU

17        officers, does she?

18   A    She has not span of control, but she has rank.

19   Q    Now, in regards to allegation 13, you say:

20              "SOU utilizes aggressive, "proactive" police

21           tactics, including pretextual traffic stops, to

22           justify otherwise unlawful searches and seizures of

23           citizens and their personal property."

24        So what tactics are you speaking of in particular, Mr.

25        Ball?

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 95

1   A   Okay.  I can tell you, for instance, walking in the
2       street where a sidewalk is provided.  That would be one.
3       Tinted windows.  What else?
4   Q   Go ahead.  I'm going to let you finish.
5   A   And I'm not saying that tinted windows is not a crime
6       itself and I'm not saying that walking in the street
7       where a sidewalk is provided is not a crime in itself or,
8       you know, seatbelts which is a crime.  I'm not saying
9       that.  None of these are crimes.  I'm just saying that I
10      had noticed that a lot of these had been used to stop and
11      investigate and in many cases the officers did not even
12      give the person a citation for the stop which they
13      initially stopped the person for and many times they had
14      to be instructed that if you're stopping this person for
15      A, B, C, or D, then you have to give them – where's the
16      ticket at?  Where's your probable cause?  You said you
17      stopped them for, you know, tinted windows.  Where's the
18      ticket for tinted windows, you know.  Those are things
19      that was going on.
20  Q   So help me understand.  You've pointed to me tinted
21      windows, walking on the sidewalk --
22  A   No.  Walking in the street where a sidewalk is provided.
23  Q   Correct.  Walking in the street where a sidewalk is
24      provided.  As it relates to these offenses --
25  A   Oh, another one would be I smelled a strong odor of

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 96

1           marijuana.

2    Q    Okay.  And I'll add that to the list.  Can you describe

3           to me in your 35 years of policing, can you articulate

4           for me what you understand reasonable suspicion to be?

5    A    Reasonable suspicion?  It depends on each case.

6           Reasonable suspicion.  It could be, you know, you suspect

7           that a crime was about to take place and the persons that

8           you're investigating, you know, it's more likely than not

9           that they are participants in it.  It all depends.  It

10          all depends.  I can't sit here and give you a textbook,

11          you know, definition, but that's not appropriate because

12          it all depends on a case-by-case basis.

13   Q    Okay.  Here.  I'm going to pull up Exhibit 8 really

14          quickly because I want you to see what DPD defines

15          reasonable suspension as.  I'm going to share my screen.

16   A    Yes, sir.

17   Q    Can you see that, Mr. Ball?

18   A    Yes, sir.

19   Q    And so you know, we're under Arrests.  The directive we

20          looked at earlier for Arrests, Exhibit 8, and under

21          202.1-3.6, Reasonable Suspicion.  Can you read that for

22          me?

23   A    Yes.  (Reading):

24                    "The facts and circumstances that existed at

25               the time of the stop that would lead a reasonable

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 97

1              officer to believe that criminal activity was (or

2              had been or was about to be) afoot."

3    Q   Okay.  So the Department articulates for its sworn

4        officers what reasonable suspicion is.  Is that fair to

5        say, Mr. Ball?

6              MR. SKLAR:  I'll object to form and foundation.

7         You can answer.

8              THE WITNESS:  Okay.  Yes, sir.

9    Q   (By Mr. Smith)  Okay.  In the examples you just presented

10       to me, would you agree that tinted windows is an offense?

11       I believe it's under the City Ordinances.  Is that an

12       offense under the City Ordinances?

13   A   I believe so, yes, but there's a lot of factors.  You

14       have to determine the amount of tint, the darkness of the

15       tint.  There's a lot of factors that go into it.  You

16       just can't go and arrest a guy because he's got or, you

17       know, investigate him because he has tinted windows.  It

18       has to be somewhat --

19   Q   Additionally, the offense you pointed out about walking

20       in the street when a sidewalk is present, do you

21       understand that to be a criminal offense or at a minimum,

22       a misdemeanor offense?

23   A   It all depends.  A lot of people walk in the street

24       because they have stray dogs out there.

25   Q   To be clear, I'm not asking about the reason why they're

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 98

1       in the street.  I'm just talking about the letter of the

2       law because you brought it up and so I'm just asking.

3   A   Yeah.  You brought up --

4   Q   Do you have an understanding – let me finish.  I'm going

5       to let you go.  Let me finish my question.  You seem to

6       understand that that is some kind of an illegal act.

7               MR. SKLAR:  I'll object to form and foundation.

8   Q   (By Mr. Smith)  And I ask that because this is the

9       example you gave to me.

10  A   Okay.  I was trying to give you an example.  It might be

11      an illegal act in itself, a ticketable offense, but if

12      you're walking down the street and people have loose dogs

13      out, so your other alternative is to walk down the middle

14      of the street to protect yourself, that's not an offense

15      that I would investigate somebody for.  I would rather

16      investigate the people who had this dog outside who's

17      making it impossible for people and impeding people from

18      walking down the sidewalk.

19  Q   Hold that thought because we're going to come back to

20      that.  Mr. Ball, I used to work over in 36th District

21      Court as a City attorney that handled misdemeanor

22      offenses.

23  A   Okay.

24  Q   There was a ticket that always I would see come across

25      every now and again.  Do you remember those little

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 99

1        Christmas trees, the air fresheners that people would

2        hang in their rear-view mirror?

3    A   Yes, I vaguely remember that.

4    Q   In your 35 years of experience, did you know that you can

5        be written an Obstruction of View ticket for having those

6        little Christmas tree mirrors hanging on your rear-view

7        mirror?  Have you ever heard that before?

8    A   Yes, sir.

9    Q   Okay.  So we both agree on that?

10   A   Yes, sir.

11   Q   Would you write that kind of ticket to a citizen of

12       Detroit?

13   A   Would I write it?

14   Q   Would you issue a ticket to someone for hanging a

15       Christmas tree air freshener in their rear-view mirror

16       under the criminal offense of Obstructing View?

17   A   I can't tell you that I would write it.  You also have

18       the opportunity to advise and release and tell them to

19       remove it, so I have options.  You don't have to arrest

20       or ticket everyone for every offense that you find.  You

21       have that right to advise and release.  You get to be

22       objective.

23   Q   Would you agree what you just described to me is called

24       discretion?

25   A   Yes.  We all have discretion.  Each police officer has

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 100

1       discretion.

2   Q   So, for instance, if I'm pulled over by an officer for

3       going 15 miles per hour over the speed limit, is it

4       within the officer's discretion to give me a warning and

5       release me or must they write me a ticket for going 15

6       miles per hour over the speed limit?

7   A   I think that's on a case-by-case basis.  You have to talk

8       to the arresting officer or investigating officer.  I

9       can't tell you.  I've hardly ever written a speeding

10      ticket in my entire career, but I know that officers that

11      I know who are traffic officers, always known them to

12      issue those tickets.

13  Q   So it's fair to say, we're going to use the same analogy

14      I just gave to you about the speeding ticket.  We're

15      going to apply this to what you just talked about the

16      tinted window, the walking in the street when a sidewalk

17      is available, and I want to ask you this question.  Just

18      because you wouldn't write a ticket for those offenses,

19      that doesn't necessarily make what the officers who do

20      write those tickets, that doesn't make what they're doing

21      illegal, does it?

22  A   If they wrote a ticket for those offenses?

23  Q   Yes.  It doesn't make it illegal, and I'll frame it this

24      way.  You mentioned the lack of probable cause and some

25      other things.  That doesn't make them lack probable cause

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 101

1      just because they would issue a ticket and you would not,

2      would it?

3   A  No.  It's discretionary.

4   Q  I'm going to share screen here and keep the Complaint up.

5      So it sounds like these and I don't want to put words in

6      your mouth, but thus far the offenses that you described

7      as aggressive, proactive police tactics, including

8      pretextual traffic stops, sounds like officers exercising

9      discretion and that they may handle a situation

10     differently from you?

11            MR. SKLAR:  I'll object to form and foundation.

12      You can answer.

13            THE WITNESS:  Okay.  Looking at this, that's

14     fine, but when you use these kinds of stops to get

15     everybody out of the car to investigate them, to search

16     the entire car, to go into areas of the car that you

17     would not normally have any right to because it is a

18     ticketable offense and you're not impounding the car and

19     you're looking for probable cause.  You're looking for

20     guns.  When you use these things as a pretext stop to

21     find those things, then that's when we have a problem and

22     that's what's been happening.

23   Q  (By Mr. Smith)  What you just said to me, it sounds like

24     this to me, Mr. Ball.  What you said is a criminal

25     offense has been committed.  The officer exercised his

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 102

1    discretion to enforce that criminal offense which led to

2    his ability to gain access to a car where he found other

3    criminal offenses and if what I'm hearing correctly is,

4    you don't like the initial offense that he enforced that

5    allowed him into that car.  That's discretion.  That does

6    not make it, what they did illegal.  Do you see that

7    distinction?

8                    MR. SKLAR:  Object to form and foundation

9    again.  I don't understand the question, but go ahead.

10                   THE WITNESS:  And first of all, you said, "I

11   don't like it."  I don't understand what you mean by what

12   I don't like.  I'm not here to like or anything.  I'm

13   here to investigate each case on its own merits and I'm

14   not here to say I don't like this or I don't like that.

15   I'm here to investigate each case and when you see these

16   cases come in on a regular basis and I guess for lack of

17   a term they use it as a boilerplate arrest where

18   everything is the same except for the persons' names,

19   then you become suspicious.  That's where you have the

20   problem.

21  Q  So Mr. Ball – I'm sorry, sir.  Go ahead.  I'm sorry.  I

22     didn't mean to interrupt you.

23  A  No, go ahead.  I'm finished.

24  Q  So what do you under "pretextual" to mean?

25  A  Just what I was saying.  When you use these walking down

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 103

1      the street when a sidewalk is provided.  What else?  I

2      smelled strong odor of marijuana coming from the car.

3      You know, those are pretextual stops, too.  A lot of

4      these become pretextual stops and it's known and the

5      officers working these specialized units, they are

6      looking for ways to get into a car to search them.

7      That's their job. They're working on stats and numbers.

8      They're out there to get guns.  They're out there to

9      arrest the bad, sort of bad so-to-speak criminals out

10     there.

11  Q  But Mr. Ball, can you say that those stops are

12     definitively without probable cause or reasonable

13     suspicion?

14           MR. SKLAR:  I'll object to form and foundation.

15      You can answer if you have one.

16           THE WITNESS:  I'm saying that those stops have

17     - let me try to say it, have increased dramatically and

18     they're becoming more common.

19  Q  (By Mr. Smith)  That's not my question, Mr. Ball.  My

20     question is not about the number of cases of that are

21     increasing.  Okay.  They increase as long as you have

22     probable cause and reasonable suspicion to make the stop.

23     My question to you is, again, can you definitively say

24     that those stops that you are saying that the SOU made

25     which were pretextual traffic stops were without

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 104

1       reasonable suspicion to make the stop or probable stop to

2       make the stop?

3              MR. SKLAR:  I'll object to form and foundation.

4       Again, I think you're referring to every stop that he's

5       reviewed.  You haven't provided him one document of a

6       stop, but you can answer Mr. Ball to the extent you know.

7              THE WITNESS:  I don't have an answer for that,

8       sir.  Like I say, each case is reviewed on its individual

9       merit.  I can't sit here and tell you that all cases are.

10      I can only tell you about the ones that I investigate on

11      on a day-to-day.  I can't group them all together.  I can

12      just tell you that each case is investigated on its own

13      merit individually and then decisions are made from

14      there, but if you get these arrests on a daily basis and

15      the circumstances are always the same, that raises a red

16      flag and that's where you have to investigate a little

17      bit more because even the Judges are noticing in court.

18      They bring it up.

19   Q  (By Mr. Smith)  Would it be fair to say that if the

20      initial reason why you stop a vehicle, there is probable

21      cause for reasonable suspicion for the initial stop, say

22      I pull you over for a broken tail light.

23   A  Yes, sir.

24   Q  If there's adequate probable cause of reasonable

25      suspicion to make that stop, then would the unlawful,

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 105

1      well, let me give use a different example. Maybe a broken

2      tail light is not the best.  I pull you over and you

3      don't have a Driver's License.  I pull you over for

4      speeding. You don't have a Driver's License.

5    A  Yes, sir.

6    Q  If I have adequate probable cause and reasonable

7      suspicion and I search the car subject to your arrest,

8      would anything I find in the car in that plain view, that

9      would be fair game, would it not?

10         MR. SKLAR:  I'll object to form and foundation.

11     It assumes facts not in evidence and calls for a

12     hypothetical.  To the extent you have an answer Mr. Ball,

13     feel free to give one.

14         THE WITNESS:  I'm kind of lost on that.  You

15     said you're arresting somebody, incident to an arrest?  I

16     mean --

17   Q  (By Mr. Smith)  I'll rephrase, Mr. Ball.  I don't want to

18     cut you off.  I'll rephrase.  I'll use the example you

19     gave for the tinted windows.  If an officer pulls someone

20     over for having tinted windows in violation of the law

21     and I clearly have reasonable suspicion that the crime

22     has been committed, can that lead to other criminal, me

23     finding out about other criminal offenses?  I'm talking

24     about me as an officer?  It would be lawful to charge for

25     those other crimes, would it not?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 106

1      MR. SKLAR:  Let me object to form and

2  foundation again.  The same objection.  I'm not sure if

3  you're assuming there's reasonable suspicion for the stop

4  in your question or if you're assuming there's probable

5  cause for a subject to be searched based on your

6  question.  I think that's a problem.

7      MR. SMITH:  I'll phrase it better for you,

8  Brother Counsel.  I gotcha.  I'll phrase it better for

9  you.

10  Q  (By Mr. Smith)  Mr. Ball, we'll assume that there's

11  probable cause for the stop.  We're going to assume that

12  there's probable cause for the initial stop, but as a

13  result of that stop, the officer finds out about other

14  criminal activity.  Now, based on there being probable

15  cause for the initial stop, that officer could

16  investigate and enforce the law as it relates to the

17  other criminal offenses he finds after the initial reason

18  he stopped that person.  Would that be fair to say?

19  A  It depends on how he found out about these other criminal

20  offenses.

21  Q  The allegation in 13 - we'll go to 14.  I'll give you a

22  chance to read that one.

23  A  Yes, sir.

24  Q  Okay.  What is unusually high?  What does that mean to

25  you?

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 107

1  A  They're spikes.  You know, you might go along and you'll

2     have maybe three or four arrests and then all of a sudden

3     you'll notice that those three or four arrests have

4     become ten arrests and even though you ask questions and

5     then you look at the arrest and they all, like I said

6     before, have the same similar circumstances.  The only

7     thing that's changed is the type of vehicle and the names

8     on the Defendants.

9  Q  So let's attempt to establish a baseline period.  Over

10     what timespan did you note this increase in arrests?

11  A  This wasn't a particular timespan.  It was something that

12     I had been noticing for a while.

13  Q  What is a while Mr. Ball, time-wise.  What is a while?

14  A  Maybe almost a year or so and it just got progressively

15     worse.

16  Q  Okay.  So you say for over a year you noticed these

17     numbers, and I don't want to put words in your mouth, so

18     I want to make sure I'm clear on this.  So for over a

19     year, you noticed this number of CCW cases alleged in

20     your Complaint, you saw those numbers increase?

21  A  I'm not saying over a year.  Approximately a year, but

22     you have to understand when things are – I'm not the only

23     one who noticed this.  The other officers who I indicated

24     to you before, they also noticed this and they brought it

25     to my attention.  It wasn't like I was the only one

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 108

1       sitting there noticing this.

2  Q   Respectfully, Mr. Ball, I'm just concerned with you

3       because you're the only one who's filed suit to my

4       knowledge and so I want to establish the timeframe that

5       we're talking about so I can insist and know what you

6       understand the baseline to be for when these cases

7       started to increase.  Was it weeks, months?  Thus far,

8       you said approximately a year.  Again, to your

9       recollection, it was approximately a year?

10  A   To my recollection, I don't want to be pinpointed to a

11      certain amount of time, but I did notice an increase and

12      I did notice the circumstances of the arrests and I did

13      get complaints from other officers as well.

14  Q   And to be clear, I'm not looking in your response for

15      scientific data down to the date and time.  I'm just

16      trying to get a general understanding of the timeframe

17      you saw this increase occur, so we're at approximately a

18      year.  Okay.  So in that year timeframe, does that

19      predate the arrival of Lieutenant McCord to the unit?

20  A   I couldn't answer that.  I don't exactly recall when

21      Lieutenant McCord came to the unit and I'm not going to

22      sit here and tell you that arrests like this hadn't been

23      made prior to her getting there.

24  Q   Did you notice this increase during the time that

25      Lieutenant Starks was there?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 109

 1   A   I'm not going to even tell you that there was an increase

 2       like that when Lieutenant Starks was there.  She would

 3       have to better answer that question.  A lot of things

 4       that happened when Lieutenant Starks was there did not

 5       occur.  I mean, a lot of things that happened when

 6       Lieutenant Starks was there, they had nothing to do with

 7       when Lieutenant McCord was there.

 8                A lot of things that happened when Lieutenant

 9       McCord was there never would have happened when

10       Lieutenant Starks was there.  Those are questions that I

11       can only speculate on.  Like I said before, I can only

12       answer the questions related to each case that I've been

13       investigating.  I can't paint this with a broad brush and

14       say this is how it was.

15   Q   To be clear Mr. Ball, I'm not asking you to paint with a

16       broad brush.  I'm using the timeframes that Shanda Starks

17       and Lieutenant McCord were in the unit as markers in

18       time.  Now, I believe your earlier testimony was that

19       Starks left that unit in 2020 or 2021 which corresponded

20       with McCord arriving, and so if you tell me that this

21       happened, you know, during the time Starks was there, I

22       get a sense that, okay, this happened pre '20, 2021.

23                If you tell me this happened after McCord was

24       there, according to your earlier testimony, that sets the

25       time marker at, you know, late '20, early 2021, so that's

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 110

1        why I'm asking that question.  So, again, I'll ask it

2        just one more time.  Did you notice this increase when

3        Starks was the lieutenant or when McCord was lieutenant?

4     A  Well, you want me to pinpoint to just two people.  It's

5        more than two people involved.  You're missing some key

6        people and I can't tell you that it happened because --

7     Q  No, I'm not talking about involvement.  Their involvement

8        does not matter.

9     A  I think it does because --

10    Q  Who was running the unit when you look back and say,

11       okay, I'm seeing this uptick in cases, who was the

12       lieutenant running the PDU?

13    A  It wasn't - I couldn't tell you if it was Lieutenant

14       Starks or Lieutenant McCord.  I can tell you that it was

15       occurring.  It could have occurred under both of their

16       watches, but it became more prevalent when a certain

17       number of individuals started coming back there and

18       working with Lieutenant McCord.  It seems like you're

19       trying to make me pinpoint Lieutenant McCord, but there

20       were other people involved such as Lieutenant Adams and

21       Captain Severy.

22    Q  We'll get to that - I'm sorry.  Go ahead.  We'll get to

23       them shortly.

24            MR. SMITH: I'm sorry, Tammy.  I don't mean to

25       step on your record.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 111

1  Q  (By Mr. Smith)  I'll let you finish, Mr. Ball.

2  A  I'm done.  You know, we're just, you know, answering the

3     questions as best as I can and I'm trying to be fair and

4     honest.

5  Q  And I thank you for that and so I'm just trying to –

6     because you said approximately a year and if you left the

7     Department in say sometime what, May, June, July, that

8     timeframe, when you say approximately a year, that takes

9     us into 2020, I believe, and so that's why I'm trying to

10    get a sense of the time, so I'll go with the answer you

11    initially gave.

12          You said approximately a year, so we'll stick

13    with that.  With that said, who did you report it to

14    initially?  Who's the person you initially reported to

15    what you saw?

16 A  What I saw?

17 Q  With the increase in the number of CCW cases?

18 A  I spoke to the sergeants and the officers and the Special

19    Ops Unit.  Those are the first persons I believe I went

20    and spoke to and I asked, "Hey, what's going on with

21    this?"  I spoke to certain – that's when everybody in the

22    car – see, my main concern was all these arrested,

23    everybody getting arrested in the car.

24          I'm not saying that everybody stopped was

25    getting arrested.  I'm saying that the number of arrests

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 112

1       had increased dramatically.  Say, for instance, you'll

2       find one car and six people.  You have six people who get

3       arrested.  In some cases, five people would get arrested.

4              I remember a case where a young lady was the

5       only one in the car with a CPL.  They let her go and

6       arrested the five other people in the car.  Those are the

7       kind of cases I'm talking about, sir.

8    Q  And I understand that, so the question I have, when you

9       saw these cases you said (inaudible) very issue, you said

10      you went to the sergeants and lieutenants of the SOU.

11   A  No.  I went to the sergeants and officers there.

12   Q  I'm sorry.  You're correct.  Why did you not immediately

13      tell Lieutenant McCord as your direct supervisor?

14   A  Lieutenant McCord already knew because the officers had

15      been expressing this already in the PDU and Lieutenant

16      McCord was aware of this.  She knew about this because of

17      the fact that I was discharging all these prisoners and

18      doing not in custodies.  She was aware of this.

19   Q  So when you say she was aware, you heard people tell you

20      in her presence about these matters?

21   A  I heard - I can't say what I heard people tell her about

22      in her presence.  I can tell you that the PDU personnel

23      would say this in her presence.  I can't tell you what

24      other people would say, but the detectives will say

25      things and they will bring it to my attention and I would

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 113

1      bring it to her attention and as a result, I was told

2      that I could no longer release a prisoner without

3      consulting her because of my involvement.

4           I can't say because of my involvement, but I

5      had started releasing a lot of people because the

6      probable cause wasn't there and I had my privilege to

7      release prisoners revoked.

8  Q   And so you did that because you believed that was a part

9      of your job to do that.  Correct?

10 A   It was my job, sir.

11 Q   Okay.  And so --

12 A   And then it was taken away.

13 Q   Let's go back to the Special SOU officers.  Who are the

14     SOU officers and lieutenants that you spoke to?

15 A   I don't know all the names because they change.  You

16     know, they had a high turnover rate, but I know that I

17     talked to Hopegradle. (phonetic).  I don't know how to

18     spell his first name.

19           COURT REPORTER:  Hopegradle?

20           THE WITNESS:  Yes.  I talked to Sergeant

21     Brannock.  I spoke to a brand-new sergeant regarding

22     this.  I spoke to the officers and some of the responses

23     that I received were quite disturbing.  Like I spoke to

24     one officer, one brand-new sergeant and I said, "Hey,

25     what's going on with these arrests?  You guy are

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 114

1      arresting everybody in the car and you don't have

2      probable cause," and his response was, "I was ordered to

3      do what I do.  I'm trying to get confirmed."

4   Q  (By Mr. Smith) What is the name of the sergeant you spoke

5      to?

6   A  He was a brand-new sergeant.  Not Hopegradle, but he's

7      working in the PDU right now.  He said it in front of

8      everybody.  He's the most junior sergeant back then

9      because he was trying to get confirmed and that's what

10     his answer was. "I'm trying to get confirmed.  I was

11     ordered to do this."  Who ordered you to do this?

12     Lieutenant Adams.  Sergeant Brannock, I asked him the

13     same thing.  I said, "What's going on with this?"

14     "Lieutenant Adams ordered us to do this.  Talked to the

15     Special Ops officers.  "Hey, we were ordered by

16     Lieutenant Adams everybody got to go."

17  Q  Okay.  So Mr. Ball, I don't want to put words in your

18     mouth, sir.  I'm going to repeat what I thought I heard

19     you just say.  Did I hear you say that you told the new

20     sergeant that you guys are making these stops or making

21     these arrests without probable cause?  Did I hear that

22     correctly?

23  A  I asked him what was going on with all these arrests with

24     all these people getting arrested in cars when everybody

25     doesn't have individual probable cause.  His response

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 115

1      was, "I'm trying to get confirmed.  I was ordered to do

2      this."

3   Q  Again Mr. Ball, given what we just read of the Department

4      Regulations regarding arrests without probable cause,

5      clearly the regulations say that's an illegal act which

6      could subject those officers who participated to criminal

7      sanction, so did you immediately go and report that up

8      your chain of command that these criminal stops were

9      being made?

10  A  I spoke to Lieutenant Adams.  He was the boss.  He's my

11     boss, so-to-speak.  I spoke to him and as a result, I was

12     basically told that I didn't know what I was doing.  We

13     had an argument about it in front of Sergeant Brannock.

14     He called me a CRTP sergeant which means a CRTP is

15     Complainant Refused to Prosecute and he said that was all

16     I was concerned with and, you know, I took offense to

17     that because in order to get a CRTP, you have to have a

18     Defendant acknowledged and in order to – and if you get a

19     Defendant acknowledged, then you can prepare a warrant

20     and get a witness detainer from the prosecutor because

21     the victim has identified the suspect and being the CRTP,

22     that's just another investigative tool which, you know,

23     they tried to use against me.

24  Q  So I have a question.  I'm sorry.  Go ahead, Mr. Ball.

25  A  I'm done.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 116

1    Q    Well, I have a question.  You said he was kind of sort of

2         your boss.  Well, he doesn't have, Lieutenant Adams

3         didn't have span of control over you, did he?

4    A    He's a ranking supervisor.

5    Q    No, that's not my question.

6    A    Yes.

7    Q    Did he have span of control over you?

8    A    Span of control as far as a ranking supervisor?  We

9         worked together and he did have.  He was my ranking

10        supervisor.  I couldn't go in there and tell him I don't

11        have to listen to you.  You don't have span of control

12        over me.  That was not protocol.  I had to listen to him.

13        He was a supervisor.  I was his subordinate.

14   Q    Let's just say going hypothetically with you that he was

15        your supervisor and you see your supervisor as doing

16        something that goes against the regulations.  Who was his

17        supervisor?

18   A    Captain Severy.

19   Q    Okay.  Did you report that to Severy?

20   A    I spoke with Severy and Severy told me the same thing.

21        He argued with me.  I tried to talk to people.  Nobody

22        would listen to me.

23   Q    Okay.  Who's the next person up the chain of command

24        regarding these acts did you go to?

25   A    That was it.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 117

1    Q   You didn't go to your Commander Stewart about these

2        violations?

3    A   No, I didn't.

4    Q   Why not?

5    A   Because in my opinion they were all conspiring against me

6        and that in order for me to get proper relief and help in

7        this, I had to go outside the command.

8    Q   Okay.  Before you go outside the command though, this is

9        kind of where I want to stay before you go outside the

10       command.  Did you reach out to Deputy Chief Fitzgerald

11       and tell him your concerns?

12   A   No.

13   Q   Hey, Deputy Chief.  They're making stops without probable

14       cause?

15   A   No.

16   Q   The deputy chief is in your chain of command.  Correct?

17   A   He's not in my chain of command.  Marlon Wilson is.

18   Q   Okay.  Prior to being assigned out, prior to going

19       outside the Department, did you reach out to Deputy Chief

20       Marlon Wilson and say, "Hey, Deputy Chief, they're making

21       stops without probable cause?"

22   A   I sent a correspondence that you should have received

23       indicating everything I talked to Marlon Wilson about.  I

24       don't recall it verbatim right now, but I did talk with

25       Marlon Wilson.  I sent him a text message.  You should

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 118

1    have that and he understood.

2  Q  And I do, but I'm asking --

3  A  No, I'm saying he understood.

4  Q  My question is very particular.

5  A  Okay.

6  Q  Prior to you being assigned out.  I'm not talking about

7     what you did after you got assigned out or attempted to

8     be assigned out, I should say.  Prior to the Department

9     attempting to assign you out and prior to you going

10    outside of the Department with your concerns, did you

11    reach out to Deputy Chief Marlon Wilson with your

12    concerns and say, "Hey, they're making stops without

13    probable cause?"

14 A  I spoke to Marlon Wilson and you keep saying I went

15    outside of the Department.  I never went outside of the

16    Department.  Marlon Wilson is the deputy chief in charge

17    of the Detective Unit.  If there would be anyone I would

18    go talk to, it would be him.  I (inaudible) advice and I

19    spoke to him.

20 Q  So when you spoke to him, when you spoke to DC Wilson,

21    was that after you had the sit-down with Severy and

22    McCord?

23 A  That was way after I had the sit-down.  Well, the sit-

24    down with McCord and Severy, that happened probably about

25    the same time that I spoke to - that I text Marlon

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 119

1      Wilson.  I never did get to speak to him.

2   Q  Okay.  And --

3   A  Go ahead, sir.

4   Q  And so I just want to make sure we have the timeline

5      here.  So are you testifying that you sent the text to

6      Marlon Wilson prior to sitting down with Severy and

7      McCord to talk about a potential investigation?

8            MR. SKLAR:  I'll object to form and foundation.

9       Go ahead.  Go on.

10            THE WITNESS:  I can't tell you the exact time,

11      but I know that Marlon Wilson was advised.

12   Q  (By Mr. Smith)  All right.  Okay.  I'll give you a chance

13      to read allegation 15, Mr. Ball.

14            MR. SKLAR:  Excuse me.  Is that a question?

15            MR. SMITH:  No.  I was saying I will give him

16      an opportunity to read allegation 15.

17            MR. SKLAR:  Oh, all right.

18            THE WITNESS:  Okay.

19   Q  (By Mr. Smith)  Okay.  When you say you suspected that

20      these arrests, searches, and seizures, violated the

21      Fourth Amendment's prohibition against unreasonable

22      search and seizures, was that as a result of the cases

23      coming to you through the PDU?

24   A  Yes, sir.

25   Q  Okay.  And that's when you noticed.  Did you assign those

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 120

1      cases out?

2   A  Yeah.  Remember, all the cases would get assigned whether

3      they would get processed or not, they always got

4      assigned.

5   Q  And did any of those cases that you suspected had some

6      kind of Constitutional defect that you assigned out, did

7      warrants did get signed on those cases?

8   A  I couldn't say.  There may have been some that have

9      warrants and then there were some that didn't get

10     warrants signed on.

11  Q  Why is it possible that you believe that these cases have

12     some kind of Constitutional defect and you allow warrants

13     to be signed?

14  A  Okay.  For one thing, that's my professional opinion as a

15     sergeant working in a Detective Unit for 24 or 25 years.

16     If I felt, and once again I had spoke - we had trouble

17     with this earlier.  I told you there were some cases that

18     were iffy and I would go to the Prosecutor's Office and I

19     would talk to them and tell them what I had, and I also

20     told you that in a lot of these cases like this, we were

21     told to send the warrants down and let the Prosecutor's

22     Office make the determination and get it off of us.

23  Q  In allegation 16, I'll give you an opportunity to read

24     that.

25  A  Okay.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 121

1    Q    Now, you spoke about this earlier?

2    A    Yes.

3    Q    Did you send any emails to anyone within DPD regarding

4         your allegations in number 16?

5    A    About this particular paragraph 16?

6    Q    And I say this in relation to number 16, you testified

7         that you went directly to Adams --

8    A    Yes, I did.

9    Q    -- and some of the sergeants.

10   A    Each one in this paragraph I spoke to individually.

11   Q    And did you send any emails, any kind of communication

12        outside of the text you sent to Marlon Wilson, did you

13        send any emails, any kind of communication to anyone in

14        DPD about what they told you?

15   A    No, not that I recall.  No.

16   Q    So why would you text Marlon Wilson versus sending an

17        email to the chain of command?

18             MR. SKLAR:  I'll object to form and foundation.

19         You can go ahead and give an answer.

20             THE WITNESS:  Marlon Wilson is part of my chain

21        of command.  If I didn't feel comfortable and I felt that

22        the people who I was talking to in the beginning were

23        retaliating against me, I did not feel comfortable and I

24        had that recourse to go talk to or send a text message to

25        Marlon Wilson and that's what I exercised my right to do.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 122

1             I didn't do anything wrong.

2    Q    So, again, this happened on May 20, 2021 that you spoke

3         with him.  Correct?

4    A    Approximately, yes.

5    Q    So when you speak to him and you --

6                   MR. SMITH:  Did we lose somebody?

7                   MR. SKLAR:  I'm here.

8                   MR. SMITH:  What did you miss Brother Counsel?

9                   MR. SKLAR:  Nothing.

10                  MR. SMITH:  Okay.  I thought I heard somebody

11        get kicked.

12                  MR. SKLAR:  I'm good.

13   Q    (By Mr. Smith)  Okay.  So you said this happened

14        approximately on May 20th?

15   A    Yes, sir.

16   Q    So after you had that conversation with Lieutenant Adams

17        and the sergeants, what do you immediately do next?

18   A    I can't tell you what I did immediately next.  I can't

19        tell you that because I don't recall exactly what I

20        immediately did, but I continued to work in the PDU and I

21        continued to address this and I continued to release

22        prisoners that I felt that probable cause was lacking or

23        there were questionable circumstances and as a result of

24        that, I was told that I could no longer do that by

25        Lieutenant McCord.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 123

1   Q   Let's back up, Mr. Ball.

2   A   Ah-huh.

3   Q   The question I asked you was what you immediately did

4       next.  It sounds like what you just told me is you went

5       back to work.  Is that accurate?

6   A   I was at work.

7   Q   Okay.  So you went back to just doing your sergeant

8       duties at the PDU.  Is that fair?  I don't want to put

9       words in your mouth.

10  A   I went back to doing what I was doing that led me to

11      investigate this and I kept a record and I kept doing

12      what I felt was right as far as discharging prisoners and

13      not proceeding with cases and as a result, I was called

14      in by Lieutenant McCord who told me that I no longer had

15      the (inaudible)to just release a prisoner.  I had to go

16      through her which I never had to do and which no other

17      sergeants in PDU had to do to my knowledge and there was

18      really no reason given, and I assumed that it was because

19      of the allegations I had made and that's where I went and

20      I continued to do what I was doing and --

21  Q   Mr. Ball, I don't mean to interrupt you, Mr. Ball.  It

22      looks like you're reading off something.  What are you

23      reading off of?

24  A   I'm not reading off of anything, sir.  I'm looking at the

25      screen that you provided.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 124

1    Q    Gotcha.  Okay.  I'll let you finish.

2    A    I'm done.

3    Q    Now, here's the concern, Mr. Ball.  This happened on

4         approximately May 20th.  Did you send that text message

5         to DC Marlon Wilson on May 20th?

6    A    I don't know, sir.  I would have to see it.  I can't

7         recall.

8    Q    Okay.  So it sounds like you went back to work.

9    A    I was always at work.  I was always at work.

10   Q    Okay.  You were at work.  So this happened at work.  When

11        I'm saying you went back to work, you continued on with

12        your duties.  So this happens.  You continue on with your

13        duties, but help me understand here.  You just told

14        officers that you're doing something that as I read to

15        you earlier the Department regulations say is a serious

16        offense.  You're making arrests without probable cause

17        which they define as an illegal act?

18   A    No.  You said I just told officers.  I had just spoken

19        with Lieutenant Adams, Sergeant Brannock, Sergeant

20        Wiencek, about what was going on with all these arrests

21        coming in here.

22   Q    And you told them that – well, let me do it this way.

23        Did you tell Lieutenant Adams, Brannock and Wiencek that

24        you believed that those stops lacked probable cause?

25   A    What I told them – I didn't tell them anything.  I

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 125

```
1          questioned them and at that time I was told, first
2          Sergeant Wiencek told me, "Hey, I don't know.  I'm just
3          doing what I was told to do.  I'm trying to get
4          confirmed."  That was --
5     Q    What questions did you ask him specifically to your
6          recollection?
7     A    That was regarding the arrests and I said, "What's going
8          on with all these arrests, all these people getting
9          arrested for a gun in a car and we don't have individual
10         probable cause?"  And you have to have individual
11         probable cause to arrest anybody for a gun and this was
12         not going on.
13    Q    That's my point, Mr. Ball.  You're telling me you
14         informed the people you just cited that, hey, what's
15         going on with all these cases?  They lacked individual
16         probable cause.  That is a violation of the DPD
17         regulations and I'm trying to understand why you went
18         back to assuming your normal duties as opposed to
19         immediately reporting that as required by the DPD
20         regulations?
21    A    I reported it to Jason Adams who was a lieutenant.  He
22         was the one who gave out the order.
23    Q    Okay.
24    A    And then --
25    Q    Help me understand.  So you reported it to the lieutenant
```

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 126

1        that you claim made the offense?

2   A    I didn't know he had made the offense at that time.  I

3        told you when I spoke to him, that's when it was brought

4        to my attention that Lieutenant Adams had gave the order.

5        Even the officers assigned to the Special Operations Unit

6        had been telling people that Jason Adams, and I know

7        that's hearsay, but I know they had been spreading rumors

8        that Lieutenant Jason Adams were telling to arrest

9        everybody.  Everybody goes.

10               That was what I was told.  Everybody in the car

11       goes with a gun no matter what.  Everybody goes.

12  Q    And I think I heard you say you kept records.  What

13       records did you keep?

14  A    It wasn't that I kept records.  I said I kept monitoring

15       all the arrests that were coming in and when I found out

16       that they had these irregularities, I would continue what

17       I had to do and if they lacked probable cause, then I

18       would release them pending and --

19  Q    When you say "monitor," did you just have some case

20       numbers that you kind of looked in the system at or did

21       you segregate those files and keep them apart from

22       everything, from your other --

23  A    Yeah.  They're segregated anyway because --

24               COURT REPORTER:  Excuse me.  We're cutting each

25       other off here and I'm not getting the full question and

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 127

1        answer.  ". . . did you segregate those files and keep

2        them apart from everything, from your other" --

3    Q   (By Mr. Smith)  From your other cases?

4            COURT REPORTER:  Thank you.

5            THE WITNESS:  Okay. The gun cases are set apart

6        from each case anyway.  Each case comes in and has its

7        own category, so it was easy to sign the gun cases as

8        opposed to a B&E auto case.  Each case was categorized

9        and it was put into the arrest book; charged CCW motor

10       vehicle, charged CCW person.  That's how we kept the

11       record.

12   Q   (By Mr. Smith)  Now, against the backdrop of this, did

13       Commander Stewart have weekly meetings regarding gun

14       cases, if you recall?

15   A   She had meetings, but I was not privy to those meetings.

16   Q   You never attended any of those meetings?

17   A   I may have attended one meeting, but --

18   Q   Well, when did you attend that one meeting?

19   A   That was a while ago.  I couldn't even tell you when, but

20       that was Lieutenant McCord.  She chose who she wanted to

21       go to those meetings with her and I was not the person

22       she chose.

23   Q   You were a senior sergeant.  Why didn't you attend those

24       meetings?

25   A   Because I was not invited or ordered to, sir.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 128

1    Q    Okay.  Did you receive any emails regarding the gun

2         cases, the statistical numbers that the Department, you

3         know, had record of?

4    A    No, sir.

5    Q    Now, I want to make sure I heard you right.  Did you say

6         that Lieutenant McCord advised you to notify her in

7         regards to expired CCW arrests?

8    A    No.  Lieutenant McCord told me that I would no longer be

9         able to release prisoners on my own.  I had to go through

10        her.

11   Q    Okay.  And did she give you a reason for why she said

12        that to you?

13   A    No, not that I can recall.  I just know that that had

14        never happened to me during my entire career and I know

15        that's part of my job responsibilities to determine if a

16        person is held in custody or not.

17   Q    So I'm going to give you an opportunity to read number 17

18        of the Complaint.

19   A    Yes, sir.  Okay.

20   Q    So this unwritten "order", if I heard your testimony

21        right, is it that this unwritten order came from

22        Lieutenant Adams?

23   A    Yes, sir.  That was my understanding.

24             MR. SKLAR:  Do you want to take a break,

25        Marcellus?  We can take a five minute if you're getting

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 129

1     antsy?

2           MR. SMITH:  Yes.  Let's take about a five

3     minute break.

4           MR. SKLAR:  Yeah.  Let's reconvene at 2:25.

5     Six minutes.

6           (At 2:19 p.m., recess taken)

7           (At 2:28 p.m., back on the record)

8  Q  (By Mr. Smith)  I still should be sharing my screen.

9           MR. SKLAR:  I think you're on Paragraph 17.

10          MR. SMITH:  Yes.

11  Q  (By Mr. Smith)  Okay.  I just want to jump down to number

12     20 and I'll give you a chance to read that, Mr. Ball.  Is

13     Mr. Ball back?  Where is my screen at?  Oh, there he is.

14     Okay.  I had my screen set up funky.  So I'll give you an

15     opportunity to read Paragraph 20.

16  A  Yes, sir.

17  Q  Okay.  So earlier it says you spoke to Lieutenant Adams

18     on May 20th.  So you also spoke to him again on May 24th.

19     Is that correct?

20  A  I'm not sure if that's correct or not, but I did speak to

21     him and that was the last correspondence that I had with

22     him.

23  Q  What did you say?  What was the conversation about, first

24     of all?

25  A  Basically, I believe it was about the arrest and the lack

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 130

1          of probable cause.

2     Q    And do you recall what you said to him in particular?

3     A    No, sir, I don't.

4     Q    Okay.  And in allegation 21, I'll give you a chance to
5          read that.

6     A    Okay.

7     Q    Is that connected to number 20?

8     A    That's connected not to 20.  That's connected to when I
9          went to Lieutenant Adams regarding the allegations of him
10         making that order to arrest everybody.  I believe that's
11         when that was.  On the 24th, that's the day I spoke to
12         him briefly, but I think all that other, it may have been
13         related to when I spoke to him, Brannock, Wiencek, about
14         the blanket order to arrest everybody.

15    Q    Okay.  And I'll give you an opportunity to read through
16         22.

17    A    I had been contacting Lori Mireless and Kim Miles all the
18         time and I had been --

19    Q    Well, let me stop you, Mr. Ball.  There wasn't quite a
20         question yet.

21    A    Oh, okay.

22    Q    Thank you.  Okay.  So when you contacted the prosecutors,
23         what was the form of communication?  Was it an email, a
24         phone call?  How did you guys connect?

25    A    On the phone.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 131

1   Q   And what did you tell the Wayne County Prosecutors you

2       referenced?

3   A   I can't remember verbatim, but it was in regards to your

4       arrests and the lack of probable cause.

5   Q   Now, you reached out to the Wayne County Prosecutors.

6       Did you ever try to contact then Chief of Police Craig?

7   A   I tried to contact Chief of Police Craig prior to this on

8       other incidents and he would not talk to me.

9   Q   Okay.  But my question is did you reach out to him on

10      this incident?

11  A   No, sir.

12  Q   Okay.  Did you reach out to any of the assistant chiefs

13      on this incident?

14  A   No, sir.

15  Q   You also reached out to Jacqueline Pritchard which I find

16      very interesting.  Was Jacqueline Pritchard, she was

17      commander over at No. 8 I believe you said.  No, not No.

18      8.  It was a different unit.  What was she commander of

19      at that time?

20  A   Narcotics.

21  Q   Narcotics.  Okay.  So she's not at No. 10.  Why did you

22      reach out to Commander Pritchard at that time?

23  A   Because I thought she was the only executive that I could

24      trust.

25  Q   And so what did you tell Commander Pritchard?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 132

1   A   I told her my concerns and once I told her that, I

2       believe she had no recourse but to inform Marlon Wilson.

3   Q   So was it Commander Pritchard who reached out to DC

4       Wilson on your behalf?

5   A   I don't know if she did or not.  I know I did.  You would

6       have to ask her.

7   Q   Okay.

8   A   I don't know what she did.  She didn't talk to me about

9       her, you know, correspondence with --

10  Q   You - I'm sorry.  I don't want to step on you.  You

11      obviously seem to have a comfort with Jacqueline

12      Pritchard.  What is the nature of you and Commander

13      Pritchard's relationship?

14  A   No.  I have a comfort with Lieutenant - I mean, Deputy

15      Chief Wilson as well.  I have a comfort level somewhat

16      with Tiffany Stewart.  We all used to work together.

17  Q   But that's not my question.  I'm sorry.

18  A   I'm trying to tell you it's a different comfort level

19      with different people.  I felt like on this incident I

20      couldn't trust anybody within the 10th Precinct, so I,

21      you know, spoke to Commander Pritchard who I believe was

22      non-bias and would help me make the right decisions and

23      she couldn't help me make a decisions and I believe

24      that's when she went to Marlon Wilson and forwarded my

25      concerns.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 133

1   Q    So she went to Marlon Wilson?  Did I hear you right that
2        she went to Marlon Wilson and told --
3   A    I said I don't know --
4   Q    You don't know.  Okay.
5   A     -- whether she did.  I said she may have, but I know
6        that I did.  I told you I don't know what her
7        correspondence was with Marlon Wilson, but I would not be
8        surprised.
9   Q    And just so I'm clear, at some point in the course of
10       your DPD career prior to you being at No. 10, did you not
11       work with Jacqueline?  You worked with Jacqueline
12       Pritchard?  Correct?
13  A    I worked with her at Narcotics.  I worked with her at the
14       8th Precinct Detective Unit.
15  Q    Okay.  And isn't it also true, correct me if I'm wrong,
16       but didn't Jacqueline Pritchard sit on one of your
17       commander actions?
18  A    I only had two in my whole career.
19  Q    No, no.  My question is didn't she sit on one of your
20       commander actions?  I'm not talking about the disposition
21       or how many you had?
22  A    Yes.
23  Q    She did sit on one of your commander actions, and prior
24       to you working at No. 10, had you also worked with then
25       Deputy Chief Marlon Wilson?

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 134

```
 1   A   No.

 2   Q   But you had never worked with him – okay.  I gotcha.

 3   A   None other than working under his command at the

 4       detective group.

 5   Q   Now, did I hear you correctly when you said prior to

 6       coming to No. 10 you had also worked with Commander

 7       Stewart in some form or capacity?

 8   A   Yes.  We were both detectives together.

 9   Q   But you felt you could not trust her to take your

10       concerns to?

11   A   Correct.

12   Q   And so let's go over allegation 23.  I'll give you a

13       chance to read that.

14   A   Yes, sir.

15   Q   Okay.  But before I even go there, DC Fitzgerald, had you

16       worked with him prior to arriving at No. 10?

17   A   I worked with him at Narcotics.

18   Q   So would it be fair to say that you had some form of work

19       relationship with some pretty high – well, at least the

20       mid-level manager level with some high-ranking DPD

21       officials?  Is that fair to say?

22   A   Yes, it is.

23   Q   So as it relates to allegation 23, I'll give you an

24       opportunity to read it.

25   A   Yes, sir.
```

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 135

1   Q   Okay.  So on May 27th, Captain Severy and McCord met with

2       you to tell you you were being reassigned until further

3       notice to the Data Quality Unit effective at 6:00 a.m.

4       I'm reading that right.  Correct?

5   A   You're reading it, but it was – they told me that I was

6       being reassigned because I was being investigated for

7       spreading rumors.

8   Q   For spreading rumors?

9   A   Yes, sir.

10  Q   Would it fair to say that's also known as gossiping?

11  A   Yes, sir.

12  Q   Okay.  I'm going to pull up Exhibit 7 and I'm still

13      sharing my screen and I'm in the record regarding Code of

14      Conduct and I'm going to direct your attention to 102.3-

15      6.15.  Can you see that, Mr. Ball?

16  A   What is the number again?

17  Q   102.3-6.15.  It says Miscellaneous.  Can you see that?

18  A   Yes.

19  Q   Read subsection 2 for me, please.

20  A   (Reading):

21          "Gossiping about a member of the DPD concerning

22          personal character or conduct."

23  Q   Okay.  And per the Department Manual, that is considered

24      prohibited conduct?

25  A   Yes.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 136

1    Q    Would you agree with that representation, Mr. Ball?

2    A    Yes, sir.

3    Q    Okay.  So I'll pull the Complaint back up and we'll dig

4         into this allegation.  Who did Captain Severy or Donna

5         McCord say you were gossiping about?

6    A    They never said who I was gossiping about.  They never

7         said who made the allegation.  They never said anything

8         about it.  When I went in there, gossiping was the last

9         thing I expected to hear from them.  I don't know where

10        this gossiping came from.  As a matter of fact, I don't

11        even know what the results of the investigation was or

12        who the complainant was.  I never heard anything about

13        gossiping this whole time.

14             I believe this was something that was

15        fabricated in order to justify my being removed without

16        it looking like I was being retaliated against.

17   Q    Understood.  So just so I'm clear, Captain Severy or

18        Donna McCord never told you what the --

19   A    No.

20   Q    -- they just told you it was for the offense of

21        gossiping?

22   A    That's exactly correct, sir.  They never told me who was

23        the complainant, what was allegedly said which I had the

24        right to know.  I asked them did I have the right to

25        know.  I told them I had a right to know.  They would not

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 137

1        tell me, neither one of them.

2   Q    And what time did this sit-down occur or approximately?

3   A    This happened mid-afternoon.

4   Q    So mid-afternoon on May 27th.  Is that fair?

5   A    Yes, sir.

6   Q    And so what else did they tell you to do in regards to

7        being assigned out?

8   A    Nothing.  I went back out.  I was getting ready to sit

9        down at my desk, finish out my tour of duty.  I was on

10       overtime, I believe.  Captain Severy relieved me of my

11       duties.  I told the unit that I was being transferred.

12       He told me I was being reassigned until further notice

13       and I was told to get my things and leave.

14  Q    Okay.  Now, is it typical from your personal knowledge

15       that when there's a pending investigation that the

16       officer, that the investigation is assigned to a

17       different unit or a different precinct while that

18       investigation is going on?  Isn't that customary?

19  A    No, not in all cases and in this case, nothing was

20       customary.  Nothing was going on with the Department

21       Standards and Regulations.  Commander Stewart was not

22       notified.  Personnel was not notified.  They circumvented

23       all the means to properly transfer someone or have them

24       reassigned and they spoke directly with Captain Sevick

25       and basically asked him could he keep me down there and

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 138

1       he agreed and everything regarding the transfer or

2       reassignment process was not followed.

3               They didn't adhere to it at all.  Commander

4       Stewart found out about it.  She said she did not know

5       anything about this.  She did not authorize it and she

6       became very upset about it.

7   Q   Did DC Wilson have any knowledge?  Did he know you had

8       been assigned out prior to you being assigned out?

9   A   I don't believe so.  I don't know.  I didn't speak to him

10      regarding that.

11  Q   Okay.

12  A   And I don't know – oh, I'm sorry.

13  Q   Did you immediately contact your union rep after were you

14      assigned out?

15  A   No.

16  Q   Did you contact your union rep at all?

17  A   I had spoke with my union rep like I had told you before.

18      I had spoke to my union rep regarding another incident

19      and I lost faith in him when he told me that I could go

20      anywhere that I wanted to and I lost faith in him.

21              I had lost faith in a lot of people at that

22      point in time because I felt like, you know, I was being

23      ostracized, felt like I couldn't trust anybody.  I felt

24      like I was under the radar and I felt like they were

25      trying to find reason to get rid of me.  It was hard to

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 139

1       work.

2    Q  And so you felt like you couldn't trust your union to

3       represent you in a matter in which you felt you were

4       aggrieved?

5    A  Yes, sir.

6    Q  Now, how soon after that meeting ended did you contact

7       Commander Pritchard?

8    A  I didn't contact her after that meeting.

9    Q  When did you contact Commander Pritchard?

10   A  This was all done before.  Once I left there, once I was

11      basically told to get out, I contacted my attorney.

12   Q  So if I heard you right, you had your discussions with

13      Pritchard before McCord and Severy attempted to assign

14      you out. Is that correct?

15   A  Yes.

16   Q  Okay.  And how soon after leaving your meeting with

17      Severy and McCord did you contact DC Wilson?

18   A  I'm not sure, but I know that I had contact with him.  I

19      don't know exactly what time I contacted him.

20   Q  And so was it hours that it took you to contact him?  Was

21      it days?

22   A  I don't believe it was hours or days.  I don't know

23      exactly when, but I know it wasn't days.  It should be

24      timestamped on the correspondence.

25   Q  So it's fair to say sometime after you get assigned out,

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 140

1      you contact Wilson.  Now, was the only communication you

2      had with Wilson via text or did you speak to him on the

3      phone at some point?

4    A    Text.

5    Q    Okay.  So allegation 27.  It says:

6              "Deputy Police Chief Wilson informed Plaintiff

7          Marcellus Ball that he was unaware of the transfer."

8      So in that text message exchange you had with Deputy

9      Chief Wilson, he said he was unaware of the transfer?

10   A    I believe so.  I would have to see the actual text

11     message to comment on that.

12   Q    And so No. 28.  It says:

13             "Deputy Police Chief Wilson told Plaintiff

14         Marcellus Ball all transfers of personnel assigned

15         to the Detective Unit must be approved by him and no

16         request for the transfer was made to him."

17     Now, of course, the text may not have been stated just

18     the way it's in this Complaint, but some form of

19     communication similar to that was had via that text

20     exchange considering the only communication you had with

21     Wilson was via text?  Is that correct?

22   A    I'm not sure of how that response was made, sir.  I can't

23     tell you exactly how it was made because I don't

24     remember.

25   Q    I'm a little confused.  You said the only communication

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 141

1     you had with DC Wilson was via text and so I just want to

2     be sure that I'm clear on that because it seems like

3     there were a lot of things said on this text.  I just

4     want to make sure this is all stacking up.

5          So I want to be clear.  No. 28.  In some form

6     or fashion, that communication was via text?  That's from

7     your prior testimony.

8  A   If this was not in that text, it was communicated to me

9     by someone else or I don't know if Wilson had talked – I

10    don't believe Wilson had spoken to me, but I have found

11    out that Deputy Chief Police Marlon Wilson did not know

12    about this.  I can't remember exactly how I found out

13    about it, but I was informed that he didn't know anything

14    about it and that's when I had found out that they had

15    totally circumvented the transfer system.

16  Q   So given your testimony --

17  A   And I think it was, it might have been even Tiffany

18    Stewart, the commander.

19  Q   Okay.  So given your testimony, then allegation 28 is

20    incorrect.  You were not told by Deputy Chief Wilson that

21    the transfer had to be approved by him and no request for

22    the transfer was made.  You heard about it secondhand?

23    Is that what I'm understanding now?

24  A   I'm not going to say that, sir, because I don't remember.

25    There was a lot going on at that time.  I was under a lot

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 142

1      of duress and I'm going to tell you that, but I know that

2      I was informed some kind of way that Chief Wilson did not

3      know about it and that was confirmed.

4    Q  Okay.  And let's go to allegation 29.  It says:

5          "Plaintiff Marcellus Ball later learned that

6          captain Ian Severy and Lieutenant Donna McCord had

7          circumvented the chain of command to relieve

8          Plaintiff of his duties because he expressed his

9          concerns regarding the unlawful Order and practice

10         to conduct blanket searches, seizures, and arrests

11         when a gun was found in a vehicle, irrespective of

12         ownership, knowledge, or responsibility."

13     Who told you in the Department that Ian Severy and McCord

14     were transferring you because you were speaking out about

15     this unlawful order?

16   A  Let me read this again.

17         MR. SKLAR:  Did I lose everybody?  Oh, no.  I

18     got you.  Everyone looked still.

19         MR. SMITH:  I'm still here Brother Counsel.

20         MR. SKLAR:  Okay.

21         MR. SMITH:  Were you here for the last

22     question?

23         MR. SKLAR:  I wasn't.

24   Q  (By Mr. Smith)  Okay.  The last question I asked was in

25     regards to allegation No. 29 Mr. Ball, who in the

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 143

1      Department told you that Captain Severy and Lieutenant
2      McCord were attempting to essentially assign him out
3      because he spoke out about what he alleges is the
4      unlawful order?
5              MR. SKLAR:  Okay.  Got it.
6              THE WITNESS:  Okay.  I can't say exactly who
7      told me what, but I was getting a lot of anonymous
8      information regarding this incident and that I should
9      look into it.  I can't tell you exactly who told me that
10     Captain Severy and Donna McCord had circumvented the
11     chain of command, but I found out very shortly because I
12     was - the transfer was immediately rescinded and I think
13     that was via Tiffany Stewart.
14  Q  (By Mr. Smith)  And to be clear Mr. Ball, I'm going to
15     give this as a qualifier.  When you say you can't tell
16     me, do you mean you can't recall or you will not tell me?
17  A  I can't recall and I do believe that it was - in fact, I
18     can think about it correctly now.  I do believe that I
19     think it was Commander Stewart because at the time they
20     did this, she was not in the office.
21  Q  Okay.  And so I want to be clear, so you believe it was
22     Commander Stewart who told you that Captain Severy and
23     McCord were assigning you out because you expressed
24     concerns about this unlawful order?
25  A  And she had no knowledge of it.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 144

1           MR. SMITH:  I'm going take a quick little break

2      here, a couple minutes.

3           MR. SKLAR:  Okay.  When do you want to

4      reconvene?

5           MR. SMITH:  We're just going to go off the

6      record really quickly here.

7           (At 2:53 p.m., recess taken)

8           (At 2:55 p.m., back on the record)

9   Q  (By Mr. Smith)  So Mr. Ball, I want to go back to – where

10     is it at, No. 29, where you seem to indicate that you

11     learned about this from Commander Stewart.

12  A  I believe so.

13  Q  You believe so.  Correct me if I'm wrong.  You testified

14     earlier that you didn't take your initial concerns about

15     the probable cause to Stewart.  Is that correct?

16  A  Yes.

17  Q  So prior to being assigned out, you didn't take your

18     concerns to DC Wilson.  Is that correct?

19  A  I'm not --

20  Q  I'm talking about prior to you being assigned out or at

21     least attempted to be assigned out.

22  A  You have to check the timeline, but I don't know, but I

23     know that I did reach out to him regarding my concerns.

24  Q  So Mr. Ball, if you didn't go to Commander Stewart to

25     inform her of these probable cause issues, how is it

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 145

1        possible that she's able to come back and tell you they

2        assigned you out or attempted to assign you out because

3        you spoke out about these probable cause issues?

4                    MR. SKLAR:  Object.  You haven't laid a

5        foundation and assumes facts not in evidence.  Go ahead.

6        Calls for a hypothetical.  Go on.

7                    THE WITNESS:  You said how is it possible?

8   Q    (By Mr. Smith)  Yeah.  I'm trying to close the knowledge

9        gap here.  You didn't go to Commander Stewart with your

10       PC issue, about probable cause?

11  A    No.

12  Q    And so now you've testified that you believe that it was

13       Commander Stewart who told you that Lieutenant McCord and

14       Captain Severy circumvented the chain of command because

15       you expressed, you know, you spoke out about these

16       probable cause issues?

17  A    Yes.

18  Q    How is it possible she would have known about this if you

19       didn't tell her?

20  A    If I didn't tell her?

21                   MR. SKLAR:  Foundation.  Go on.

22                   THE WITNESS:  What do you mean if I didn't tell

23       her?  I didn't tell her anything.  Commander Stewart is

24       the commander of the 10th Precinct.  She would get

25       informed of things.  These would be questions that you

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 146

1    would have to ask her.  All I know is that she was not

2    aware of the transfer or the reassignment.  She had no

3    knowledge of it.

4          She was upset about it because the process of

5    me being reassigned was circumvented.  There was no

6    notification to DC Wilson.  There was no notification to

7    Personnel.  There was, from my knowledge and my

8    understanding, there was only conversation between

9    Captain Severy, Donna McCord, and Captain Sevick.

10  Q  Gotcha.  Now, allegation 30:

11         "Plaintiff Marcellus Ball's work environment

12        became increasingly hostile and threatening causing

13        him, among other things, hardship, and distress."

14    Mr. Ball, how did your work environment become hostile?

15  A  How did it become?  First of all, it was increasingly

16    hostile all along regarding this.  It was hostile and my

17    duties were being taken away from me.

18  Q  Okay.  What duties were taken away from you, Mr. Ball?

19  A  My right to discharge a prisoner without – because I felt

20    that there was not probable cause.  That was one of the

21    main things.  That's one of the main things that I need

22    to perform my duties and that was taken away from me and

23    no reason was given and it led me to believe that it was

24    because of what I had done.

25  Q  Okay.  What other incidents did you experience that made

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 147

1      you feel that this was a hostile and threatening work

2      environment?

3   A  Officers that came to me and told me that Lieutenant

4      McCord had told them not to listen to me and --

5   Q  What officers came --

6   A  Pardon?

7   Q  I'm sorry.  What officers came to you?

8   A  Is that something I have to disclose?

9   Q  Yes.

10          MR. SKLAR:  What is the question?  I'm sorry.

11  Q  (By Mr. Smith)  What officers came to him and instructed

12     him, well, informed him that McCord told them not to

13     listen to the direction from Marcellus Ball?

14          MR. SKLAR:  Yeah.  If you know, give an answer.

15      Absolutely.

16          THE WITNESS:  I know one for sure and that was

17     Officer Moore.

18  Q  First name for Officer Moore?

19  A  Markala, and it got to the point where Markala was

20     sitting behind me and Lieutenant McCord moved her across

21     the room.

22  Q  Let's address that real quickly.  Correct me if I'm

23     wrong.  Did Lieutenant McCord ever have conversations

24     with you regarding your interactions with Officer Markala

25     Moore?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 148

1    A    Yes, she did.

2    Q    Okay.  And what was the subject of that conversation?

3    A    The subject to me, it was several conversations.

4    Q    Okay.

5    A    Basically, I'll just give you one of the concerns.  I

6         don't know. I can only speculate, but I believe that she

7         thought that Markala and I were close.  We were friends

8         and that she did not like that.  I know that she did not

9         like that for sure.  I know that personally and she would

10        always make comments about it.

11   Q    Well, is it true that you and Officer Markala Moore are

12        friends?

13   A    I'm friends. I was friends with everybody involved.

14   Q    No, no.  I'm just asking about Officer Markala Moore.

15   A    No, I can't just say.  Markala Moore is a friend.  I'm

16        friends with her mother.  I'm friends with her

17        grandmother. I'm friends, I'm almost like a grandfather

18        to her child. I have no problem with Markala Moore.

19        Nothing is inappropriate.  I call her my work daughter.

20        Markala Moore is a smart individual.  She's been going

21        through a lot of things.  She's accomplished a lot of

22        things and for her to have the time on the job and to

23        come to the PDU, that says a lot for her.  She does good

24        work and I don't think you'll find anybody involved in

25        this case who will say she didn't, and if anybody wants

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 149

1      to say that there was something inappropriate, they're

2      wrong.

3    Q   And so when you say "work daughter," that is pretty

4      strong language.  That implies somewhat of a familiar

5      relationship.  Is that a fair takeaway from that kind of

6      comment, Mr. Ball?

7          MR. SKLAR:  I'll object as to argumentative,

8      form and foundation.  You can give an answer.

9          THE WITNESS:  I've had people who call me their

10      work dad for years. I mean, it's nothing – it's a term of

11      endearment, nothing else.

12    Q   (By Mr. Smith)  Just to be clear, I'm not trying to imply

13      anything under current there.  I just want to make sure I

14      understand when you're talking about a work daughter, I

15      understand what you mean by that.

16    A   I have a couple of guys who I call my work sons.  I mean,

17      I'm a different type of supervisor.  I have a supervisory

18      skill that works for me.  I have a supervisory skill that

19      seems to get the best out of the officers.  It seems to

20      make them trust me more and I'm always open.  You can

21      come to me.

22    Q   I'm sorry.  I don't want to cut you off, Mr. Ball.

23    A   Ah-huh.

24    Q   Were there any other members of the PDU that you

25      considered like your work daughter or work son?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 150

1   A   No.  I had close friends. Gambril was a close friend.

2       I've been knowing her for a long time.  Jason Kuhar was a

3       very close friend.  Michael Panackia was a very close

4       friend.  All these guys were close friends.

5   Q   And so Mr. Ball, they took away your, you claim they took

6       away your ability to just do releases in cases that

7       didn't have probable cause.  Is it that they took it away

8       or Lieutenant McCord wanted to review the cases first?

9   A   No.  She told me I couldn't do it.  She told me anything

10      that I had to do, I had to contact her.  I told her what

11      about when she's off on the weekends.  She told me you

12      got to get in contact with me.  You can't release

13      prisoners anymore and that was her statement and that had

14      never happened to me before, period.  Never.

15  Q   And what other hardship or distress did you suffer from

16      what you claim as a hostile working environment?

17  A   There was no more communication between myself and

18      Lieutenant McCord.  The officers seemed to lose their

19      respect and they were taking sides.  There was a female

20      sergeant who was there.  I can't remember her name now,

21      but the office became divided and it seemed like I was

22      the odd man out and I had no problems with that because I

23      was still trying to do my job, but it made it

24      increasingly harder to do this with this type of

25      environment, and like I said, I felt like I was

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 151

1      ostracized.

2                 I couldn't trust anybody.  I stayed to myself

3      and I tried to do the best that I could until my

4      retirement date.

5    Q  And I want to hop down to allegation 37.  It says:

6                 "Defendants Captain Ian Severy, Lieutenant

7            Jason Adams and Lieutenant Donna McCord retaliated

8            against Plaintiff Marcellus Ball because of his

9            protected activity."

10     So tell me how did Captain Severy retaliate against you?

11   A  How did he retaliate against me?  When I was accused of

12     rumors and I was reassigned and the system was

13     circumvented.

14   Q  Did you have any other acts that you can point to that

15     Captain Severy committed that you would consider

16     retaliation?

17   A  Consider retaliation?

18   Q  Yes.  Do you have any other acts that you believe were

19     committed by Captain Severy that you would consider

20     retaliation against you for what you allege is you

21     speaking out about these Constitutional violations?

22   A  Other than the fact that I was attempted to be

23     reassigned.  Captain Severy and I had limited contact

24     with each other --

25   Q  Okay.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 152

1    A    -- and there was one point in time where we spoke and he

2         asked me, "You don't have anything else to say?"  I told

3         him, "I think I've said enough," and that was it.  I just

4         thought that I just didn't feel protected at my job

5         anymore.  I felt like I was, like I say, I felt like the

6         odd man out.  You could hear rumors.  You could hear

7         people talking, but I don't believe rumors even though I

8         was supposedly spreading rumors.

9    Q    And so, okay, if I got you right, the only act of

10        retaliation you had for Ian Severy is his attempt to

11        assign you out, but I want to be clear.

12             MR. SKLAR:  Form and foundation.  That wasn't

13        his testimony.  His testimony was more complete than

14        that.

15             MR. SMITH:  Fair point.  I'll rephrase.

16   Q    (By Mr. Smith)  To be clear, you were not actually

17        assigned out, were you, Mr. Ball?

18   A    No.  I was attempted to.  Like I said, the system was

19        circumvented and it was rescinded.

20   Q    Okay.  To your recollection, how did Lieutenant Jason

21        Adams retaliate against you?

22   A    Lieutenant Jason Adams when I reported to him, he became

23        belligerent.  He started yelling at me calling me the

24        CRTP sergeant.  He told me I didn't know what I was

25        doing.  I needed to go back there and focus on learning

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 153

1    how to be a PDU lieutenant.  He told me that I don't have

2    any right to come in there and question him about what he

3    does and what he doesn't do or what his crew doesn't do

4    and he basically told me that I was inadequate as a

5    sergeant, and he kept reiterating that all I wanted to do

6    is have people sign forms to not prosecute, but what he

7    really didn't realize is that the CRTP form is a form

8    that is used as an investigative tool because in order to

9    get somebody to CRTP, first of all, you have to have

10   established who the suspect is and then after you

11   establish who the suspect is, that's when I would go to

12   the Prosecutor's Office and get a witness detainer and

13   try and legally make this person prosecute and that's

14   what the CRTP form is.

15            There was nothing wrong with the CRTP.  It was

16   a good stat because it was a case closer once you got

17   that person identified and arrested, so for him to call

18   me that, it bothered me because he didn't know what he

19   was saying and that I knew what I was doing and I was

20   trying to do the best job possible and --

21  Q  So how did Lieutenant McCord retaliate against you?

22  A  McCord, like I said, on the basis where she told people

23     not to listen to me.  She took my responsibilities away.

24  Q  Thank you.  And so we're going to to Count II which is

25     your Monell Claim against the City of Detroit and so I'm

faaeaac1-1da0-4c77-9c59-97049cac519c

Page 154

1      going to go to allegation 44. It says:

2            "At the time of the Constitutional deprivations

3         described above, Defendant City of Detroit had an

4         illegal policy or custom of retaliating against and

5         attempting to silence employees, Like Plaintiff

6         Marcellus Ball, who exercised their clearly

7         established First Amendment Constitutional rights to

8         speak out as citizens on matters of substantial

9         public concern as described above."

10     Mr. Ball, are you aware of a written policy of the City's

11     that explicitly states that members of DPD can retaliate

12     against their co-workers when they speak out about

13     Constitutional violations?

14  A  No, sir, I'm not aware of a policy of that.

15  Q  Okay.  So it's not a written policy?

16  A  I'll say I'm not aware of.

17  Q  Okay.  And so for No. 44, are you basing this policy on

18     this unwritten order you say that Lieutenant Adams

19     essentially created or made or command he gave?

20            MR. SKLAR: I'm going to object to form and

21     foundation.  You can answer if you have one.

22            THE WITNESS:  I don't have an answer for that.

23     I think that that would be something that, you know,

24     would be greater covered by my attorney than myself

25     because they help me and I don't know if I have an

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 155

1      adequate answer and I don't want to answer wrong.

2                  MR. SKLAR:  You're not doing anything wrong.

3      Just answer truthfully.  That's all you've been doing.

4      You can give your best or go ahead.

5                  THE WITNESS:  I don't even have a comment on

6      that, sir.

7                  MR. SKLAR:  Okay.

8   Q  (By Mr. Smith)  I'll ask again.  What illegal policy or

9      custom are you referring to when you said the City had an

10     illegal policy or custom of retaliating against employees

11     like yourself?

12                 MR. SKLAR:  Let me just place an objection.

13     The Complaint speaks for itself, but go ahead and give an

14     answer if you have one, sir.

15                 THE WITNESS:  It's just like it says.  I didn't

16     have any problems until I brought these to light,

17     especially the unwritten policy by Lieutenant Adams.  He

18     made a policy that everybody in the car goes to jail for

19     a gun regardless of the circumstances.  Right after I

20     made these allegations, there was a teletype sent out

21     describing arrests.  You should have that in your packet

22     as well.

23                 I was informed by – strike that.  There were

24     people going around the precinct saying that they had no

25     idea of what Lieutenant Adams had done and what he had

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 156

1       said and these were people who were executive.

2   Q   (By Mr. Smith)  So the executives didn't know this was

3       going on?

4   A   According to them, yes.  They didn't know of the

5       unwritten rule by Lieutenant Adams.  That's what I was

6       told.

7   Q   I'm sorry.

8               COURT REPORTER:  Excuse me.  I didn't get that

9       because you're speaking over each other.  Your answer,

10      please?

11              THE WITNESS:  I know that Captain Severy

12      indicated that he was not aware of it.

13  Q   (By Mr. Smith)  So at the captain level in the precinct,

14      Captain Severy wasn't aware of it, so Lieutenant Adams,

15      he's just a lieutenant within SOU.  To your knowledge,

16      who establishes the Directives and Orders for police

17      officers in the City?

18  A   The General Orders are.  We have General Orders.  We have

19      training manuals and you have to understand that when a

20      new captain or a new commander comes into a precinct,

21      they have directives as well and they tell you what their

22      expectations are.  I don't think that I have the right to

23      comment on something like that because that's not part of

24      my job responsibility.

25  Q   Well, I'll ask you this.  A lieutenant of SOU doesn't

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 157

1     have the last word on what a police officer under his

2     command should or should not be doing.  Correct?

3              MR. SKLAR:  I'll object to form and foundation.

4      You can answer.

5              THE WITNESS:  I don't believe so, no.

6   Q  (By Mr. Smith)  But because if the officer who he's

7     giving the command to disagrees, he can go to, in this

8     case, it would be the captain and seek guidance from the

9     captain about what the lieutenant said if he thinks, if

10    the officer thinks what the lieutenant said is incorrect.

11    Isn't that correct?

12  A  No.  It's strange that you brought that up.  The officers

13    went to, from my understanding, went to the commander and

14    told him that they no longer wanted to work for

15    Lieutenant Adams because there were some things going on

16    between him and Sergeant Brannock.

17  Q  What commander are you speaking about, Mr. Ball?

18  A  Commander Stewart, and as a result, Lieutenant Adams was

19    removed and Sergeant Brannock remained at the SOU SOS,

20    Special Operations Section.  There was also an officer

21    who spoke out against Lieutenant Adams and his practices.

22  Q  Were you privy to that conversation or was this something

23    you just heard kind of secondhand?

24  A  It's not something that I heard secondhand.  Lieutenant

25    Adams is now working the shift.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 158

1    Q   No.  I'm talking about the reason why he's working the
2        shift.  Did you hear about the reason why?  Did you hear
3        that secondhand or someone directly told you that?
4    A   I heard it secondhand.
5    Q   Thank you, and so these issues with what you state is
6        this unwritten order, was it limited to just Lieutenant
7        Adams?
8    A   When you say "limited to just Lieutenant Adams," do you
9        mean that he's the only one who made that order?
10   Q   Yes.  Was it limited to Lieutenant Adams within SOU?
11   A   I don't know.  I know that Lieutenant Adams was the one
12       who issued it.  I can't tell you who, if anybody else,
13       issued it or approved it.  I can't tell you that.  All I
14       can speak of is to Lieutenant Adams' actions.
15   Q   And to your knowledge, you didn't hear of this or to your
16       knowledge, you don't know of this going on in any other
17       precincts within the Detroit Police Department?
18   A   I know that there have been investigations into the CCW
19       arrests of multiple people. I know that I reviewed some
20       arrest body cam shortly after the memo was sent out after
21       I made my complaint regarding multiple arrests of people
22       in cars and having individual probable cause, and I can
23       remember reviewing some body cam footage where officers
24       were still attempting to arrest multiple people in
25       vehicles with guns.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 159

1            In several occasions, I saw myself where two

2       officers spoke up and said, "Didn't you just see the memo

3       that came out?  You can't do this anymore.  I'm not

4       taking part of it."

5    Q   Now, you said you knew that there was an investigation.

6       Were you a part of that investigation?

7    A   What investigation, sir?

8    Q   You said you knew there was an investigation into the CCW

9       violations.  Were you contacted by Internal Affairs

10       regarding any investigation?

11    A   Yeah.  I talked to Internal Affairs.  Yes, sir.

12    Q   Okay.  Did you contact Internal Affairs initially?

13    A   No, I did not.

14    Q   Do you know who contacted Internal Affairs about these

15       CCW violations you allege?

16    A   No, sir.

17    Q   Okay.  But, again, --

18            MR. SKLAR:  Andrae, are you frozen?  If he's

19       not frozen, he's the greatest still actor in the history

20       of the world.  That's just incredible.

21            COURT REPORTER:  I think he's frozen.

22            MR. SKLAR:  Oh, I've been there, usually in the

23       most unappealing ways.  You know, the face is contorted.

24       It's frightening.  There we go.

25            MR. SMITH:  I guess it was my turn.  Was it me

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 160

1      or was it everybody here?

2            COURT REPORTER:   Your last question we just

3      have two words.  You said, "But, again," and then you

4      were gone.

5            MR. SMITH:   Okay.  I made my graceful exit.

6    Q   (By Mr. Smith)  Okay.  I want to be clear, Mr. Ball.  You

7      don't have any personal knowledge of the Constitutional

8      violations you allege occurred at No. 10 occurring in

9      other precincts?

10   A   Personal knowledge, no.

11   Q   Okay.  Thank you.

12   A   If you want to talk about other detectives calling

13      me --

14   Q   You have to wait until a question is asked, Mr. Ball.

15   A   This was still in regards to the question that you just

16      asked me.

17   Q   The question I asked was based on regarding what you have

18      personal knowledge of.  I think what you are prepared to

19      offer is what you heard from other detectives and so with

20      that, I'm going to move on to my next question,

21      respectfully.

22   A   Well, that's not exactly what I was going to say, but go

23      right ahead.

24   Q   Thank you so much.  Let's go down to 46.  I'll give you

25      an opportunity to read 46, Mr. Ball.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 161

1               MR. SKLAR:  I don't think it's on the screen.

2               MR. SMITH:  Oh, yeah.  It got kicked out.  I'm

3       sorry.

4               MR. SKLAR:  Maybe it's just me.

5               MR. SMITH:  When I got kicked out, I need to

6       come back in and share.

7    Q   (By Mr. Smith)  Can you see that, Mr. Ball?

8    A   Yes.  If you could scroll up a little bit.

9    Q   45.

10   A   45?

11   Q   Yes.

12   A   Okay.

13   Q   The question is do you have any personal knowledge of the

14       training that Lieutenant McCord received?

15   A   Personal knowledge other than the Academy?

16   Q   Yes.

17   A   And 24-hour training?

18   Q   Yes.

19   A   No.

20   Q   Okay.  Do you have any personal knowledge of any training

21       that Captain Severy may have received from the

22       Department?

23   A   The same with him.

24   Q   Okay. Do you have any personal knowledge of any training

25       that Lieutenant Adams may have received from the

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 162

1       Department?

2    A  The same applies to him as well.

3    Q  You were not assigned out.  Correct?

4    A  When, sir?

5    Q  When you had the sit-down with Captain Severy and

6       Lieutenant McCord.  You were never assigned out.  Is that

7       correct?

8    A  I was getting assigned out.

9    Q  No.  My question is you were not assigned out ultimately?

10           MR. SKLAR:  Object to form and foundation.

11           THE WITNESS:  At that time, I thought I was

12      assigned out because I was going on the information that

13      I received from them, so I was under the impression that

14      I was assigned out.  That's what I was told.

15   Q  (By Mr. Smith)  And is it fair that to your knowledge

16      somebody stopped you from being assigned out?

17   A  Somebody stopped me?

18   Q  Yes.

19   A  Somebody cancelled it.  I don't know exactly who, but I

20      know it was rescinded and if I'm not mistaken, either

21      Lieutenant McCord or Captain Severy told me that I wasn't

22      going anywhere.  I can't remember which one.

23   Q  And so after you found out that you were not going to be

24      assigned out, did you ever report to another unit?

25   A  No, sir.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 163

1    Q   So you remained at 10th Precinct PDU?

2    A   I remained at 10th Precinct PDU until July 28th when I

3        retired.

4    Q   So let's talk about that retirement.

5            MR. SMITH:  I'm just going to pull up documents

6        now if you'll bear with me.  I'm going to stop sharing

7        here so I can get the documents together.

8            Did we lose somebody?  We lost Joel.  Am I

9        still here?

10           THE WITNESS:  I see you.

11           COURT REPORTER:  Yes, you're still there.

12           MR. SKLAR:  I'm going to use my phone.  This is

13       just driving me nuts, so keep going and I'll just listen

14       in and I can see you.  I can see (sic) the question.  I

15       can't see much else, but this should make things a little

16       bit quicker.

17           MR. SMITH:  Okay.  Brother Counsel, I'm going

18       to present Exhibit 5 to Mr. Ball which is the Master

19       Agreement between the City of Detroit and the Detroit

20       Police Lieutenants' and Sergeants' Association.  I'm

21       going to put that on screen now.

22           MR. SKLAR:  Okay.

23           (At 3:27 p.m., Defendants'

24            Exhibits 5 and 6 marked)

25           MR. SMITH:  We're back on the record, Ms.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 164

1    O'Connor?

2              COURT REPORTER:  Yes, we are.

3              MR. SKLAR:  Tamara, can I try to still click in

4    otherwise or do I got to stay on the phone?

5              MR. SMITH:  If I may, Joel, one thing I've had

6    success with with these Zooms when you're having trouble,

7    you can do the camera portion on your computer and the

8    listening part with your phone.

9              MR. SKLAR:  Okay.  Keep going and I'm going to

10   try to connect in also.  Okay?

11             MR. SMITH:  Okay.

12   Q   (By Mr. Smith) And so Mr. Ball, I'm presenting to you the

13   Master Agreement between the City of Detroit and the

14   Detroit Police Lieutenants' and Sergeants' Association

15   and this is from 2014 to 2019.  I'm only using it for

16   this point is that you've already commented that you were

17   a member of LSA.  Correct?

18   A   Yes, sir.

19   Q   And this is the Collective Bargaining Agreement that

20   essentially governed your union's relationship with the

21   City.  Is that correct?

22   A   Yes, sir.

23             MR. SMITH:  Okay.  I am going to take that one

24   down and put up Exhibit 6 and Joel if you can hear me,

25   Exhibit 6 is the Memorandum Of Understanding between the

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 165

1           City of Detroit and the Detroit Police Lieutenants' and

2           Sergeants' Association.

3                     MR. SKLAR:  I got it.

4      Q   (By Mr. Smith)  And I just want to read from the first

5           subsection.  It says:

6                     "Extension of 2014-2020 Master Agreement."

7                     MR. SMITH:  I'm going to admit you here, Joel.

8                     MR. SKLAR:  Okay, thanks.  I apologize.  I'll

9           stay on it until I'm on the other one, I guess.

10                     MR. SMITH:  Just turn the sound down on your

11           computer and you can keep the sound on on your phone.

12                     MR. SKLAR:  Okay, that's great.  Okay.  Let me

13           mute.  Hold on.  Is that better?

14                     MR. SMITH:  Yes, we're good.

15     Q   (By Mr. Smith) And so Mr. Ball, I'm going to read the

16           Extension of 2014-2020 Master Agreement.  It says:

17                     "The terms and conditions of the 2014-2020

18                Master Agreement between the City of Detroit and

19                DPLSA ("Master Agreement") shall be extended,

20                subject to the amendments specified in this MOU,

21                until June 30, 2022."

22           Now, I'm going to go down to subsection VI which talks

23           about the DROP Plan?

24     A   Yes, sir.

25     Q   Okay.  I'm going to read this really quickly.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 166

1              "The City of Detroit shall use its best efforts
2         to obtain Bankruptcy Court approval to modify its
3         confirmed bankruptcy plan of adjustment to permit it
4         to amend Article 12 of the Combined Plan for the
5         Police and Fire Retirement System of the City of
6         Detroit, ("Combined PFRS Plan"), such that any
7         Member meeting certain qualifications may
8         participate in the DROP program for a maximum of ten
9         (10) years.  Such amendments will not affect those
10        Members who are current," it should say currently,
11        "currently grandfathered into the unlimited DROP
12        program.  To facilitate this change, the City of
13        Detroit shall seek approval to amend Section 12.1 of
14        the Combined PFRS Plan to add a new paragraph (3)
15        along the following lines."
16   And I won't read all that.  I don't think that's really
17   relevant for what we need.
18   A   Okay.
19   Q   But the point I wanted to take out of there is:
20              "The City of Detroit shall use its best efforts
21        to obtain Bankruptcy Court approval to modify its
22        confirmed bankruptcy plan."
23   A   Yes, sir.
24   Q   So based on that language, it's fair to say that to
25        adjust the pension under the Police and Fire Retirement

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 167

1      System, we need to get approval from the Bankruptcy

2      Court?

3   A   That's my understanding.

4   Q   Okay.  So there can't be any changes made to your pension

5      without approval from the Bankruptcy Court first?

6   A   As regarding to the DROP.

7   Q   Regarding to the DROP.  Now, in the next line it says –

8      and you were in the DROP Program.  Correct?

9   A   Yes, I was.

10  Q   Okay.  And so the next line says:

11         "Any Member meeting certain qualifications may

12          particulate in the DROP Program for a maximum of ten

13          (10) years."

14      So that line is clear that you can only participate in

15      DROP for ten years.  Is that pretty clear to you?

16  A   Yes, sir.

17  Q   Okay.  I'm going to now present to you Exhibit 4,

18      Defendants' Exhibit 4.

19             (At 3:37 p.m., Defendants'

20              Exhibit 4 marked)

21  Q   (By Mr. Smith)  The document that I'm presenting to you,

22      I'm purporting it to be the DROP Election Form that you

23      initially signed when you signed up for the DROP Program.

24      Now, there's some changes here.  I've redacted out your

25      personal information because I don't want your Social

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 168

 1       Number and Pension Number to get out.

 2   A   Okay.

 3   Q   Okay.  So what do you understand the DROP Plan to be?

 4   A   The DROP Plan was a supplement to our pension and you

 5       could participate for up to ten years at the time.  The

 6       City would get a certain percentage of it and at the end

 7       of the ten years, you would no longer be in the DROP

 8       Plan.

 9   Q   Okay.  Did you also understand that at the end of that

10       ten years, you essentially would leave, that you would

11       have to exit the City?  You would have to exit your

12       employment?

13   A   Yes.

14   Q   Okay.  And when do you recall signing up for the DROP

15       Plan?

16   A   On the 28th of July, 2011, I believe.

17   Q   Okay.  And so I'm going to present to you, I believe I'm

18       sharing it.  Did I stop sharing?  No, it's there, and so

19       I'm going to give you a chance - can you see that?  Too

20       small?

21   A   I can see it, sir.

22   Q   Okay.  I'll give you a chance to review that.  This

23       should be a blast from the past for you.

24   A   Yes.

25   Q   Okay.  Is this your signature on this document?

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 169

1    A    Yes, it is.

2    Q    Okay.  And who is this signed by?  Who is this person

3         that it's signed by?

4    A    I believe she's from the Retirement Systems.

5    Q    Okay.  And this what's called a DROP Election Form, I see

6         it's signed June 17th of 2011?

7    A    Yes, sir.

8    Q    Okay.  And I want to direction your attention to Step 2 –

9         DROP Election Date.

10   A    Ah-huh.

11   Q    Here I believe that's a 7?

12   A    Yes, sir.

13   Q    28-2011.  Who chose that date?

14   A    That's my date of hire.

15   Q    Say that - I'm sorry, I didn't catch that. Say that one

16        more time, Mr. Ball?

17   A    That's my hiring date.  That's when I started.

18   Q    With the City?

19   A    Yes, sir.  No, 2011?  No.  I'm looking for 1986.

20   Q    That says July it looks like a 7.  It says, "July 28,

21        2011."

22   A    Right.

23   Q    And I'll ask the question again.  My question is who

24        selected that date?

25   A    I think the Retirement System did, sir.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 170

1    Q    Okay.  Bear with me one second here.  Bear with me, Mr.

2         Ball.

3    A    Okay.

4    Q    So that date was selected and so I just want to read a

5         little bit of this.  In that first section where it says

6         DROP Election Date, it says:

7              "I am eligible for 25-year service retirement."

8    A    Yes.

9    Q    So when you signed up for the DROP Program, you were

10        eligible to retire at that time?

11   A    Yes.  That's what that means.  That would be my 25th

12        year.

13   Q    Okay.  And then I want to go to the Member

14        Acknowledgement.  It says:

15             "I irrevocably elect the above DROP election

16             date for participation in the Deferred Retirement

17             Option Plan (DROP) of the Police and Fire Retirement

18             System of the City of Detroit. I have read and

19             understand the "Guidelines for Making the DROP

20             Decision."  I have had an opportunity to consult

21             with my own personal financial advisor.  I

22             understand that I cannot change my DROP election

23             after this form is received by the System.  I also

24             understand and acknowledge that due to the time

25             necessary to properly establish and record keep my

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 171

1              DROP, there may be an administrative delay between

2              my DROP election and when funds are first allocated

3              to my DROP account.  By signing below, I acknowledge

4              that I have read and understand this statement."

5       So the question is from what I've just read and given

6       your signature there, you understood that once you signed

7       up for the DROP Program, there was no getting out?

8   A   Getting out?

9   Q   In the sense of that you couldn't revoke the decision to

10      exit the DROP Plan.  Once you signed up, you were in it

11      at the time you executed that document?

12  A   At the time I signed, yes.

13  Q   Did I miss your answer, Mr. Ball?  I hope I'm not frozen.

14  A   At the time I signed this, that was my understanding.

15  Q   Okay.  And at the time you signed this document back in

16      2011, was it ten years you could be in the DROP or was it

17      a different number?

18  A   I believe it was ten years.

19  Q   Could it possibly have been five?

20  A   No.  I think mine was ten.

21              COURT REPORTER:  We lost Mr. Sklar again.

22              MR. SKLAR:  Hello.

23  Q   (By Mr. Smith)  And I'll keep going and so Mr. Ball, once

24      you were in DROP, did you start to receive some kind of

25      paymentwas a result of being in the DROP Plan?

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 172

1    A    You didn't get an actual payment.  Mine was put into your

2         DROP account and you weren't able to access it until you

3         totally separated from the Department.

4    Q    Okay.  And so was it your understanding that at the end

5         of that ten years that you would have to leave your

6         employment with the City of Detroit?

7    A    Had to at that time, but that's the language, yes.

8    Q    Okay.  So when did that ten years run?  What was the date

9         to your knowledge that that ten years was up?

10   A    July 28, 2021.

11   Q    Okay.  So you've known for a number of years that you

12        would have to leave your employment with the City by July

13        28th, 2021.  Is that fair to say?

14   A    Yes.

15   Q    So when you were having your issues with what you allege

16        are these Constitutional violations, this was I want to

17        say after I believe you said was May 2021.  Correct?

18   A    Yes, sir.

19   Q    You knew you were going to be leaving the City in July of

20        2021.  Correct?

21   A    That's not actually correct.

22   Q    Okay.  Why is that incorrect?

23   A    Because they had started negotiating and there was talk

24        of an extension and when I spoke to Mark Young from the

25        LSA regarding this, he told me yes, there was a good

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 173

1      possibility and his words to me was that "I was all

2      right," and I said what do you mean "I'm all right?"

3              He said, "You're not going anywhere."  So I

4      said, "Okay."  He sent the --

5              COURT REPORTER:  Excuse me.

6              THE WITNESS:  That I was not going anywhere and

7      that I was safe.  He told me that the Bankruptcy Judge

8      had the petition on his desk and was going to sign and

9      that I was safe.  Ironically, after my retirement date,

10      it was signed after I retired.  I was, you know, due to

11      the DROP Plan, I had to leave and I just found it ironic

12      that after I left, then it was signed and all he had to

13      do was call, write the letter to the Chief and appeal to

14      him for five more years and I was never afforded that

15      opportunity.

16  Q   (By Mr. Smith)  But we just and I'll go back here and can

17      you see my screen?

18  A   Yes, sir.

19  Q   Just so I'm clear, the extension of the DROP Plan being

20      on the Bankruptcy Judge's desk is not the same as him

21      actually signing it and giving it force and effect.

22      Would you agree with that?

23              MR. SKLAR:  I'll object to form and foundation.

24              THE WITNESS:  I don't know what the process is

25      with him signing it, but if that is the process, then

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 174

1       yes.

2   Q   (By Mr. Smith)  Okay.  And clearly in here it says the

3       City of Detroit and I'm reading from the subsection on

4       DROP Plan.

5              "The City of Detroit shall use its best efforts

6          to obtain Bankruptcy Court approval to modify its

7          confirmed bankruptcy plan of adjustment to permit it

8          to amend", essentially the retirement fund.

9       And so, again, in order for you to have made that cutoff,

10      the Bankruptcy Court would had to have approved the

11      extension prior to your DROP date.  Is that correct?

12             MR. SKLAR:  I'll object to form and foundation.

13      Calls for a legal conclusion.

14             THE WITNESS:  I can't be certain because like I

15      said, they were in negotiations with getting it extended

16      and I don't know the process.  I don't know what was

17      agreed.  I just know that July 28th I was gone.

18  Q   (By Mr. Smith)  Just for the record, Mark Young, he's not

19      the Bankruptcy Judge.  Correct?

20  A   Mark Young?

21  Q   Yes.

22  A   He works in negotiations with the Bankruptcy Judge, sir.

23  Q   Okay.  And the question I now have is you've heard of the

24      Police and Fire Retirement System of the City of Detroit?

25  A   Yes.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 175

1    Q    Okay.  That's who administers your retirement plan.

2         Correct?

3    A    Yes.

4    Q    Did you know that the Police and Fire Retirement System

5         City of Detroit is not actually a city entity?

6    A    No, I didn't know that.

7    Q    Okay.  Did you know that it is its own legal, separate

8         entity?

9    A    I knew that part, yes.  I thought it was in conjunction

10        with the City.  I thought that they worked together.

11                  MR. SKLAR:  They do.

12                  MR. SMITH:   A brief pause, Brother Counsel.  I

13        want to confer with Counsel here real quickly, my Co-

14        Counsel.

15                  (At 3:48 p.m., recess taken)

16                  MR. SMITH: Okay.  Brother Counsel, are you

17        there?

18                  MR. SKLAR: I'm here.

19                  (At 3:50 p.m., back on the record)

20   Q    (By Mr. Smith) So I'm going to stop sharing screen so I

21        can put the Complaint back up.  So I'm going to share

22        Exhibit 2 again.

23                  Okay, Mr. Ball.  I want to discuss what you

24        assert your damages are.  I just want to discuss with you

25        what you assert your damages are, Mr. Ball.  Can you see

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 176

1        what's on my screen?

2   A    Yes, sir.

3   Q    Now, this is what you're requesting as far as relief,

4        legal relief:

5                a. a judgment for lost wages and benefits."

6        What wages did you lose as a result of the violation of

7        the Constitutional – I guess, what wages did you lose as

8        a result of the retaliation you say occurred?

9   A    As a result of the retaliation?  I don't think that I

10       actually lost any wages due to the retaliation other than

11       the fact that I had stopped working overtime.  My claim

12       was that I lost wages and suffered other damages due to

13       the fact that I believe that it was purposely set that

14       after I retired, then they reinstated the DROP Program

15       where you could request an extension.

16  Q    Okay.  So I just want to make sure I'm clear.  A part of

17       your damages is your belief that you were forced to DROP

18       and then they came and they got approval to do extensions

19       on the DROP Program and you couldn't benefit from that.

20       Is that fair?

21  A    Yes.  After my conversations with Mark Young who told me

22       that I was safe --

23  Q    And, again, Mark Young is – I'm sorry.  I don't mean to

24       step on you, Mr. Ball.  Finish your comment.

25  A    No, go ahead.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 177

1    Q    I'm sorry.  Just when I share documents, it makes the

2         screen small and there's a little bit of a delay, so when

3         it seems like you're done talking and I start, then I see

4         that you're still talking so I'm sorry for that.

5               So what benefits do you felt like you lost as a

6         result of this litigation or the damages you claim you

7         suffered?

8    A    Like I told you before, I believe that the extension was

9         approved after I got - I left.  I found that to be ironic

10        and I don't know exactly what day the extension was

11        approved by the Bankruptcy Judge, but I just find it

12        ironic and after I did leave, you know, I had to find

13        insurance for myself which was in excess of $1,000 a

14        month

15              I lost income because I was no longer on the

16        DROP Plan.  You know, it was just, you know, I had to

17        seek other employment.  I had to relocate.  There was a

18        lot of things going on after this and I'm sure that my

19        attorney can address a little bit more of this than I

20        can, but I'm just going on what my belief is and, of

21        course, that's something to be litigated between yourself

22        and my attorney.

23   Q    And question.  What was your monthly pension payment once

24        you essentially left the City and your DROP participation

25        ended?

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 178

1    A    Approximately, $4,000 dollars.

2    Q    Is that monthly?  How is that --

3    A    Yes.

4    Q    Monthly

5    A    Yes, sir.

6    Q    Okay.  And what was your monthly income as a sergeant?

7    A    As a sergeant, I was making over $100,000 and some

8         thousand dollars a year with overtime.

9    Q    Okay.  Without overtime, what would your salary have

10        been?

11   A    Probably it was $69,000 dollars a year.

12   Q    And did you have any stocks, bonds, any things of that

13        sort?

14   A    Yes, I do.

15   Q    What about an annuity?

16   A    Yes.

17   Q    And so what's the value of the annuity?

18   A    Post or pre-divorce?

19   Q    Post-divorce will be fine.

20   A    Post you said?

21   Q    Yes.

22   A    About $169,000 dollars.

23   Q    Okay.  And so how much do you get a month from that

24        annuity?

25   A    I don't get anything from it.  It's upon request.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 179

1    Q    Upon request, and when were you divorced again?

2    A    2011.

3    Q    And what is the value of the stocks?  Again, let me

4         preface it by saying I don't expect you to give it to me

5         down to the dollar amount because you don't have a

6         calculator.  Give me an estimate what you believe the

7         value of your stocks are?

8    A    Right now?

9    Q    Yes.

10   A    Maybe $160,000.

11   Q    And do you receive any, do you typically cash any of

12        those stocks in or you just kind of let the market do

13        what the market does?

14   A    I let the market do what it does.  The only time I

15        touched any of that is when my daughter was in school and

16        I took money out for that.  That was it.

17   Q    And so earlier I do believe you said that with your new

18        job you got medical benefits, so I'm trying to see what

19        the gap was between you getting medical benefits with the

20        new job versus when you left the DROP Plan, so that's

21        kind of where I'm heading here.  So when you leave the

22        City, does the City give you medical benefits?  Do you

23        have access to medical benefits?

24   A    No. You get like medical benefits for 30 days and, you

25        know, I'm on certain medications and those medications

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 180

1        are very expensive and I had to come out of my pocket

2        substantially for those.

3   Q    So how long were you without medical benefits before the

4        medical benefits kicked in at your new job?

5   A    I didn't start my new job until November.

6   Q    So is it fair to say that entire period before November

7        you didn't have medical benefits?

8   A    No.  I had generic insurance, the plans, and they just

9        didn't do anything.  It was horrible.

10  Q    Is that something you pay out-of-pocket for?

11  A    Yes, sir.

12  Q    And what economic loss are you claiming that you suffered

13       as a result of what you allege in this litigation?

14  A    Economic loss?  I had to uproot myself.  I had to move.

15       I had to come all the way across Michigan to Atlanta to

16       seek out employment just so that I could have, you know,

17       good medical.

18  Q    Where did you live prior to leaving for Atlanta?

19  A    In Southfield.  Now, I'm paying for an apartment and I'm

20       paying my house note.

21  Q    So you still own the house in Southfield?

22  A    Yes, sir.

23  Q    It's a hot real estate market right now.  Are you

24       attempting to sell that home?

25              MR. SKLAR:  I'll object to form and foundation.

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 181

1              THE WITNESS:  At the moment, no because it's a

2       hot real estate market everywhere and the prices are

3       going up as we speak.  Georgia is fine.

4    Q  (By Mr. Smith) And so is the only economic loss that you

5       allege to have is in reference to you having to move to

6       Atlanta in pursuit of the new job?

7    A  Economic loss as far as insurance.  Now, I'm paying for

8       two homes instead of one.  It's a lot but, you know, it

9       is what it is at this point in time.

10   Q  Okay.  In some of your claims you allege and, for

11      instance, I'll got to No. 54.  You allege and here it

12      talks about you:

13              "Suffered economic loss, lost wages, non-

14          economic injuries, including but not limited to,

15          mental anguish, physical and emotional distress,

16          humiliation, mortification, outrage, embarrassment,

17          anxiety, depression, degradation, fear, loss of

18          enjoyments of life, loss of earnings, and other

19          damages."

20      So in regards to the physical and the mental injuries you

21      allege to have suffered, the non-economics, did you treat

22      with any medical professionals regarding any injuries you

23      allege you claim or you allege you suffered?

24   A  I didn't have insurance.

25   Q  So is that a no, you did not treat with any medical

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 182

1    professionals regarding the injuries you allege to have
2    sustained?
3  A  No.  I basically self-medicated.  I had friends who were
4    psychologists.  I would speak to them.  You know, I
5    consulted with them, but with the situation as is.
6  Q  What was the name of – you said you had a friend who was
7    a psychologist.  What was the name of the psychologist
8    that you spoke to?
9  A  I would rather not disclose her name. She doesn't even
10    live here.
11          MR. SKLAR:  That's okay.  Marcellus, you should
12    disclose the name.
13          THE WITNESS:  Okay.  Marsha.
14  Q  (By Mr. Smith)  And can you spell that for me, Mr. Ball?
15  A  Yes.  M-a-r-s-h-a.
16  Q  Last name?
17  A  Hold on one second.  Rowe.  R-o-w-e.
18  Q  And is it Dr. Marsha Rowe?
19  A  No.
20  Q  Okay.  And where is her practice located?
21  A  She's in California.
22  Q  What city?
23  A  Where does she live or --
24  Q  Yeah.  Just the city.  You can tell me --
25  A  I don't know where her practice is.  I just know she's in

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 183

1      California.

2   Q   Okay.  What city in California?  What city does she

3      reside in?

4   A   She lives in Fontana.

5   Q   Fontana.  And so when you treated with her, did you speak

6      with her on the phone, Zoom with her?  How did you

7      communicate with her?

8   A   When you say "treated," we spoke.  We were friends and we

9      were in a relationship and she would notice things about

10      me and she would talk with to them about me as far as

11      being depressed and so forth.

12   Q   So let me understand this right.  Ms. Rowe was your

13      girlfriend?

14   A   At the time we were in a dating relationship.

15   Q   Okay.  Is there anyone else that you treated with?

16   A   No.

17   Q   Now, earlier you talked about medication being expensive.

18   A   Yes.

19   Q   What were those medications?

20   A   Anti-rejection medicine.

21   Q   Do you happen to know the name of that medication, either

22      the common name, generic version?

23   A   Mycophenolic.  Let me go get the bottle.  I can give you

24      the exact name.  One second.  It's right here. Okay.

25      It's spelled M-y-c-o-p-h-e-n-o-l-i-c and it has acid.

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 184

1    Q   And Mr. Ball, I'm going to ask this question very

2        carefully because --

3              MR. SMITH:  Brother Counsel, I'll send a

4        request, I'll send a HIPAA over.

5    Q   (By Mr. Smith)  Was this medication used to treat you and

6        you don't have to disclose now the illness which this

7        medication treats, but was this medication to treat an

8        illness that occurred before you retired or you separated

9        from the City or after you separated from the City?

10   A   Both.  It happened before I retired and I can tell you.

11       I have no problem telling you.  I had a kidney

12       transplant.

13   Q   When did you have the kidney transplant?

14   A   I had two.  The last one was in 2010.

15   Q   And so is it fair to say you take several different

16       medications in relationship to that kidney surgeries?

17   A   Yes, sir.

18   Q   Are there any other medications that you were taking not

19       related to the kidney surgery?

20   A   No.  I take blood pressure medicine, but that's, you

21       know, in conjunction with the kidney because you have to

22       regulate your blood pressure, so.

23   Q   Did you have an expectation that you would receive

24       medical benefits from the City once you dropped?

25   A   All of us did.  That's what we signed up for.  Everybody

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 185

1       who signed up for the job had the expectation of medical

2       benefits after they retired.

3    Q  But was that expectation not adjusted by the Bankruptcy

4       Court doing the bankruptcy?

5    A  Yes, sir.

6          MR. SMITH:  Joel, give me a couple minutes with

7       my Co-Counsel and I'm gonna see if there's a few more

8       additional questions I need to answer here.

9          (At 4:09 p.m., recess taken)

10         (At 4:11 p.m., back on the record)

11         MR. SMITH:  Okay.  I'm back on here.  Okay.

12   Q  (By Mr. Smith)  Mr. Ball, I just want to be clear.  So

13      after the City left bankruptcy, did that change the fact

14      that you were going to be entitled to the same benefit

15      that you signed up for?  Is that fair to say?

16   A  Yes.

17   Q  Okay.  And so after – I know you might have come in the

18      door expecting that you would have benefits after you

19      retired, but once the Bankruptcy Court got involved, you

20      didn't have that same expectation after bankruptcy, did

21      you?

22   A  I had the expectation.  I was hopeful that they would

23      work things out and from what I understand, they're still

24      trying to work things out, so I still have – I'm hopeful

25      right now.  I don't really have that much of an

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 186

1          expectation right now because my expectation is not

2          helping me with my medical costs.

3     Q   Are you aware of any of your colleagues who may have

4          retired, you know, recently that received benefits,

5          medical benefits when they retired?

6     A   No.  I don't really associate with anybody who is

7          retired.

8               MR. SMITH:  Okay.  I have no further questions

9          at this time, Mr. Ball.

10              MR. SKLAR:  Mr. Ball, I got a few to follow-up.

11         Could we keep the Complaint up and go to Paragraph 17,

12         please?

13              MR. SMITH:  Sure.

14                   EXAMINATION

15   BY MR. SKLAR:

16    Q   Marcellus, can you take a look at Paragraph 17 and I'll

17         let you read it for a sec.

18    A   Okay.

19    Q   And I don't believe you were asked about this paragraph

20         during your deposition.  You allege that there was an

21         unwritten "Order" and practice to arrest all occupants of

22         a vehicle when a gun was found.  Correct?

23    A   Yes.

24    Q   And did you believe that that unwritten order and/or

25         practice was a violation of the Constitution?

TAMARA A. O'CONNOR
248.882.1331      toconnorrptg@aol.com

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 187

1   A   I believed, yes.  I believed that it violated people's

2       rights because there was no individual probable cause.

3   Q   Now, in your job you look at individual cases on a case-

4       by-case basis.  Correct?

5   A   Yes, sir.

6   Q   Is it part of your ordinary job duty to critique or

7       criticize orders, written or otherwise?

8   A   No.

9   Q   Is it your job within your ordinary job duties to

10      determine whether or not a order, written or unwritten,

11      is constitutional or unconstitutional?

12  A   No.

13  Q   Is it fair to say that your speech and complaints in this

14      case were extraordinary for you?

15  A   Yes.

16  Q   Okay.  Excellent.  Do you have a child?

17  A   A child?

18  Q   A son.

19  A   I have a daughter.

20  Q   A daughter.  Forgive me.

21  A   Yeah.

22  Q   Did you have any concern that your daughter may be

23      impacted by this unconstitutional order, policy, or

24      practice that you allege in Paragraph 17?

25  A   Very concerned because it was getting a lot of positive

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 188

1       and negative criticism and, you know, my daughter, you

2       know, she was worried about it.  My daughter has epilepsy

3       and one of the ways that her epilepsy can be brought on

4       is through stress and I was doing everything in my power

5       to alleviate that stress from her because I didn't want

6       her to be worried and he was.

7              She still is.  She still asks questions and I

8       think she finds a little relief now knowing that I am now

9       in Georgia now and away from Detroit.

10  Q   Okay.  Good.  And when you made your complaints and

11      reports of what you thought was unconstitutional policy,

12      practice or order, when you went to the Wayne County

13      Prosecutor, was that outside your chain of command?

14  A   Yes.

15  Q   Okay.  And when you spoke out, did you speak out as a

16      citizen on a matter of public concern as far as you knew

17      or as an employee of the City of Detroit?

18  A   As far as I knew, I was speaking out as, you know, a

19      citizen.

20  Q   Okay.  Good.

21              MR. SKLAR:  I have nothing else.

22              MR. SMITH:  Okay.  I do have some additional

23      questions.

24                      RE-EXAMINATION

25  BY MR. SMITH:

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 189

1    Q   Mr. Ball, how old is your daughter?

2    A   Twenty-four.

3                MR. SMITH:  I have no further questions.  Thank

4        you for your time, Mr. Ball.

5                (At 4:16 p.m., deposition concluded)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

faaeaac1-1da0-4c77-9c59-97049cac519c

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 190

C E R T I F I C A T I O N

STATE OF MICHIGAN)

(COUNTY OF OAKLAND)


       I certify that this transcript, consisting of
190 pages, is a complete, true and correct record of the
deposition testimony of MARCELLUS BALL taken in this case by
Zoom video conferencing on Wednesday, February 23, 2022. The
term "inaudible" is used where audio fades out or audio
interference causes testimony to be unintelligible.

       I further certify that prior to taking this
deposition, MARCELLUS BALL was duly sworn to tell the
truth, the whole truth and nothing but the truth.


2-23-22     *Tamara A. O'Connor*

_____   _____

Date         TAMARA A. O'CONNOR, CSMR-2656, CER-2656

          Notary Public

          My Commission Expires: 6-25-27

to*

TAMARA A. O'CONNOR
248.882.1331     toconnorrptg@aol.com

**A**

**a.m** 1:14 5:1
17:19 32:4
35:24 38:3
44:11 50:19,20
64:25 135:3
**ability** 7:10 46:6
102:2 150:6
**able** 128:9 145:1
172:2
**above-entitled**
1:13
**absence** 34:12
**absolutely** 73:5
147:15
**Academy** 16:21
18:15 161:15
**acceptable** 84:1
**access** 102:2
172:2 179:23
**accomplished**
148:21
**account** 171:3
172:2
**Accountability**
49:1,13,23
50:6
**accountable**
33:17 34:10
48:16 66:25
77:9
**accurate** 31:10
123:5
**accusations** 16:4
**accused** 79:25
80:17 151:11
**achieving** 32:22
**acid** 183:25
**acknowledge**
170:24 171:3
**acknowledged**
115:18,19
**Acknowledge...**
170:14

**act** 49:20 63:16
63:19 67:24
98:6,11 115:5
124:17 152:9
**action** 39:6 47:3
47:8 48:4
49:16
**actions** 45:10
46:2,5 48:17
73:12,13,15
133:17,20,23
158:14
**activities** 33:18
45:1,5
**activity** 97:1
106:14 151:9
**actor** 159:19
**acts** 48:13,14,18
49:6 51:8
116:24 151:14
151:18
**actual** 54:2
73:14 140:10
172:1
**Adams** 1:8
110:20 114:12
114:14,16
115:10 116:2
121:7 122:16
124:19,23
125:21 126:4,6
126:8 128:22
129:17 130:9
151:7 152:21
152:22 154:18
155:17,25
156:5,14
157:15,18,21
157:25 158:7,8
158:10,11,14
161:25
**add** 96:2 166:14
**addition** 46:25
**additional** 34:18
35:9 38:1

44:20 45:14
185:8 188:22
**Additionally**
97:19
**address** 8:25 9:1
58:22 93:2
122:21 147:22
177:19
**addresses** 48:13
48:14
**adequate** 104:24
105:6 155:1
**adhere** 138:3
**adjourn** 83:19
**adjourned**
82:14
**adjournments**
82:21
**adjust** 166:25
**adjusted** 185:3
**adjustment**
166:3 174:7
**administers**
175:1
**administrative**
171:1
**admit** 71:10
165:7
**advice** 118:18
**advise** 27:10,11
99:18,21
**advised** 119:11
128:6
**advisor** 170:21
**affairs** 45:13
159:9,11,12,14
**affect** 46:4 166:9
**afforded** 173:14
**afoot** 97:2
**afternoon** 16:7
**age** 8:14
**aggressive** 94:20
101:7
**aggrieved** 139:4
**ago** 12:4,7,22

53:16 127:19
**agree** 6:15 35:9
41:9 42:13
46:15 49:2
67:23 74:17
81:22 83:3
97:10 99:9,23
136:1 173:22
**agreed** 37:9
138:1 174:17
**Agreement**
163:19 164:13
164:19 165:6
165:16,18,19
**ah-huh** 6:7
63:17 123:2
149:23 169:10
**ahead** 27:20
34:21 42:16
46:19 48:10
49:9 57:2 82:3
87:3 93:15
95:4 102:9,21
102:23 110:22
115:24 119:3,9
121:19 145:5
155:4,13
160:23 176:25
**aids** 41:23
**air** 99:1,15
**alert** 45:7
**allegation** 92:17
92:18 94:19
106:21 119:13
119:16 120:23
130:4 134:12
134:23 136:4,7
140:5 141:19
142:4,25
146:10 151:5
154:1
**allegations**
91:11 121:4
123:19 130:9
155:20

**allege** 151:20
159:15 160:8
172:15 180:13
181:5,10,11,21
181:23,23
182:1 186:20
187:24
**alleged** 107:19
**allegedly** 136:23
**alleges** 143:3
**alleviate** 188:5
**allocated** 171:2
**allow** 120:12
**allowable** 7:16
**allowed** 57:19
102:5
**alternative**
98:13
**Altman** 1:6
**amend** 166:4,13
174:8
**Amendment**
154:7
**Amendment's**
119:21
**amendments**
165:20 166:9
**amount** 97:14
108:11 179:5
**analogy** 100:13
**analysis** 75:16
**and/or** 41:22
42:10 47:8
49:16 186:24
**Andrae** 2:2
64:10 159:18
**anguish** 181:15
**annuity** 178:15
178:17,24
**anonymous**
143:7
**answer** 5:23 6:6
6:12,14,23 7:5
7:10 20:8 26:2
26:13,16 28:12

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 192

35:13 42:16,23
45:23 46:19
47:17 48:10
49:9 57:3
61:24 72:15
75:21 79:21
82:3 87:3 89:6
89:9 90:21,24
90:25 97:7
101:12 103:15
104:6,7 105:12
108:20 109:3
109:12 111:10
114:10 121:19
127:1 147:14
149:8 154:21
154:22 155:1,1
155:3,14 156:9
157:4 171:13
185:8
**answering** 111:2
**answers** 94:7,8
94:9,9
**Anthony** 5:19
**Anti-rejection**
183:20
**antsy** 129:1
**anxiety** 181:17
**anybody** 14:18
15:4 71:7
74:24 93:12
125:11 132:20
138:23 148:24
148:25 151:2
158:12 186:6
**anymore** 150:13
152:5 159:3
**anyway** 126:23
127:6
**anyways** 69:13
**apart** 126:21
127:2,5
**apartment**
180:19
**apologize** 23:11

24:3 31:15
72:12 165:8
**Apparently** 29:9
**appeal** 173:13
**APPEARAN...**
1:15 2:1
**application** 39:5
**applies** 162:2
**apply** 28:4 37:8
37:10 100:15
**appreciate** 70:4
**appropriate**
33:16 49:16
96:11
**approval** 166:2
166:13,21
167:1,5 174:6
176:18
**approved** 86:14
140:15 141:21
158:13 174:10
177:9,11
**approximately**
31:11 107:21
108:8,9,17
111:6,8,12
122:4,14 124:4
137:2 178:1
**April** 8:13 21:14
**areas** 83:16 93:1
93:2 101:16
**Aren't** 65:23
**argued** 116:21
**argument**
115:13
**argumentative**
149:7
**arraignment**
40:3,10
**arrest** 27:11,12
36:25 37:2,3
37:24 39:5,7
39:10,12,14,18
39:19,24 40:3
40:5,16,19,20

40:21,23,25,25
41:14,17,24
42:1,3,6,14
43:9,10,24,25
44:1,6 62:13
62:20 63:15
64:9 67:24
70:17 71:2,3
74:19 91:2
97:16 99:19
102:17 103:9
105:7,15 107:5
125:11 126:8
127:9 129:25
130:10,14
158:20,24
186:21
**arrested** 13:4
27:7 37:4,20
39:16 43:6,21
84:7 111:22,23
111:25 112:3,3
112:6 114:24
125:9 153:17
**arrestee** 40:2
70:20,21
**arresting** 89:3
100:8 105:15
114:1
**arrests** 3:25
38:16,20,21,23
39:1,23 40:10
41:21 42:10
43:4 61:3
88:15,21 90:13
96:19,20
104:14 107:2,3
107:4,10
108:12,22
111:25 113:25
114:21,23
115:4 119:20
124:16,20
125:7,8 126:15
128:7 131:4

142:10 155:21
158:19,21
**arrival** 108:19
**arrive** 55:14
**arrived** 31:1
55:6,20
**arriving** 109:20
134:16
**Article** 166:4
**articulate** 96:3
**articulates** 42:6
97:3
**asked** 7:5 20:14
21:18 28:3
111:20 114:12
114:23 123:3
136:24 137:25
142:24 152:2
160:14,16,17
186:19
**asking** 8:4 14:18
31:19 68:2
97:25 98:2
109:15 110:1
118:2 148:14
**asks** 188:7
**assault** 75:25
**assert** 175:24,25
**assign** 61:3 63:4
68:10 75:19,22
78:1 88:10
89:16 118:9
119:25 139:13
143:2 145:2
152:11
**assigned** 18:16
18:18,22 20:17
20:20 26:6,8,9
26:25 30:21
50:4 51:25
59:6 63:6 64:3
65:10 66:13
67:13 74:13
76:6,6,16 77:6
77:8,14,15

81:14 92:8,10
92:12,14,15
93:4,6 117:18
118:6,7,8
120:2,4,6
126:5 137:7,16
138:8,8,14
139:25 140:14
144:17,20,21
145:2 152:17
162:3,6,8,9,12
162:14,16,24
**assigning** 62:25
71:15,18 74:16
76:15 143:23
**assignment**
18:13 22:14,15
29:11 34:11
75:24
**Assignments**
29:14
**assist** 92:13
**assistant** 58:1
131:12
**associate** 186:6
**Association**
25:19 163:20
164:14 165:2
**assume** 6:24
34:13 35:3
54:24 67:7
106:10,11
**assumed** 123:18
**assumes** 105:11
145:5
**assuming** 106:3
106:4 125:18
**at-** 21:19
**At-will** 21:21
**Atlanta** 10:1,3,5
10:14 180:15
180:18 181:6
**Atlanta's** 10:7
**attached** 8:3
**attempt** 107:9

152:10
**attempted** 118:7
139:13 144:21
145:2 151:22
152:18
**attempting**
118:9 143:2
154:5 158:24
180:24
**attend** 57:19
127:18,23
**attended** 127:16
127:17
**attention** 32:11
36:5,15 38:17
39:3 40:18
41:12 43:2
44:19 46:1,21
48:12 89:24
107:25 112:25
113:1 126:4
135:14 169:8
**attorney** 13:14
14:1 16:2,15
17:13 98:21
139:11 154:24
177:19,22
**attorney-client**
13:24
**attorneys** 12:24
**attributed** 34:1
**audio** 5:4,4
190:9,9
**authority** 41:13
86:7
**authorize** 84:16
84:19 138:5
**auto** 127:8
**autonomy** 27:1
**autos** 75:25
**available** 100:17
**Avenue** 2:5
**avoid** 84:7
**aware** 28:15
112:16,18,19

146:2 154:10
154:14,16
156:12,14
186:3
**Awareness** 18:3

**B**

**B** 1:16,16 82:16
82:17 95:15
**B&E** 75:25 76:5
76:6 127:8
**B&Es** 76:4,5
**Bachelor's** 8:18
8:21
**back** 18:11,25
19:8 23:7,19
31:18 34:8
50:20 54:19
64:16,22 65:1
65:3 71:13,13
72:7,8,15 75:9
75:11 76:20
79:2,4 81:7
82:14,15 87:21
98:19 110:10
110:17 113:13
114:8 123:1,5
123:7,10 124:8
124:11 125:18
129:7,13 136:3
137:8 144:8,9
145:1 152:25
161:6 163:25
171:15 173:16
175:19,21
185:10,11
**backdrop**
127:12
**background**
8:16,23
**backtrack** 17:10
**bad** 13:4 79:9
84:11,12 103:9
103:9
**Ball** 1:4,11 3:3

3:13 5:10,11
5:17,17,19,20
6:11 7:15,18
7:22 8:9 9:7,14
9:22 11:10
13:14,25 14:15
15:5 16:17
17:10 18:2
20:14 23:1,1
24:4 25:13
29:20 31:13,24
32:6,12 33:6
33:10 34:5,19
35:8,15,21
36:2,5,12 37:8
37:17 38:13,16
38:24 40:14,24
42:5 43:5,14
43:15 44:4,13
44:14,15 45:18
46:15 47:12
48:5 49:2,18
50:5,24,25
51:4,12 53:7
56:5 57:8 60:4
63:3,14 64:16
65:13 66:17
70:8 73:4
75:15 78:19
79:14,22 80:9
83:25 85:16
87:7 88:9 89:7
90:6,10 91:3,8
94:25 96:17
97:5 98:20
101:24 102:21
103:11,19
104:6 105:12
105:17 106:10
107:13 108:2
109:15 111:1
114:17 115:3
115:24 119:13
123:1,21,21
124:3 125:13

129:12,13
130:19 135:15
136:1 140:7,14
142:5,25
143:14 144:9
144:24 146:14
146:18 147:13
149:6,22 150:5
151:8 152:17
154:6,10
157:17 160:6
160:14,25
161:7 163:18
164:12 165:15
169:16 170:2
171:13,23
175:23,25
176:24 182:14
184:1 185:12
186:9,10 189:1
189:4 190:7,12
**Ball's** 146:11
**bankruptcy**
166:2,3,21,22
167:1,5 173:7
173:20 174:6,7
174:10,19,22
177:11 185:3,4
185:13,19,20
**Bargaining**
164:19
**based** 5:23
23:13 34:16
35:10 40:14
51:8 106:5,14
160:17 166:24
**baseline** 107:9
108:6
**basically** 30:5
74:5 115:12
129:25 137:25
139:11 148:5
153:4 182:3
**basing** 154:17
**basis** 42:18 62:1

66:24 67:16
68:18 73:19
74:9 76:7
81:15 83:7,8
84:4 85:9
86:13 96:12
100:7 102:16
104:14 153:22
187:4
**Bates** 3:14 18:1
**bathroom** 7:2,4
50:10,11
**batteries** 75:25
**battles** 25:11
29:3
**bear** 41:25
163:6 170:1,1
**becoming**
103:18
**beginning**
121:22
**behalf** 15:23,25
132:4
**belief** 41:6
176:17 177:20
**believe** 21:22
23:22 26:3
37:19 52:11
53:16 54:7,13
55:6,19 56:22
59:18 67:23
70:16 77:1,7
80:1 81:24
83:11 94:1
97:1,11,13
109:18 111:9
111:19 120:11
129:25 130:10
131:17 132:2
132:21,23
136:14 137:10
138:9 139:22
140:10 141:10
143:17,18,21
144:12,13

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 194

145:12 146:23
148:6 151:18
152:7 157:5
168:16,17
169:4,11
171:18 172:17
176:13 177:8
179:6,17
186:19,24
**believed** 54:12
113:8 124:24
187:1,1
**believes** 49:6
**belligerent**
152:23
**benefit** 176:19
185:14
**benefits** 10:21
10:23 176:5
177:5 179:18
179:19,22,23
179:24 180:3,4
180:7 184:24
185:2,18 186:4
186:5
**best** 84:13 87:13
105:2 111:3
149:19 151:3
153:20 155:4
166:1,20 174:5
**better** 44:25
61:24 64:17
69:5,7,15,16
70:13 73:25
77:12 79:2,11
88:4 92:13
106:7,8 109:3
165:13
**beyond** 8:16
**birth** 8:10
**bit** 49:10 69:5
69:11 104:17
161:8 163:16
170:5 177:2,19
**blanket** 130:14

142:10
**blast** 168:23
**blood** 184:20,22
**board** 88:7
**body** 70:23
73:12,15
158:20,23
**boilerplate**
102:17
**bonds** 178:12
**book** 91:2,2
127:9
**borderline** 80:5
81:1
**boss** 115:10,11
116:2
**bothered** 153:18
**bothers** 79:12
**bottle** 183:23
**bottom** 34:4
60:13
**brand-new**
113:21,24
114:6
**Brannock**
113:21 114:12
115:13 124:19
124:23 130:13
157:16,19
**break** 7:2 50:11
50:12 64:14,15
128:24 129:3
144:1
**breaking** 76:5
**breaks** 7:4
**brief** 50:15
175:12
**briefly** 54:9
130:12
**bright** 49:3
**bring** 7:19,23
89:23 104:18
112:25 113:1
**broad** 14:13
42:19 72:1,24

109:13,16
**broadly** 87:10
**broken** 104:22
105:1
**brother** 7:22 8:1
17:21,23,25
23:12 31:16,25
32:7,24 35:22
38:7 43:20
50:10 69:6
72:13 76:3
91:8 106:8
122:8 142:19
163:17 175:12
175:16 184:3
**brought** 39:9
43:7,22 98:2,3
107:24 126:3
155:16 157:12
188:3
**brush** 109:13,16
**Bryant's** 27:23
**build** 87:13
**building** 21:4
**bunch** 82:15
**business** 8:19
46:9
**by-case** 187:4

___

### C

**C** 2:3 82:16,17
95:15 190:1,1
**C-a-r-t-h-a-n**
90:11
**calculator** 179:6
**California**
182:21 183:1,2
**call** 6:6 12:12
15:21 16:13
25:9 29:8 80:2
81:8,16 85:6
86:24 87:12
130:24 148:19
149:9,16
153:17 173:13

**called** 5:12
15:23,24,24
27:22 29:12
30:8 62:18,19
81:17 82:14
83:23 99:23
115:14 123:13
169:5
**calling** 152:23
160:12
**calls** 42:23
105:11 145:6
174:13
**cam** 73:12,15
158:20,23
**camera** 70:23
164:7
**can't** 12:6 23:17
26:17 42:17
63:21 67:7
68:16,20 69:12
70:9 71:7,8
74:24 75:17
76:18,25 81:2
82:4 87:9
88:12 89:21
96:10 97:16
99:17 100:9
104:9,11
109:13 110:6
112:21,23
113:4 119:10
122:18,18
124:6 131:3
140:22 141:12
143:6,9,15,16
143:17 148:15
150:12,20
158:12,13
159:3 162:22
163:15 167:4
174:14
**cancelled**
162:19
**capacity** 13:10

134:7
**captain** 16:9
21:22 27:24
28:15 52:17
55:10,11,12,14
55:20,24 57:5
57:6 58:5,7
59:3,19,23,23
60:2 85:19
86:7,11 94:1,2
94:3,4,4,9,12
110:21 116:18
135:1 136:4,17
137:10,24
142:6 143:1,10
143:22 145:14
146:9,9 151:6
151:10,15,19
151:23 156:11
156:13,14,20
157:8,9 161:21
162:5,21
**car** 71:3,5 74:23
75:5,9,12
101:15,16,16
101:18 102:2,5
103:2,6 105:7
105:8 111:22
111:23 112:2,5
112:6 114:1
125:9 126:10
155:18
**care** 10:21,23
20:8
**career** 17:14
21:24,25 22:7
100:10 128:14
133:10,18
**careful** 14:3
**carefully** 184:2
**Carolyn** 15:13
16:12
**carrying** 16:24
**cars** 114:24
158:22

**Carthan** 90:9,11
**case** 1:5 43:19
61:6,10,23,25
62:1,11,12,23
63:4,5,13 64:5
64:16 65:16,21
66:2,5,5,8,9,14
66:19,24 67:1
67:2,3,9,15,16
67:16 68:3,17
70:23 71:18
72:2,25 73:18
73:23 74:8,15
75:4,7 76:2,10
76:20 77:21,22
80:7 81:10,23
81:25 83:7,13
83:15 84:1,2
84:25 86:1,12
87:13 89:18
94:4 96:5
102:13,15
104:8,12
109:12 112:4
126:19 127:6,6
127:8,8 137:19
148:25 153:16
157:8 187:14
190:7
**case-** 187:3
**case-by-** 67:15
**case-by-case**
42:18 96:12
100:7
**cases** 27:7 43:1
43:17 61:3,12
61:13,15,22
62:1,2,3,6,9,13
62:25 67:11,12
68:13 70:7
71:15,22 72:20
73:4,7,20,20
73:23,24 74:1
74:3,6,7,12,14
75:19,22,24

76:1,5,10,15
76:16,17,22,23
77:1,3,7,14,17
77:25 78:5,5,9
78:10 79:22
80:1,2,5,6,19
81:5,18,20
82:7 83:17
84:6,18,22
85:2 87:1,17
87:18,19 88:9
88:24 89:2,15
89:15,23 90:14
90:17,18 93:9
93:15 94:12,14
95:11 102:16
103:20 104:9
107:19 108:6
110:11 111:17
112:3,7,9
119:22 120:1,2
120:5,7,11,17
120:20 123:13
125:15 127:3,5
127:7,14 128:2
137:19 150:6,8
187:3
**cash** 179:11
**catch** 68:16,23
70:14 79:21
169:15
**catches** 67:12
**categorized**
127:8
**category** 48:25
74:15 127:7
**cause** 37:2,4,13
37:16,18,19,23
38:22 39:7,11
39:12,17,20,24
40:16,23 41:1
41:4,5,10 43:3
43:9,12,16,24
44:5 62:7,8,10
62:10,16 63:5

63:16 64:2,4,9
65:9,11,14,22
66:4,8 67:4,6
67:10,15,24
68:3 70:16,25
73:11 74:15,19
78:11,13 79:24
80:2,16,19,21
80:24 81:3,9
83:12 84:3,18
84:21,24 85:2
85:6,17,25
86:25 90:16,19
95:16 100:24
100:25 101:19
103:12,22
104:21,24
105:6 106:5,11
106:12,15
113:6 114:2,21
114:25 115:4
117:14,21
118:13 122:22
124:16,24
125:10,11,16
126:17 130:1
131:4 144:15
144:25 145:3
145:10,16
146:20 150:7
158:22 187:2
**causes** 5:5 86:9
93:11 190:10
**causing** 146:12
**CBA** 3:18
**CCW** 88:9,15
88:21 89:15
107:19 111:17
127:9,10 128:7
158:18 159:8
159:15
**cell** 9:9
**center** 71:4
**CER-2656** 2:10
190:17

**certain** 49:3
80:16 83:16
94:13 108:11
110:16 111:21
166:7 167:11
168:6 174:14
179:25
**certainly** 89:10
**certificate** 8:19
**certify** 190:5,11
**CHACKO** 1:20
**chain** 25:2 33:21
48:17 55:5,23
56:5,7,8,9,10
56:10 57:9,11
60:6,9,12,14
60:23 84:16
85:18,24 93:21
115:8 116:23
117:16,17
121:17,20
142:7 143:11
145:14 188:13
**chance** 17:22
18:6 32:3,12
78:22 91:17
106:22 119:12
129:12 130:4
134:13 168:19
168:22
**change** 113:15
166:12 170:22
185:13
**changed** 107:7
**changes** 167:4
167:24
**character**
135:22
**charge** 28:7
34:11 55:2
56:13,14 57:14
63:7 105:24
118:16
**charged** 48:21
127:9,10

**Charles** 56:4
**check** 36:23
38:11 44:5
61:5 91:1
144:22
**checking** 43:16
**checklist** 61:21
**chief** 25:1 32:23
47:10 48:17
56:4,14,16,19
56:20,23 57:14
57:17,21,21
58:1,15 60:11
117:10,13,16
117:19,20
118:11,16
131:6,7 132:15
133:25 140:6,9
140:13 141:11
141:20 142:2
173:13
**Chief's** 57:23
**chiefs** 57:25
58:1 60:10
131:12
**child** 148:18
187:16,17
**children** 9:22,23
**chose** 127:20,22
169:13
**Christmas** 99:1
99:6,15
**circle** 87:21
**circumsede** 86:6
**circumstance**
58:18
**circumstances**
43:8,23 70:24
80:4 96:24
104:15 107:6
108:12 122:23
155:19
**circumvented**
137:22 141:15
142:7 143:10

145:14 146:5
151:13 152:19
**citation** 95:12
**cited** 56:5
125:14
**citizen** 74:18
99:11 188:16
188:19
**citizen's** 42:2
**citizens** 94:23
154:8
**city** 1:7 2:4 3:18
9:1,4 10:1,3,5
12:9,10,11,19
12:23 13:7
14:19 30:23
52:7 91:12
97:11,12 98:21
153:25 154:3
155:9 156:17
163:19 164:13
164:21 165:1
165:18 166:1,5
166:12,20
168:6,11
169:18 170:18
172:6,12,19
174:3,5,24
175:5,5,10
177:24 179:22
179:22 182:22
182:24 183:2,2
184:9,9,24
185:13 188:17
**city-wide** 59:11
**City's** 154:10
**civil** 41:22 42:11
47:7
**claim** 126:1
150:5,16
153:25 176:11
177:6 181:23
**claiming** 180:12
**claims** 181:10
**clarity** 36:24

83:17 84:10
**clean** 6:4
**clear** 6:4 8:1
17:11 33:24
46:16 48:6
49:5,18 50:6
51:7,9,19 54:1
56:19 58:4
59:14 74:12
80:19 86:18
94:15 97:25
107:18 108:14
109:15 133:9
136:17 141:2,5
143:14,21
149:12 152:11
152:16 160:6
167:14,15
173:19 176:16
185:12
**clearer** 49:10
**clearing** 31:6
**clearly** 40:15,25
42:6,9 49:3
105:21 115:5
154:6 174:2
**click** 164:3
**Clifford** 15:13
16:13
**close** 23:15
64:12 71:20
74:16 75:6,13
145:8 148:7
150:1,1,3,3,4
**closed** 66:5,15
71:15,18 73:5
73:7,23,23,24
74:1,2,3,12
86:21
**closer** 23:13,17
79:7 153:16
**closes** 69:7
**closing** 72:3,5
73:1
**Co-** 175:13

**Co-Counsel**
185:7
**co-workers**
154:12
**code** 3:23 9:1,4
44:18,22 45:18
45:20 46:25
50:23 135:13
**cohesiveness**
84:10
**colleagues** 186:3
**Collective**
164:19
**Colquitt** 15:12
**Combined**
166:4,6,14
**come** 64:15
70:14 72:7
76:20 81:7
94:13 98:19,24
102:16 145:1
148:23 149:21
153:2 161:6
180:1,15
185:17
**comes** 43:19
54:20,21 64:1
65:8,13 66:2
66:15 67:1,15
71:13 72:8
74:7 75:9,11
76:11 81:20
127:6 156:20
**comfort** 132:11
132:14,15,18
**comfortable**
89:24 121:21
121:23
**coming** 23:4
53:25 54:7
103:2 110:17
119:23 124:21
126:15 134:6
**command** 21:15
21:16 33:21

47:23 48:17
55:5,23 56:5,7
56:9,10,11,20
57:9,11 58:25
60:6,9,12,23
84:16 85:18,25
93:21 115:8
116:23 117:7,8
117:10,16,17
121:17,21
134:3 142:7
143:11 145:14
154:19 157:2,7
188:13
**commander**
19:13 21:23
24:25 25:1
27:23 31:2
53:5,10,13,18
54:5,6,13,14
54:16,16 55:10
55:25 56:3,8
57:16,16 58:8
58:15 59:5,12
85:19,20 86:7
86:10 94:1,9
117:1 127:13
131:17,18,22
131:25 132:3
132:12,21
133:17,20,23
134:6 137:21
138:3 139:7,9
141:18 143:19
143:22 144:11
144:24 145:9
145:13,23,24
156:20 157:13
157:17,18
**commands** 47:2
47:4 60:14
**commencing**
1:14
**commensurate**
33:15

**comment**
140:11 149:6
155:5 156:23
176:24
**commented**
164:16
**comments**
148:10
**Commission**
190:19
**commit** 41:7
74:18
**committed**
37:18,20 41:7
49:20 81:24
83:4 101:25
105:22 151:15
151:19
**committing** 41:7
**common** 103:18
183:22
**commonly** 18:3
25:22
**communicate**
183:7
**communicated**
141:8
**communication**
121:11,13
130:23 140:1
140:19,20,25
141:6 150:17
**communicatio...**
13:22
**community**
81:13,13,14,15
81:17,18
**complainant**
115:15 136:12
136:23
**complaint** 3:11
17:17 24:13,16
24:20,21,22
25:8,25 28:17
58:18 91:5,11

91:23 92:18
101:4 107:20
128:18 136:3
140:18 155:13
158:21 175:21
186:11
**complaints**
26:11,18 29:18
108:13 187:13
188:10
**complete** 6:13
62:5 152:13
190:6
**completed** 39:25
40:12
**completely** 7:11
64:8 73:23
75:14
**comply** 16:25
**composition**
52:8
**computer** 35:19
164:7 165:11
**concentrate**
93:1
**concern** 27:4
111:22 124:3
154:9 187:22
188:16
**concerned** 82:6
108:2 115:16
187:25
**concerning**
61:12 135:21
**concerns** 25:10
65:22 68:2
90:12,14
117:11 118:10
118:12 132:1
132:25 134:10
142:9 143:24
144:14,18,23
148:5
**concluded** 189:5
**conclusion**

174:13
**condition** 7:9
**conditions**
165:17
**conduct** 3:23
44:18,21 45:1
45:5,9,15,19
45:20,21 46:8
46:10,17 47:25
50:24 51:15,17
51:19 61:6,8
64:17 135:14
135:22,24
142:10
**conducted** 25:24
26:5 27:16
**conducting**
45:12
**confer** 175:13
**conference** 1:11
38:9 64:20
**conferencing**
1:13 5:3 190:8
**confirm** 43:9,24
**confirmed** 67:10
114:3,9,10
115:1 125:4
142:3 166:3,22
174:7
**conflict** 45:11
46:3
**confused** 140:25
**confusion** 33:22
**conjunction**
48:22 175:9
184:21
**connect** 130:24
164:10
**connected** 130:7
130:8,8
**connection** 79:3
**consider** 49:17
151:15,17,19
**considered**
36:13 41:17,19

135:23 149:25
**considering**
140:20
**consistency**
33:21
**consistent** 46:12
73:10
**consisting** 190:5
**console** 71:4,7,8
71:9 74:23
75:5
**conspiring**
117:5
**Constitution**
17:1 186:25
**constitutional**
27:11 70:22
89:19 120:6,12
151:21 154:2,7
154:13 160:7
172:16 176:7
187:11
**consult** 170:20
**consulted** 182:5
**consulting** 113:3
**contact** 78:15
80:21 81:11,15
131:6,7 138:13
138:16 139:6,8
139:9,17,18,20
140:1 150:10
150:12 151:23
159:12
**contacted**
130:22 139:11
139:19 159:9
159:14
**contacting**
130:17
**contained** 46:12
**contents** 3:1 4:1
13:18,22
**continue** 31:15
82:10 124:12
126:16

**continued** 1:24
2:1 4:2 122:20
122:21,21
123:20 124:11
**continuous** 78:7
**contorted**
159:23
**contrary** 45:10
47:5
**control** 27:9
33:18 94:16,18
116:3,7,8,11
**conversation**
13:19 122:16
129:23 146:8
148:2 157:22
**conversations**
14:12,24 15:1
15:3 147:23
148:3 176:21
**cool** 24:2 50:16
**cooperate** 48:1
**corporation** 1:7
**correct** 12:20
17:1 18:19,20
20:23 24:8
25:20,21,22
30:18 36:13
37:17 41:2
42:7,11 43:17
43:19 44:6
53:23 55:4,23
56:1 60:15
65:15,19 70:8
95:23 112:12
113:9 117:16
122:3 129:19
129:20 133:12
133:15 134:11
135:4 136:22
139:14 140:21
144:13,15,18
147:22 157:2
157:11 162:3,7
164:17,21

167:8 172:17
172:20,21
174:11,19
175:2 186:22
187:4 190:6
**corrected** 88:1
**correctly** 22:4
54:12 65:14
102:3 114:22
134:5 143:18
**corresponded**
109:19
**correspondence**
117:22 129:21
132:9 133:7
139:24
**costs** 186:2
**couldn't** 20:20
25:2 31:11
42:21 57:20
58:9,12,13,14
88:14 89:6
91:1 108:20
110:13 116:10
120:8 127:19
132:20,23
138:23 139:2
150:9 151:2
171:9 176:19
**Counsel** 7:19,22
8:2 14:4 17:21
17:23,25 23:7
23:12 31:17,25
32:7,24 35:22
38:7 43:20
50:10 69:6
72:13 91:8
106:8 122:8
142:19 163:17
175:12,13,14
175:16 184:3
**Count** 153:24
**county** 71:25
72:22 77:15,20
82:22 84:2,17

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 198

84:21 85:1,5
85:16 86:1,16
86:19,24 131:1
131:5 188:12
190:3
**couple** 53:3
144:2 149:16
185:6
**course** 24:13
133:9 140:17
177:21
**court** 1:1 6:2
7:17 9:6 22:21
23:23 25:3,6
33:2 53:20
63:12 65:2,4,5
69:1,10,16,21
69:24 70:1,3
72:9,14,17
75:1 79:1,18
79:20 85:10
98:21 104:17
113:19 126:24
127:4 156:8
159:21 160:2
163:11 164:2
166:2,21 167:2
167:5 171:21
173:5 174:6,10
185:4,19
**covered** 154:24
**COVID** 86:21
**CPL** 112:5
**cracks** 67:19
68:24
**Craig** 131:6,7
**created** 154:19
**crew** 12:1 76:5,7
153:3
**crime** 37:18,20
79:24 80:16
81:24 83:5
92:22 93:1,2
95:5,7,8 96:7
105:21

**crimes** 92:22,24
95:9 105:25
**criminal** 21:6,7
30:5 41:22
42:10 47:6
82:24 97:1,21
99:16 101:24
102:1,3 105:22
105:23 106:14
106:17,19
115:6,8
**criminality**
39:13
**criminals** 83:1
103:9
**CRISNET** 39:21
**criteria** 76:1,11
**criticism** 188:1
**criticize** 187:7
**critique** 187:6
**CRTP** 115:14
115:14,17,21
152:24 153:7,9
153:14,15
**CSMR-2656**
2:10 190:17
**curious** 27:17
**current** 8:14,25
149:13 166:10
**currently** 9:14
9:25 14:18
166:10,11
**custodies** 112:18
**custody** 62:19
63:20 64:6
71:14 75:11
83:20 128:16
**custom** 154:4
155:9,10
**customarily**
57:25
**customary**
137:18,20
**cut** 32:14,17
76:13 82:10,11

93:14 105:18
149:22
**cutoff** 174:9
**cuts** 32:19
**cutting** 126:24

─────────
**D**
**d** 2:2 36:20
82:16,17 95:15
**dad** 149:10
**daily** 92:13
104:14
**damages** 175:24
175:25 176:12
176:17 177:6
181:19
**dark** 69:3
**darkness** 97:14
**data** 108:15
135:3
**date** 8:9 15:10
15:10,16,19,20
31:10 108:15
151:4 169:9,13
169:14,17,24
170:4,6,16
172:8 173:9
174:11 190:17
**dated** 3:16
**dating** 183:14
**daughter** 148:19
149:3,14,25
179:15 187:19
187:20,22
188:1,2 189:1
**David** 1:5
**day** 15:8 16:10
81:12 130:11
177:10
**day-to-day**
104:11
**days** 139:21,22
139:23 179:24
**DC** 56:23 57:6
58:22 59:14

85:23,23
118:20 124:5
132:3 134:15
138:7 139:17
141:1 144:18
146:6
**DDC** 43:7,8,15
43:22,23 44:4
67:8,11,17
**deadly** 42:3
**deal** 6:11
**dealings** 60:3
**December** 21:14
**decide** 77:23
86:8
**decision** 64:6
170:20 171:9
**decisions** 104:13
132:22,23
**defect** 89:12,18
120:6,12
**Defendant** 12:2
13:1,3,6,12
79:24,25 80:17
82:1 83:8,13
115:18,19
154:3
**Defendants** 1:9
2:2 3:8,10,12
3:15,17,20,22
3:24 4:4,6
17:15,19 32:1
32:4 35:22,24
38:3 44:11,14
83:4 91:4
107:8 151:6
163:23 167:18
167:19
**Deferred** 170:16
**define** 124:17
**defined** 66:21
68:8
**defines** 40:20
41:4 96:14
**definition** 40:25

41:10 96:11
**Definitions**
40:18
**definitively**
103:12,23
**degradation**
181:17
**Degree** 8:18
**delay** 171:1
177:2
**delegate** 33:16
**delegated** 35:4
**Dep** 17:16
**department** 2:4
17:3,8 22:16
24:11 26:10
27:16,17,21
28:10,18 32:9
32:10,18 35:5
35:10 36:9,10
36:17 38:2,15
38:19 42:5
44:24 45:6
46:4,10,14
47:3 48:19,23
49:2,5 51:9
54:17 55:3
63:15 65:23
66:19,22 67:22
68:14 81:8
88:6 97:3
111:7 115:3
117:19 118:8
118:10,15,16
124:15 128:2
135:23 137:20
142:13 143:1
158:17 161:22
162:1 172:3
**Department's**
17:5 32:22
40:7 44:17,23
46:6,16 47:14
**Departmental**
48:1 49:20

89:19
**depends** 24:12
  58:2,2,18
  62:23 76:10
  85:7 96:5,9,10
  96:12 97:23
  106:19
**deposed** 11:11
  11:13,16,18,23
  11:24,24 12:17
  12:18 13:1
**deposition** 1:11
  1:12 3:9 5:2,21
  7:15,21 13:15
  14:7 69:12
  186:20 189:5
  190:7,12
**depositions**
  11:11,15 12:8
  12:22
**depressed**
  183:11
**depression**
  181:17
**deprivations**
  154:2
**deputy** 25:1
  56:4,14,16,19
  56:20,23 57:14
  57:16,21,21,25
  58:15 60:10,11
  117:10,13,16
  117:19,20
  118:11,16
  132:14 133:25
  140:6,8,13
  141:11,20
**describe** 96:2
**described** 66:23
  99:23 101:6
  154:3,9
**describing**
  155:21
**designated**
  34:12

**designation** 21:9
**designed** 32:19
**desk** 43:8,23
  67:8,9,12,18
  137:9 173:8,20
**detain** 43:12
**detainees** 90:15
  90:15
**detainer** 115:20
  153:12
**detective** 21:2,3
  22:4 30:7,8,14
  51:25 56:15
  59:17,18 60:21
  65:16 71:16,19
  75:20 87:11
  89:23 90:4,9
  92:10,12,14
  118:17 120:15
  133:14 134:4
  140:15
**detectives** 52:3,4
  52:6 60:25
  61:10 77:8
  78:3 87:6,10
  112:24 134:8
  160:12,19
**detention** 38:20
**determination**
  37:1 39:21
  62:15 67:13
  70:25 75:19
  76:14 82:19
  120:22
**determine** 82:7
  97:14 128:15
  187:10
**determined**
  62:19 67:15
  73:22 83:22
**determines** 37:3
  43:11 83:9
**detract** 46:6
**Detroit** 1:7,17
  1:21 2:4,6 3:18

12:9,10,11,19
  17:4 25:18
  32:9,18 38:15
  38:19 44:17,22
  91:13 99:12
  153:25 154:3
  158:17 163:19
  163:19 164:13
  164:14 165:1,1
  165:18 166:1,6
  166:13,20
  170:18 172:6
  174:3,5,24
  175:5 188:9,17
**didn't** 6:19,20
  8:12 17:11
  19:22 28:2
  35:15 53:16
  78:2,3,7,10,13
  79:21 84:19
  87:17,25 93:14
  102:22 115:12
  116:3 117:1,3
  120:9 121:21
  122:1 124:25
  126:2 127:23
  132:8 133:16
  133:19 138:3,9
  139:8 141:13
  144:14,17,24
  145:9,19,20,22
  145:23 148:25
  150:7 152:4,24
  153:7,18
  155:15 156:2,4
  156:8 158:15
  159:2 169:15
  172:1 175:6
  180:5,7,9
  181:24 185:20
  188:5
**different** 21:16
  30:7 51:13
  61:23 62:1
  75:23 93:9

105:1 131:18
  132:18,19
  137:17,17
  149:17 171:17
  184:15
**differently**
  101:10
**difficult** 78:21
**dig** 136:3
**dims** 69:7
**direct** 14:21
  15:3 22:19
  32:11 36:5,15
  38:16 39:3
  40:18 41:12
  43:2 44:18
  45:25 46:21
  47:11 48:12,18
  52:10 55:8
  93:25 112:13
  135:14
**direction** 21:17
  33:20 77:2
  147:13 169:8
**directive** 32:10
  34:4 35:18
  36:4,8,16
  37:13 38:15,25
  41:13 44:18
  45:3 46:13,15
  96:19
**directives** 35:6
  35:11 38:2
  44:10 45:16
  51:20 156:16
  156:21
**directly** 24:7
  34:10 48:16
  57:25 58:11
  86:24 121:7
  137:24 158:3
**disagrees** 157:7
**discharge** 63:22
  146:19
**discharging**

112:17 123:12
**disciplinary**
  47:8 48:4
**discipline** 28:18
**disciplined**
  48:21
**disclose** 147:8
  182:9,12 184:6
**discouraged**
  87:11
**discovery** 14:5
**discretion** 47:23
  99:24,25 100:1
  100:4 101:9
  102:1,5
**discretionary**
  101:3
**discuss** 175:23
  175:24
**discussed** 91:12
**discussing** 83:15
**discussions**
  139:12
**dismiss** 63:21
  74:8
**dismissal** 47:10
**display** 47:22
**disposition** 66:4
  71:23 72:21
  133:20
**disseminated**
  46:13
**distinction**
  102:7
**distress** 146:13
  150:15 181:15
**District** 1:1,1
  98:20
**disturbing**
  113:23
**divided** 150:21
**division** 1:2 19:9
  19:12 20:10
  21:13 60:19
**divorce** 9:21

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 200

13:13
**divorced** 179:1
**DNA** 62:22
  71:12 72:7
  75:9,11,15
**document** 17:23
  17:23 18:1,11
  32:6 33:2 36:1
  38:13 39:21
  48:11 49:11,22
  104:5 167:21
  168:25 171:11
  171:15
**documented**
  40:8 84:25
**documents** 7:20
  7:23 8:7 14:4,6
  163:5,7 177:1
**doesn't** 24:3
  31:15 50:5
  59:2 63:12
  100:19,20,23
  100:25 114:25
  116:2 153:3,3
  156:25 182:9
**dog** 98:16
**dogs** 97:24
  98:12
**doing** 15:14 66:2
  68:13 74:4
  81:12 83:14,18
  84:5 100:20
  112:18 115:12
  116:15 123:7
  123:10,10,11
  123:20 124:14
  125:3 152:25
  153:19 155:2,3
  157:2 185:4
  188:4
**dollar** 179:5
**dollars** 10:19
  178:1,8,11,22
**domestic** 24:15
  28:4 75:25

76:2
**don't** 6:17,18
  8:25 11:8
  15:10,14,24,24
  20:8,19 22:14
  23:10 24:25
  25:13 26:8
  27:8,21 28:14
  28:25 29:1,20
  33:3 38:8
  42:24 43:1
  53:8,15 56:22
  56:25 57:17,18
  57:23 59:21,22
  63:24 67:12,19
  67:20 68:12,12
  68:12,22 69:17
  71:11 73:12
  74:14 75:5
  76:1,13 78:19
  78:20 82:5,10
  82:11 84:11
  88:13,17,23
  90:3,25 93:12
  99:19 101:5
  102:4,9,11,11
  102:12,14,14
  104:7 105:3,4
  105:17 107:17
  108:10,20
  110:24 113:15
  113:17 114:1
  114:17 116:10
  116:11 117:24
  122:19 123:8
  123:21 124:6
  125:2,9 130:3
  132:5,8,10
  133:3,4,6
  136:9,10 138:9
  138:9,12
  139:19,22,22
  140:23 141:9
  141:10,24
  144:22 148:6

148:24 149:22
  152:2,7 153:1
  154:22,25
  155:1,5 156:22
  157:5 158:11
  158:16 160:7
  161:1 162:19
  166:16 167:25
  173:24 174:16
  174:16 176:9
  176:23 177:10
  178:25 179:4,5
  182:25 184:6
  185:25 186:6
  186:19
**Donna** 1:8 15:19
  85:19 136:4,18
  142:6 143:10
  146:9 151:7
**door** 31:3
  185:18
**doorsteps** 31:7
  51:24
**downtown** 56:13
  59:18
**DPD** 3:13,23,25
  4:5,7 14:12,13
  15:1 16:17
  17:14 21:24
  29:15 32:19
  33:14,19,24
  36:4 38:19
  39:15,19 41:9
  44:10,23 45:15
  45:16,21 47:5
  47:13 48:6
  50:3,8 51:14
  51:15,18,20
  67:23 74:17
  96:14 121:3,14
  125:16,19
  133:10 134:20
  135:21 154:11
**DPD's** 18:2
  30:12

**DPLSA** 25:22
  165:19
**Dr** 182:18
**dramatically**
  103:17 112:1
**drawl** 78:22
**driver** 71:6
**Driver's** 105:3,4
**driving** 163:13
**DROP** 3:16
  165:23 166:8
  166:11 167:6,7
  167:8,12,15,22
  167:23 168:3,4
  168:7,14 169:5
  169:9 170:6,9
  170:15,17,19
  170:22 171:1,2
  171:3,7,10,16
  171:24,25
  172:2 173:11
  173:19 174:4
  174:11 176:14
  176:17,19
  177:16,24
  179:20
**dropped** 184:24
**dual** 56:10
**due** 170:24
  173:10 176:10
  176:12
**duly** 190:12
**dumping** 22:17
  24:6,9 26:5
  29:4,13
**duration** 40:22
**duress** 142:1
**duties** 16:24
  31:23 33:16,25
  34:14,18,25
  35:3,9 45:11
  50:4 61:1,2
  66:1,11 92:14
  123:8 124:12
  124:13 125:18

137:11 142:8
  146:17,18,22
  187:9
**duty** 22:2,3 45:2
  48:4,7 52:15
  61:9,9 68:1
  92:24 137:9
  187:6
**dwellings** 76:4

**E**
**E** 82:16,17
  190:1
**earlier** 87:21
  96:20 109:18
  109:24 120:17
  121:1 124:15
  129:17 144:14
  179:17 183:17
**early** 21:25
  109:25
**earn** 8:21 10:17
**earnings** 181:18
**easier** 48:25
**Eastern** 1:1 8:18
**easy** 127:7
**economic**
  180:12,14
  181:4,7,13,14
**educational**
  8:16
**EEOC** 58:18
**effect** 32:19
  173:21
**effective** 135:3
**effectively** 46:7
**efficiently** 46:7
**efforts** 166:1,20
  174:5
**either** 6:19
  21:22 58:9
  66:5,15 80:23
  81:3 84:19
  162:20 183:21
**Elaine** 27:23

elect 170:15
election 3:16
167:22 169:5,9
170:6,15,22
171:2
elements 36:24
eligible 170:7,10
email 121:17
130:23
emails 121:3,11
121:13 128:1
embarrassment
181:16
embedded 57:9
embodied 44:21
emotional
181:15
employ 68:15
employed 9:25
employee
188:17
employees 14:12
14:14 15:1
154:5 155:10
employment
10:7 12:19
168:12 172:6
172:12 177:17
180:16
empowered
65:23
enable 44:24
endearment
149:11
ended 139:6
177:25
enforce 102:1
106:16
enforced 102:4
Enforcement
18:23 20:16
44:21
enhance 33:22
enjoyments
181:18

enlarge 32:16
ensure 68:1,22
enterings 76:6
entire 64:5
100:10 101:16
128:14 180:6
entitled 185:14
entity 56:12
60:18 175:5,8
environment
146:11,14
147:2 150:16
150:25
epilepsy 188:2,3
Eric 90:9,10
error 89:2,4,11
especially 27:12
87:15 155:17
essential 46:9
essentially 60:5
63:16 143:2
154:19 164:20
168:10 174:8
177:24
establish 107:9
108:4 153:11
170:25
established
33:20 39:17
45:6 46:3 67:7
68:9 153:10
154:7
establishes
156:16
estate 180:23
181:2
estimate 88:18
179:6
ethical 46:11
ethics 44:22
45:9 46:25
Evans 25:1,3,5
event 37:2 40:1
eventually 27:7
39:8

everybody
78:24 79:19
101:15 111:21
111:23,24
114:1,8,16,24
126:9,9,10,11
130:10,14
142:17 148:13
155:18 160:1
184:25
everyone's
50:23
evidence 39:13
62:17,18,21
72:6 75:8,8,14
105:11 145:5
exact 119:10
183:24
exactly 14:18
51:23 59:20
60:25 73:19
108:20 122:19
136:22 139:19
139:23 140:23
141:12 143:6,9
160:22 162:19
177:10
Examination
3:4,5 5:15
186:14
examined 5:14
example 73:25
74:22 98:9,10
105:1,18
examples 97:9
Excellent
187:16
exception 39:24
40:6,8
excess 177:13
exchange 140:8
140:20
Excuse 22:21
25:5 53:20
72:9 119:14

126:24 156:8
173:5
executed 41:19
61:1 171:11
executing 61:20
executive 57:18
131:23 156:1
executives 156:2
exercised
101:25 121:25
154:6
exercising 101:8
exhaustive 45:4
48:20
exhibit 3:8,10
3:12,15,17,20
3:22,24 4:4,6
17:16,16,17
32:1,5 35:22
35:25 38:4
44:9,12,14
50:24 91:4
96:13,20
135:12 163:18
164:24,25
167:17,18,20
175:22
Exhibits 3:7 4:3
17:20 163:24
existed 43:10,25
70:17 96:24
existence 39:11
exists 37:2
exit 160:5
168:11,11
171:10
exited 55:3
expect 179:4
expectation
184:23 185:1,3
185:20,22
186:1,1
expectations
36:10,16,18
46:16 156:22

expected 136:9
expecting
185:18
expects 51:9
expensive 180:1
183:17
experience
11:10 37:14
53:25 68:16
70:12 93:8,11
99:4 146:25
expired 128:7
Expires 190:19
explicitly 154:11
express 49:7
expressed 90:12
142:8 143:23
145:15
expressing
112:15
expressly 68:5
extended 165:19
174:15
extension 165:6
165:16 172:24
173:19 174:11
176:15 177:8
177:10
extensions
176:18
extent 104:6
105:12
extraordinary
187:14
eyes 50:23

**F**

F 190:1
fabricated
136:15
face 69:2,13
159:23
facilitate 166:12
facing 39:10
fact 67:16

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 202

112:17 136:10
143:17 151:22
176:11,13
185:13
**factors** 97:13,15
**facts** 96:24
105:11 145:5
**fades** 5:4 190:9
**fail** 48:1,2
**failed** 49:19
**failure** 49:15
50:3
**fair** 6:20 7:6
16:20 34:19
38:24 55:19
78:10,12 79:23
80:12 97:4
100:13 104:19
105:9 106:18
111:3 123:8
134:18,21
135:10 137:4
139:25 149:5
152:15 162:15
166:24 172:13
176:20 180:6
184:15 185:15
187:13
**faith** 138:19,20
138:21
**falsely** 13:4
**familiar** 18:2
149:4
**far** 13:9 17:10
61:19 63:7,9
74:10 81:19
101:6 108:7
116:8 123:12
176:3 181:7
183:10 188:16
188:18
**fashion** 58:20
60:14 87:23
93:20 141:6
**fatal** 87:19

**fear** 181:17
**February** 1:14
5:1 190:8
**Federal** 7:17
**feds** 20:18
**feel** 89:24
105:13 121:21
121:23 147:1
152:4
**Felesha** 90:9
**felt** 120:16
121:21 122:22
123:12 132:19
134:9 138:22
138:23,23,24
139:2,3 146:19
150:25 152:5,5
177:5
**female** 29:21
150:19
**females** 29:22
**Fifty-two** 10:19
**fighting** 25:11
29:3
**figure** 80:7 81:6
**file** 28:24
**filed** 14:22,24
108:3
**files** 63:18
126:21 127:1
**filing** 14:11,25
15:5 28:16
**fill** 54:21 92:13
**financial** 170:21
**find** 16:3 76:18
76:19 89:16
99:20 101:21
105:8 112:2
131:15 138:25
148:24 177:11
177:12
**finding** 105:23
**findings** 26:6
**finds** 106:13,17
188:8

**fine** 9:2,5 34:21
78:24 101:14
178:19 181:3
**fingerprinting**
75:16
**finish** 6:12,13
11:22 25:14
95:4 98:4,5
111:1 124:1
137:9 176:24
**finished** 102:23
**Fire** 166:5,25
170:17 174:24
175:4
**first** 11:15,17,18
11:19,24 21:2
22:5 24:23
30:25 46:24
52:12 54:2
59:23 66:19
91:22 102:10
111:19 113:18
125:1 129:23
146:15 147:18
150:8 153:9
154:7 165:4
167:5 170:5
171:2
**fit** 27:2,25 28:3
28:6 30:20
59:1,2 74:15
**Fitzgerald** 56:4
56:20,24 57:22
58:16 85:23
117:10 134:15
**five** 11:14,19,23
112:3,6 128:25
129:2 171:19
173:14
**flag** 104:16
**flow** 78:6
**flows** 60:12
**fluctuate** 11:3
**focus** 18:12 27:4
152:25

**follow** 6:14 13:9
17:4 39:1 63:7
68:4
**follow-up** 63:21
63:24 186:10
**followed** 28:17
138:2
**following** 27:3
34:25 36:17
47:14 48:18
166:15
**follows** 5:14
65:6 72:18
**Fontana** 183:4,5
**footage** 158:23
**force** 16:18 39:5
42:4 173:21
**forced** 176:17
**forfeiture** 47:9
**forget** 74:5
**forgive** 35:18
187:20
**form** 3:16 14:17
26:1,15 27:19
28:12,18,19
34:20 35:12
39:24 40:9,11
42:15,22 43:18
45:22 46:18
47:16 48:9
49:8 57:2
60:13 82:2
87:2,23 89:5,8
90:20,23 97:6
98:7 101:11
102:8 103:14
104:3 105:10
106:1 119:8
121:18 130:23
134:7,18
140:18 141:5
149:8 152:12
153:7,7,14
154:20 157:3
162:10 167:22

169:5 170:23
173:23 174:12
180:25
**formation** 43:18
**formed** 37:22
**forms** 153:6
**forth** 30:15 35:5
183:11
**Forty** 11:5
**forty-eight** 40:4
**forwarded** 7:19
71:24 72:22
132:24
**found** 39:8
62:10 74:23
75:5 88:25
89:2,17,17
102:2 106:19
126:15 138:4
141:10,12,14
142:11 143:11
162:23 173:11
177:9 186:22
**foundation**
12:14 14:17,17
26:1,15 27:19
28:12,19 34:20
35:13 42:15,23
45:22 46:18
47:16 48:9
49:8 57:2 82:2
87:2 89:5,9
90:20,23 97:6
98:7 101:11
102:8 103:14
104:3 105:10
106:2 119:8
121:18 145:5
145:21 149:8
152:12 154:21
157:3 162:10
173:23 174:12
180:25
**four** 107:2,3
**Fourth** 119:21

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 203

frame 82:5
  100:23
free 105:13
freshener 99:15
fresheners 99:1
friend 148:15
  150:1,3,4
  182:6
friends 14:13
  148:7,12,13,13
  148:16,16,17
  150:1,4 182:3
  183:8
frightening
  159:24
front 67:18
  88:13 114:7
  115:13
froze 19:23
frozen 159:18
  159:19,21
  171:13
full 5:18 126:25
fully 67:21 88:7
fund 76:18
  174:8
funds 171:2
funky 129:14
further 66:6
  67:25 73:21,22
  81:4 135:2
  137:12 186:8
  189:3 190:11

G

G 1:6
gain 102:2
Gambril 90:9
  150:1
game 105:9
gap 145:9
  179:19
general 10:1,3
  22:14 29:11,13
  36:10,16,17

46:23 48:15,25
75:23 108:16
156:18,18
generated 36:22
generic 180:8
  183:22
gentleman 13:3
  15:11
Georgia 9:6,9
  181:3 188:9
gestures 6:7
getting 19:23
  64:11,12
  108:23 111:23
  111:25 114:24
  125:8 126:25
  128:25 137:8
  143:7 162:8
  171:7,8 174:15
  179:19 187:25
girlfriend
  183:13
give 6:5 8:25
  12:6 17:22
  18:6 27:8,20
  28:2,12 32:2
  32:12 34:5
  42:16 45:23
  73:25 78:22
  79:21 83:13
  87:7,9 89:10
  89:13,21 90:21
  90:24 91:17
  95:12,15 96:10
  98:10 100:4
  105:1,13
  106:21 119:12
  119:15 120:23
  121:19 128:11
  128:17 129:12
  129:14 130:4
  130:15 134:12
  134:23 143:15
  147:14 148:5
  149:8 155:4,13

160:24 168:19
168:22 179:4,6
179:22 183:23
185:6
given 9:9 37:8
  49:17 51:13
  60:23 70:22
  115:3 123:18
  141:16,19
  146:23 171:5
giving 27:5
  157:7 173:21
glazing 50:22
go 5:20 20:22
  21:17 23:19
  25:12 27:20
  29:5,23 30:2
  31:5 33:4 34:3
  34:8,21 37:20
  42:16,18 43:1
  44:9 46:19
  48:10 49:1,9
  49:25 54:19
  55:5 57:2
  58:10,15,17,22
  61:1,6,13 62:4
  64:5,19 65:12
  67:16 68:15
  70:12 78:16
  79:2 80:25
  81:18 82:3,7
  83:11,19,21
  84:17 85:24
  86:7,10,10,19
  87:2 91:10
  93:15 95:4
  97:15,16 98:5
  101:16 102:9
  102:21,23
  106:21 107:1
  110:22 111:10
  112:5 113:13
  114:16 115:7
  115:24 116:10
  116:24 117:1,7

117:8,9 118:18
119:3,9,9
120:18 121:19
121:24 123:15
127:21 128:9
134:12,15
138:19 142:4
144:5,9,24
145:5,6,9,21
152:25 153:11
154:1 155:4,13
157:7 159:24
160:22,24
165:22 170:13
173:16 176:25
183:23 186:11
goes 23:24 25:2
  31:4 32:21
  57:17 60:9
  75:19 76:14
  84:4 116:16
  126:9,11,11
  155:18
going 5:20,22
  6:2,4,11,23
  16:3 17:15,21
  18:6,11 20:23
  21:16 23:1,3,4
  27:7,10 30:17
  31:19,19,24,25
  32:2 33:12
  34:8,15 35:17
  35:21 36:1,19
  37:12 38:1,5
  42:19 44:8,13
  49:24 50:17,21
  50:24 51:12
  54:8 61:14
  63:12 64:18
  66:6 72:2,25
  73:5,19 74:1
  74:25 76:11
  77:23 78:6
  82:8,12,19
  83:14 84:8,20

91:3 93:15
95:4,19 96:13
96:15 98:4,19
100:3,5,13,15
101:4 106:11
108:21 109:1
111:20 113:25
114:13,18,23
116:14 117:18
118:9 124:20
125:7,12,15
128:17 135:12
135:14 137:18
137:20 141:24
141:25 142:1
143:14 144:1,5
148:20 153:24
154:1,20
155:24 156:3
157:15 158:16
160:20,22
162:12,22,23
163:5,6,12,13
163:17,21
164:9,9,23
165:7,15,22,25
167:17 168:17
168:19 171:23
172:19 173:3,6
173:8 175:20
175:21 177:18
177:20 181:3
184:1 185:14
gonna 185:7
good 5:17 6:8,16
  18:9 27:25
  28:3,6 79:1,14
  81:1 91:7
  94:15 122:12
  148:23 153:16
  165:14 172:25
  180:17 188:10
  188:20
gossiping
  135:10,21

136:5,6,8,10
136:13,21
**gotcha** 8:8 106:8
124:1 134:2
146:10
**gotten** 67:2
**govern** 45:21
**governed** 51:15
51:20 164:20
**graceful** 160:5
**granddaughter**
76:3
**grandfather**
148:17
**grandfathered**
166:11
**grandmother**
76:3 148:17
**great** 165:12
**greater** 40:21
154:24
**greatest** 74:18
159:19
**grievance** 28:24
**Griswold** 1:17
1:21
**ground** 5:21
**group** 1:20
104:11 134:4
**guess** 5:24 20:6
30:3 55:5 58:2
71:22 72:19
77:6 102:16
159:25 165:9
176:7
**guidance** 45:14
50:3 157:8
**guide** 45:12
**guideline** 42:6
66:22 68:8
**guidelines** 38:18
38:25 49:7,21
67:22 170:19
**guilty** 39:8 50:2
50:7

**gun** 71:3,3,12,13
72:6,8 74:23
75:5,7,8,10
76:10,15,16,18
76:18,19,20,22
76:23 77:1,25
87:18 90:12
125:9,11
126:11 127:5,7
127:13 128:1
142:11 155:19
186:22
**guns** 75:15,17
75:18 101:20
103:8 158:25
**guy** 97:16
113:25
**guys** 23:8 72:11
114:20 130:24
149:16 150:4

**H**
**hadn't** 108:22
**half** 64:19,21
**hand** 5:7
**hand-** 21:7
**handle** 26:13
63:18 65:24
76:7,9,10,12
76:22 92:21
101:9
**handled** 26:18
26:19 83:7,8
86:12,13 93:9
98:21
**handles** 26:10
75:24
**handling** 70:7
**hang** 99:2
**hanging** 99:6,14
**happen** 68:22
88:20 183:21
**happened** 30:24
88:5 89:22
109:4,5,8,9,21

109:22,23
110:6 118:24
122:2,13 124:3
124:10 128:14
137:3 150:14
184:10
**happening**
23:11 101:22
**happens** 24:20
124:12
**hard** 138:25
**harder** 150:24
**hardship** 146:13
150:15
**haven't** 84:8
104:5 145:4
**he/she** 43:12
**he's** 70:22 90:7
97:16 104:4
114:6,8 115:10
116:4 117:17
156:15 157:6
158:1,9 159:18
159:19,21
174:18
**heading** 179:21
**health** 10:21,23
**hear** 6:18,19
7:10 8:12
35:15 78:24
79:14,15,16,18
89:6 114:19,21
133:1 134:5
136:9 152:6,6
158:2,2,15
164:24
**heard** 10:11
12:21 21:9
29:9 54:12
99:7 112:19,21
112:21 114:18
122:10 126:12
128:5,20
136:12 139:12
141:22 157:23

157:24 158:4
160:19 174:23
**hearing** 10:2
78:21 102:3
**hearsay** 126:7
**held** 37:7 128:16
**Hello** 31:14
171:22
**help** 22:8 23:12
32:16 61:6
63:14 66:17
69:23 70:13
74:14,19 80:9
85:17 95:20
117:6 124:13
125:25 132:22
132:23 154:25
**helped** 78:4
**helpful** 69:4,22
**helping** 186:2
**here's** 35:8
65:18 81:7
124:3
**hey** 24:11 64:10
78:17 80:22
83:12 85:25
111:20 113:24
114:15 117:13
117:20 118:12
125:2,14
**high** 8:16 36:22
85:7 92:21
93:1 106:24
113:16 134:19
**high-ranking**
134:20
**hills** 79:8
**HIPAA** 184:4
**hire** 169:14
**hired** 16:17
**hiring** 169:17
**history** 18:13
159:19
**hold** 19:17 22:23
28:11 40:9,11

69:14 81:4
98:19 165:13
182:17
**home** 9:7 180:24
**homes** 181:8
**Hon** 1:5
**honest** 111:4
**hook** 80:13
**hop** 36:19 151:5
**hope** 24:3 31:15
171:13
**hopeful** 185:22
185:24
**Hopegradle**
113:17,19
114:6
**horrible** 180:9
**hostile** 146:12
146:14,16,16
147:1 150:16
**hot** 180:23 181:2
**hour** 38:10
64:19,21 100:3
100:6
**hourly** 10:15
**hours** 10:25
11:4 39:25
40:5,13 139:20
139:22
**house** 180:20,21
**humiliation**
181:16
**Hundreds** 76:25
**Huntcliff** 9:6
**husband** 76:1
**hypothetical**
105:12 145:6
**hypothetically**
116:14

**I**
**I'd** 62:15
**I'll** 7:3 20:1 26:1
26:12,15 27:19
28:19 32:12

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 205

34:3,5 35:12
36:6 39:2,4
40:20 41:14
42:15,18,22
43:4,20 44:9
47:16 50:14,22
62:14 64:6,16
65:12 73:3
75:20 78:14,22
79:21 82:2,18
82:18 83:18
88:1 89:5
91:17 96:2
97:6 98:7
100:23 101:11
103:14 104:3
105:10,17,18
105:18 106:7,8
106:21 110:1
111:1,10 119:8
119:12 120:23
121:18 124:1
129:12,14
130:4,15
134:12,23
136:3 148:5
149:7 152:15
154:16 155:8
156:25 157:3
160:24 163:13
165:8 168:22
169:23 171:23
173:16,23
174:12 180:25
181:11 184:3,4
186:16
**I'm** 5:20,22 6:4
6:11,23 8:12
10:2,6,16
11:21 13:9
17:15,21 18:5
18:6 19:23
20:17 21:9
23:3,4,15 25:4
25:5,13 27:16

29:9 31:24,25
32:1,2 33:11
33:12 34:8
35:15,17,21
36:19 37:12
42:18 44:8,13
47:19 48:13
49:24 50:17,21
50:24 51:12
52:23 53:19
54:1 55:1,16
56:19 57:7,8
57:10 58:2,4
59:14,19,25
60:8 65:15
66:2 67:5,21
68:2,22 72:1,5
72:6,6,7,11,23
74:1,4,4,4,5,13
74:21 75:1
77:6 78:17,23
79:7,8 80:18
80:18,23,24,24
82:9 83:2,6,14
83:14,15,16
84:6,7,9,9,12
84:13 85:13,19
87:4,6,9 89:6
89:13 93:14
95:4,5,6,8,9
96:13,15 97:25
98:1,2,4 100:2
101:4 102:3,12
102:12,13,15
102:21,21,23
103:16 105:14
105:23 106:2
107:18,21,22
108:2,14,15,21
109:1,15,16
110:1,7,11,22
110:24 111:2,3
111:5,9,24,25
112:7,12 114:3
114:10,18

115:1,24,25
118:2,3,6
122:7,12
123:24,24
124:2,11 125:2
125:3,17
126:25 128:17
129:20 132:10
132:17,18
133:9,15,20
135:4,12,12,13
135:14 136:17
138:12 139:18
140:22,25
141:2,23,24
142:1,19
143:14 144:1
144:13,19,20
145:8 147:7,10
147:22 148:13
148:14,15,16
148:17,17
149:12,17,20
149:22 153:25
154:14,16,20
156:7 158:1
159:3 160:20
161:2 162:20
163:5,6,12,17
163:20 164:9
164:12,15
165:7,9,15,22
165:25 167:17
167:21,22
168:17,17,19
169:15,19
171:13 173:2
173:19 174:3
175:18,20,21
176:16,23
177:1,4,18,20
179:18,21,25
180:19,19
181:7 184:1
185:7,11,24

**I've** 7:5 15:3
21:9,25 22:7
37:8 50:21
51:14 68:13
73:23,24 74:1
74:3 79:3 84:5
84:5 100:9
109:12 149:9
150:2 152:3
159:22 164:5
167:24 171:5
**Ian** 1:7 15:20
85:20 142:6,13
151:6 152:10
**idea** 57:4 155:25
**identification**
13:5
**identified**
115:21 153:17
**iffy** 78:17
120:18
**Ignorance** 51:6
**II** 153:24
**illegal** 22:17
24:5 29:13
39:12 40:16
41:14,17 42:1
42:6,13 63:16
63:19,22 67:24
98:6,11 100:21
100:23 102:6
115:5 124:17
154:4 155:8,10
**illness** 184:6,8
**immediate**
33:18 86:5
**immediately**
23:23 43:13
112:12 115:7
122:17,18,20
123:3 125:19
138:13 143:12
**imminent** 27:12
**impacted**
187:23

**impeding** 98:17
**implies** 149:4
**imply** 149:12
**important** 39:9
**impossible**
98:17
**impounding**
101:18
**impression**
162:13
**imprisonment**
81:25
**in-car** 71:6
**in-hand** 21:8
**inactions** 45:10
46:5
**inadequate**
153:4
**inadmissible**
39:14
**inappropriate**
148:19 149:1
**inaudible** 5:3
25:15 112:9
118:18 190:9
**inaudible)to**
123:15
**incident** 11:17
15:11 16:9
105:15 131:10
131:13 132:19
138:18 143:8
**incidents** 11:19
12:16,18 131:8
146:25
**include** 42:3
83:1
**included** 60:20
60:21 85:20,23
**includes** 83:3
85:18,19
**including** 94:21
101:7 181:14
**inclusive** 30:12
**income** 177:15

178:6
incoming 43:17
incompatible
46:3
inconsistencies
73:14,15,16
inconsistent
46:2
incorrect 141:20
157:10 172:22
increase 103:21
107:10,20
108:7,11,17,24
109:1 110:2
111:17
increased
103:17 112:1
increasing
103:21
increasingly
146:12,15
150:24
incredible
159:20
indicate 144:10
indicated 23:25
24:6 29:24
75:4 107:23
156:12
indicating 37:1
75:9 117:23
individual 1:7,8
1:8 41:6,18
43:6,19,21
44:1 61:3 62:1
62:25 66:24
73:18 74:9
75:20 83:7,8
84:4 85:2
86:13 87:9
104:8 114:25
125:9,10,15
148:20 158:22
187:2,3
individualized

70:7,9
individually
104:13 121:10
individuals
110:17
inform 132:2
144:25
information
48:1 143:8
162:12 167:25
informed 31:1
81:5 125:14
140:6 141:13
142:2 145:25
147:12 155:23
initial 102:4
104:20,21
106:12,15,17
144:14
initially 52:9
53:4 95:13
111:11,14,14
159:12 167:23
initiate 24:10
injuries 181:14
181:20,22
182:1
inquire 81:9
86:25
inside 71:7,8
insist 108:5
instance 11:16
12:6 39:20
40:6 71:2
74:22 95:1
100:2 112:1
181:11
instructed 63:8
66:12 95:14
147:11
insufficient
75:14
insurance
177:13 180:8
181:7,24

intake 44:5
71:23 72:20
intended 45:3,7
interactions
147:24
interesting
81:22 131:16
interfere 7:9
interference 5:5
190:10
Internal 159:9
159:11,12,14
interpret 44:3
interrogated
70:22
interrogation
71:10
interrogations
61:8
interrupt 25:13
69:1 90:3
102:22 123:21
interrupting
78:23
interview 15:16
15:17 16:12,14
61:7 62:4
interviews 17:11
17:12
investigate 64:4
64:8 65:10
68:17 81:4
92:22,23 95:11
97:17 98:15,16
101:15 102:13
102:15 104:10
104:16 106:16
123:11
investigated
66:3,6,16 78:5
104:12 135:6
investigating
76:21 96:8
100:8 109:13
investigation

21:6,7 24:14
25:24 26:5,7,9
26:24 27:15,16
28:17 30:6
66:7 73:21,22
89:1,1 119:7
136:11 137:15
137:16,18
159:5,6,7,8,10
investigations
27:5 30:21
48:2 61:7
158:18
investigative
21:12 29:25
30:2,3,11,13
30:17,19,23
60:5 115:22
153:8
investigator
10:1,3,6 63:4
64:3,5 65:10
65:23 68:11
74:16
investigators
52:1 62:25
63:18 86:23
87:7
investigatory
40:22
invited 127:25
involved 12:18
13:7,11 25:7
71:24 72:21
110:5,20
148:13,24
185:19
involvement
110:7,7 113:3
113:4
involving 12:8
45:8
IOU 21:7,10,11
ironic 173:11
177:9,12

Ironically 173:9
irregularities
126:16
irrespective
142:11
irrevocably
170:15
isn't 18:20 49:5
49:18 62:4
73:9 80:24
133:15 137:18
157:11
issue 7:3 19:25
32:25 58:4,5,7
58:8,12,21,21
64:2,4 65:8,11
65:13,15,16,21
78:20 81:22
99:14 100:12
101:1 112:9
145:10
issued 50:2,8
83:23 158:12
158:13
issues 29:20,22
78:11 93:2
144:25 145:3
145:16 158:5
172:15
it's 13:24 16:20
30:6,7,8 32:17
32:25 41:1
42:17,19 56:12
59:9,11 63:12
64:13,14 66:7
67:2 68:24
69:3,4,21
70:25 71:6,8
72:2,25 73:22
77:21 78:20
79:1 80:25
81:1,11 82:14
83:11,22 86:3
86:4 92:2,25
93:6 96:8

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 207

97:11 100:13
101:3 103:4
110:4 132:18
139:25 140:18
149:10,10
154:15 155:15
157:12,24
159:24 161:1,4
166:24 168:18
169:3,6 178:25
180:23 181:1,8
183:24,25
**items** 82:15

**J**

**J** 1:20
**Jacqueline**
   19:16 20:15
   21:21,23 23:22
   59:1,5,6
   131:15,16
   132:11 133:11
   133:11,16
**jail** 83:3,6 84:8
   155:18
**James** 19:15
**January** 88:11
   89:14
**Jason** 1:8 90:4
   125:21 126:6,8
   150:2 151:7
   152:20,22
**job** 10:14,20
   49:24 51:2,2,3
   53:24 60:25
   61:2,20 82:22
   84:13 86:12
   88:2 103:7
   113:9,10
   128:15 148:22
   150:23 152:4
   153:20 156:24
   179:18,20
   180:4,5 181:6
   185:1 187:3,6

187:9,9
**jobs** 62:7
**Joel** 1:16,16
   163:8 164:5,24
   165:7 185:6
**joel@joelbskl...**
   1:18
**join** 16:18
**joined** 29:15
**jonelc@detroi...**
   2:8
**JONES** 2:3
**Joseph** 27:24
**journalist** 15:13
**Judge** 1:6 64:20
   83:9 173:7
   174:19,22
   177:11
**Judge's** 173:20
**Judges** 104:17
**judgment** 176:5
**judicial** 38:23
   40:7
**July** 16:19 22:13
   30:3 111:7
   163:2 168:16
   169:20,20
   172:10,12,19
   174:17
**jump** 129:11
**jumping** 32:1
**June** 22:13
   111:7 165:21
   169:6
**junior** 114:8
**justice** 82:24,25
   84:7
**justified** 41:18
**justify** 94:22
   136:15

**K**

**keep** 6:4 10:25
   20:12 31:19,19
   101:4 118:14

126:13,21
127:1 137:25
163:13 164:9
165:11 170:25
171:23 186:11
**kept** 123:11,11
   126:12,14,14
   127:10 153:5
**key** 110:5
**kicked** 31:16,18
   72:12 121:17
   161:2,5 180:4
**kidney** 184:11
   184:13,16,19
   184:21
**Kim** 85:8,11,14
   130:17
**Kimberly** 1:6
**kind** 7:9 14:6
   61:1 69:7
   71:18 73:25
   74:12 78:17,20
   98:6 99:11
   105:14 112:7
   116:1 117:9
   120:6,12
   121:11,13
   126:20 142:2
   149:5 157:23
   171:24 179:12
   179:21
**kinds** 101:14
**knew** 27:6,10
   112:14,16
   153:19 159:5,8
   172:19 175:9
   188:16,18
**knocked** 19:18
**know** 6:18 7:3
   11:9 15:23,24
   15:24 18:7
   23:10,21 24:25
   26:8 27:7,20
   27:21,22 28:14
   28:25 29:1

32:13 33:10
34:6 51:9
53:13 56:25
57:17,18,22,24
59:6,8 60:21
63:8,9 64:11
68:5,12,14
70:11,12,16
71:5,8,9,11
74:5 76:2,4
77:11 78:20
82:5,6,12 83:9
87:4,10 88:15
92:24 95:8,17
95:18 96:6,8
96:11,19 97:17
99:4 100:10,11
103:3 104:6
107:1 108:5
109:21,25
111:2,2 113:15
113:16,16,17
115:12,16,22
119:11 124:6
125:2 126:2,6
126:7 128:3,13
128:14 132:5,5
132:8,9,21
133:3,4,5,6
136:9,11,24,25
136:25 138:4,7
138:9,12,22
139:18,19,22
139:23 141:9
141:11,13
142:1,3 144:22
144:23 145:15
146:1 147:14
147:16 148:6,8
148:9 152:24
153:18 154:23
154:25 156:2,4
156:11 158:11
158:11,16,18
158:19 159:14

159:23 162:19
162:20 173:10
173:24 174:16
174:16,17
175:4,6,7
177:10,12,16
177:16 179:25
180:16 181:8
182:4,25,25
183:21 184:21
185:17 186:4
188:1,2,18
**knowing** 21:25
   150:2 188:8
**knowledge** 5:24
   16:14 29:17,18
   29:19 31:6
   53:1,10 55:7
   55:14 59:21
   84:23 86:9,23
   88:8 108:4
   123:17 137:14
   138:7 142:12
   143:25 145:8
   146:3,7 156:15
   158:15,16
   160:7,10,18
   161:13,15,20
   161:24 162:15
   172:9
**known** 18:3 22:6
   22:7,8,11
   25:22 26:20
   27:10 50:1
   100:11 103:4
   135:10 145:18
   172:11
**Kuhar** 90:2,4
   150:2
**Kyriacou** 53:6,8
   53:10,11,13,18
   53:19,21,21
   54:3,5,13
   55:16,17,18

**L**

**labeled** 17:15
  30:7 32:1,10
  32:11 34:9
  36:4 38:16
  41:14 46:22,23
  49:24
**lack** 12:13 73:11
  74:14 92:12
  100:24,25
  102:16 129:25
  131:4
**lacked** 124:24
  125:15 126:17
**lacking** 37:3
  122:22
**lady** 112:4
**laid** 145:4
**land** 9:12
**language** 149:4
  166:24 172:7
**Lasbro** 19:15
**late** 16:7 109:25
**law** 1:16,20 2:4
  44:21 98:2
  105:20 106:16
**lawful** 38:20
  40:23 41:1
  42:1 47:2
  105:24
**lawfully** 47:11
**laws** 47:1,4,14
**Lawson** 1:5
**lawsuit** 14:11,22
  14:23,25 15:2
  15:5,6
**lawyer** 25:5
**laying** 49:3,5
**lays** 38:25 41:9
**lead** 96:25
  105:22
**learned** 142:5
  144:11
**learning** 152:25

**leave** 21:15
  53:16 75:21
  137:13 168:10
  172:5,12
  173:11 177:12
  179:21
**leaves** 54:22
  69:8
**leaving** 72:1,24
  139:16 172:19
  180:18
**led** 102:1 123:10
  146:23
**left** 24:4 28:9
  52:19,23 53:13
  54:5,13,17
  55:17,17,18
  109:19 111:6
  139:10 173:12
  177:9,24
  179:20 185:13
**legal** 39:9
  174:13 175:7
  176:4
**legally** 153:13
**legibility** 36:24
**length** 41:17
**let's** 11:15 24:3
  24:19 26:11
  51:22 52:8
  54:19 55:5
  60:25 61:1
  63:22 64:15,23
  86:10,10,18
  91:10 107:9
  113:13 116:14
  123:1 129:2,4
  134:12 142:4
  147:22 160:24
  163:4
**Letitia** 2:3
**letter** 8:3 98:1
  173:13
**level** 36:22
  93:24 132:15

132:18 134:20
  156:13
**liability** 47:7
**liberty** 41:16
**License** 105:3,4
**lieutenant** 16:9
  19:14 22:20
  24:13,17 26:12
  34:11,12,14,17
  52:10,14,18,21
  52:22,22 53:1
  53:2 54:19,19
  54:20,21,22,23
  54:24,25 55:2
  55:2,6,7,7,8
  57:15 59:3
  61:11 63:9
  67:8,9,11,17
  70:10 76:24
  77:2,9 84:20
  84:23 85:18
  86:5,8,15,17
  88:3 92:3
  93:23,24 94:8
  94:13,15
  108:19,21,25
  109:2,4,6,7,8
  109:10,17
  110:3,3,12,13
  110:14,18,19
  110:20 112:13
  112:14,15
  114:12,14,16
  115:10 116:2
  122:16,25
  123:14 124:19
  124:23 125:21
  125:25 126:4,8
  127:20 128:6,8
  128:22 129:17
  130:9 132:14
  142:6 143:1
  145:13 147:3
  147:20,23
  150:8,18 151:6

151:7 152:20
  152:22 153:1
  153:21 154:18
  155:17,25
  156:5,14,15,25
  157:9,10,15,18
  157:21,24
  158:6,8,10,11
  158:14 161:14
  161:25 162:6
  162:21
**lieutenants**
  19:15 20:15,18
  25:19 68:21
  93:22,25
  112:10 113:14
  163:20 164:14
  165:1
**life** 13:11 39:8
  47:24 181:18
**light** 69:2,17,17
  104:22 105:2
  155:16
**limit** 100:3,6
**limitations**
  44:25 45:4
**limited** 151:23
  158:6,8,10
  181:14
**line** 9:12 49:3
  167:7,10,14
**lines** 166:15
**linking** 76:20
**lips** 69:9
**list** 48:19 96:2
**listed** 48:24
**listen** 116:11,12
  116:22 147:4
  147:13 153:23
  163:13
**listening** 164:8
**litigated** 177:21
**litigation** 12:8
  13:8,12 177:6
  180:13

**little** 10:2 33:3
  49:10 54:1
  69:5,8,11
  93:10 98:25
  99:6 104:16
  140:25 144:1
  161:8 163:15
  170:5 177:2,19
  188:8
**live** 180:18
  182:10,23
**lives** 183:4
**located** 182:20
**location** 22:2,3
  23:13 52:15
**long** 12:7 27:2
  28:14 52:14
  53:1,10,16
  103:21 150:2
  180:3
**longer** 20:20
  28:6 113:2
  122:24 123:14
  128:8 157:14
  168:7 177:15
**look** 11:2 17:22
  18:6 24:12
  33:8 41:14
  61:21 91:15
  107:5 110:10
  143:9 186:16
  187:3
**looked** 96:20
  126:20 142:18
**looking** 61:14,17
  75:20,21
  101:13,19,19
  103:6 108:14
  123:24 136:16
  169:19
**looks** 22:22
  123:22 169:20
**loose** 98:12
**Lori** 85:7 130:17
**lose** 122:6

142:17 150:18
163:8 176:6,7
**loss** 180:12,14
181:4,7,13,17
181:18
**lost** 22:22 23:25
54:1 72:9
105:14 138:19
138:20,21
163:8 171:21
176:5,10,12
177:5,15
181:13
**lot** 62:2 74:6
76:17 80:5,6
81:4 82:21
87:17,18,18
92:25 93:8
95:10 97:13,15
97:23 103:3
109:3,5,8
113:5 120:20
138:21 141:3
141:25,25
143:7 148:21
148:21,23
177:18 181:8
187:25
**loud** 91:19
**lowest** 52:6
**LSA** 3:18 25:22
25:23 164:17
172:25

————————
**M**
**M** 1:5
**M-a-r-s-h-a**
182:15
**M-i-l-e-s** 85:11
**M-y-c-o-p-h-e...**
183:25
**Madame** 6:2
20:1,5 64:18
65:2 70:1
79:18

**Magistrate** 1:6
64:20
**main** 92:24
111:22 146:21
146:21
**maintain** 36:21
46:8
**making** 6:3
38:20 39:1
66:10 98:17
114:20,20
117:13,20
118:12 124:16
130:10 170:19
178:7
**man** 150:22
152:6
**Management**
18:3
**manager** 134:20
**manner** 41:20
45:13 46:11
**manpower** 93:9
**manual** 3:23,25
4:5,7 17:5 32:9
33:24 36:4
38:15 41:9
44:17 48:23
51:10,14,15,20
65:24 67:23,25
74:17 135:23
**manuals** 156:19
**Marcellus** 1:4
1:11 3:3,13
5:11,19 7:15
13:18 57:2
79:6 89:9
128:25 140:7
140:14 142:5
146:11 147:13
151:8 154:6
182:11 186:16
190:7,12
**marijuana** 96:1
103:2

**Mark** 25:10,16
28:25 172:24
174:18,20
176:21,23
**Markala** 90:8,8
147:19,19,24
148:7,11,14,15
148:18,20
**marked** 3:7 4:3
17:20 32:5
35:22,25 38:4
44:12 163:24
167:20
**marker** 109:25
**markers** 109:17
**market** 179:12
179:13,14
180:23 181:2
**Marlon** 25:1,3,4
25:5 56:14,16
85:23 117:17
117:20,23,25
118:11,14,16
118:25 119:6
119:11 121:12
121:16,20,25
124:5 132:2,24
133:1,2,7,25
141:11
**marriage** 9:20
**married** 9:14,16
9:18,19
**Marsha** 182:13
182:18
**MAS** 3:13 18:3
18:5 21:14
29:4,23 30:16
**Maseko** 52:11
52:14,18
**Master** 163:18
164:13 165:6
165:16,18,19
**material** 38:20
**matter** 1:3,13
11:25 13:2,7

26:14 64:8,21
110:8 126:11
136:10 139:3
188:16
**matters** 45:8,14
112:20 154:8
**maximum** 166:8
167:12
**McCORD** 1:8
15:19 16:9
54:23,24 55:2
55:6,7,8,24
58:4,9,13,22
59:3 60:3 77:2
77:9 84:20,23
85:19 86:5,8
86:15,17 88:4
94:13,16
108:19,21
109:7,9,17,20
109:23 110:3
110:14,18,19
112:13,14,16
118:22,24
119:7 122:25
123:14 127:20
128:6,8 135:1
136:5,18
139:13,17
142:6,13 143:2
143:10,23
145:13 146:9
147:4,12,20,23
150:8,18 151:7
153:21,22
161:14 162:6
162:21
**McKay** 22:20
24:7,13,17
26:21 28:7
**mean** 22:7 25:13
30:4 37:15
63:12 77:5
78:19 92:7
93:14 102:11

102:22,24
105:16 106:24
109:5 110:24
123:21 132:14
143:16 145:22
149:10,15,16
158:9 173:2
176:23
**means** 22:15
37:16 115:14
137:23 170:11
**media** 15:6
**medical** 7:9
179:18,19,22
179:23,24
180:3,4,7,17
181:22,25
184:24 185:1
186:2,5
**medication** 7:8
183:17,21
184:5,7,7
**medications**
179:25,25
183:19 184:16
184:18
**medicine** 183:20
184:20
**meet** 13:14 16:2
21:21,23 22:2
76:1
**meeting** 14:1
15:19 28:3
86:13 127:17
127:18 139:6,8
139:16 166:7
167:11
**meetings** 57:18
59:22 61:11
127:13,15,15
127:16,21,24
**meets** 76:11
**member** 17:3
46:25 47:6
48:21 49:15,19

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 210

49:19 50:1
135:21 164:17
166:7 167:11
170:13
**member's** 45:5
46:22
**members** 33:14
33:18,20 36:23
38:19 45:7,12
45:12,21 46:2
46:5,10 47:2
47:21,22,25
48:3,8,16 50:7
76:9 149:24
154:11 166:10
**memo** 158:20
159:2
**Memorandum**
3:21 164:25
**memory** 65:14
**mental** 181:15
181:20
**mention** 86:16
**mentioned**
100:24
**merit** 104:9,13
**merits** 102:13
**message** 8:2
117:25 121:24
124:4 140:8,11
**messages** 7:20
**met** 21:25 135:1
**mic** 79:7,10
**Michael** 52:13
90:7 150:3
**Michigan** 1:1,17
1:21 2:6 8:18
17:1 180:15
190:2
**mid-afternoon**
16:11,12 137:3
137:4
**mid-level**
134:20
**middle** 72:14

98:13
**miles** 85:8,11,14
100:3,6 130:17
**military** 8:23
**mind** 38:8 41:25
82:5
**mindful** 38:8
**mine** 26:19
30:13 171:20
172:1
**mini** 18:16
**minimize** 86:11
**minimum** 97:21
**minute** 19:21
20:6 22:23
69:1 128:25
129:3
**minutes** 50:13
50:14,16 129:5
144:2 185:6
**Miranda** 27:6,8
**Mireless** 85:8
130:17
**mirror** 99:2,7
99:15
**mirrors** 99:6
**Miscellaneous**
135:17
**misconduct**
42:14,17,20
48:2,7 49:15
49:19
**misdemeanor**
97:22 98:21
**missed** 19:20
**missing** 110:5
**mission** 32:22
44:23
**mistaken** 162:20
**modify** 166:2,21
174:6
**moment** 31:13
39:10 181:1
**Monell** 153:25
**money** 179:16

**monitor** 126:19
**monitoring**
126:14
**month** 31:7
177:14 178:23
**monthly** 177:23
178:2,4,6
**months** 55:17
93:17 108:7
**Moore** 90:8,8
147:17,18,25
148:11,14,15
148:18,20
**morning** 5:17
**mortification**
181:16
**mother** 148:16
**motor** 88:9
89:15 127:9
**MOU** 165:20
**mouse** 35:19
**mouth** 67:20
79:10 101:6
107:17 114:18
123:9
**move** 6:14
160:20 180:14
181:5
**moved** 147:20
**muddled** 69:11
**multiple** 158:19
158:21,24
**mumbley** 79:5
**municipal** 1:7
**mute** 165:13
**Mycophenolic**
183:23

――――――
**N**
――――――
**N** 190:1
**name** 5:18,19
9:1,3,4 15:12
15:15 52:12
53:7 54:2,2
59:23 80:10,13

85:10 90:1,6
90:10 113:18
114:4 147:18
150:20 182:6,7
182:9,12,16
183:21,22,24
**named** 13:1,3,6
13:11
**names** 85:5 87:8
87:9 102:18
107:7 113:15
**Narcotics** 18:23
19:8,11 20:10
20:16 21:13
26:23 59:7,9
59:12 131:20
131:21 133:13
134:17
**narrow** 22:10
**nature** 132:12
**necessarily** 72:5
75:6 100:19
**necessary** 36:24
170:25
**need** 7:2 14:23
23:19 31:4
34:6 50:10
62:3 63:18
65:21 66:20
82:16 146:21
161:5 166:17
167:1 185:8
**needed** 60:16
61:21 152:25
**needs** 72:4 73:1
**negative** 188:1
**negatively** 46:4
**neglecting** 50:1
50:7
**negotiating**
172:23
**negotiations**
174:15,22
**neither** 137:1
**never** 21:9 39:9

54:9 88:4,5
92:15 109:9
118:15 119:1
123:16 127:16
128:14 134:2
136:6,6,7,12
136:18,22
150:14,14
162:6 173:14
**new** 21:16 62:18
114:19 156:20
156:20 166:14
179:17,20
180:4,5 181:6
**news** 16:1,3
**Nice** 53:24
**Nick** 53:21 54:2
**Nineteenth**
10:13
**non-** 87:18
181:13
**non-assignment**
66:14
**non-bias** 132:22
**non-economics**
181:21
**non-fatal** 61:8
76:8,9,16,17
76:21 87:15
**normal** 125:18
**normally** 101:17
**not-in-custody**
83:23
**Notary** 190:18
**note** 107:10
180:20
**noted** 37:6
**notes** 14:9 61:6
61:10,16 66:5
84:25
**notice** 3:9 7:16
7:18,23 17:16
45:19 47:13
65:13 107:3
108:11,12,24

110:2 135:3
137:12 183:9
**noticed** 95:10
107:16,19,23
107:24 119:25
**noticing** 104:17
107:12 108:1
**notification**
146:6,6
**notified** 137:22
137:22
**notify** 128:6
**November** 10:9
10:12 180:5,6
**number** 9:7,10
52:6 60:24
73:10 89:21
103:20 107:19
110:17 111:17
111:25 121:4,6
128:17 129:11
130:7 135:16
168:1,1 171:17
172:11
**numbers** 103:7
107:17,20
126:20 128:2
**nuts** 163:13

———————
**O**
———————
**O** 190:1
**O'CONNOR**
190:17
**O'Connor** 2:9
164:1
**OAKLAND**
190:3
**object** 12:13
23:2 26:1,15
27:19 28:19
34:20 35:12
42:15,22 43:18
45:22 46:18
47:16 48:9
49:8 57:2 82:2

87:2 89:5
90:20,23 97:6
98:7 101:11
102:8 103:14
104:3 105:10
106:1 119:8
121:18 145:4
149:7 154:20
157:3 162:10
173:23 174:12
180:25
**objected** 89:8
**objection** 7:4
14:16 28:12
57:1 106:2
155:12
**objective** 99:22
**observe** 47:1
**Obstructing**
99:16
**Obstruction**
99:5
**obtain** 62:17
166:2,21 174:6
**obtained** 39:13
**obviously**
132:11
**occasions** 159:1
**occupants** 88:10
88:24 89:16
186:21
**occur** 16:10
108:17 109:5
137:2
**occurred** 12:22
63:19 110:15
160:8 176:8
184:8
**occurring** 15:17
110:15 160:8
**occurs** 40:8
**odd** 150:22
152:6
**odor** 95:25
103:2

**offense** 41:8
97:10,12,19,21
97:22 98:11,14
99:16,20
101:18,25
102:1,4 115:16
124:16 126:1,2
136:20
**offenses** 74:18
95:24 98:22
100:18,22
101:6 102:3
105:23 106:17
106:20
**offer** 10:20
160:19
**office** 10:1,3
16:5 27:23,25
40:4 57:23
59:21 71:25
72:22 77:16,20
78:15 80:3,7
81:6,9 84:2,17
85:1 86:2,19
86:25 120:18
120:22 143:20
150:21 153:12
**officer** 16:22,24
18:20,22 26:12
35:5 37:14
39:6,10 41:21
42:9,13 51:18
63:6,7 73:17
89:3 90:8,9
94:6 97:1
99:25 100:2,8
100:8 101:25
105:19,24
106:13,15
113:24 137:16
147:17,18,24
148:11,14
157:1,6,10,20
**officer-in-cha...**
43:7,22 62:12

63:11,13 78:1
**officer's** 44:22
73:12,14 100:4
**officers** 29:17
39:1 41:25
44:24 45:17,19
46:16 47:13
48:6 52:1,3,4
59:4 61:5,10
62:13 87:14
89:22 90:1,12
93:3,4,7,8,10
93:16 94:6,17
95:11 97:4
100:10,11,19
101:8 103:5
107:23 108:13
111:18 112:11
112:14 113:13
113:14,22
114:15 115:6
124:14,18
126:5 147:3,5
147:7,11
149:19 150:18
156:17 157:12
158:23 159:2
**Offices** 1:16
**officials** 134:21
**oh** 11:21 19:19
44:15 63:22
69:16 87:25
95:25 119:17
129:13 130:21
138:12 142:17
159:22 161:2
**Ohio** 15:14
**OIC** 27:1 43:7
43:22 66:9
77:21
**OIG** 10:5,8,14
**okay** 6:2,11,17
6:23 7:2,8,13
8:1,8 9:12,25
11:10 12:5

13:19 15:8
16:17 18:5,11
18:15,18,25
19:4,11,14,22
19:25 20:12,13
20:22 21:5,21
22:18 23:6,10
23:11,16 24:2
24:4,24 26:20
28:16 29:4
30:2 31:6,10
32:9,14 33:8
33:11,12 34:3
34:7,8,23 36:3
38:6 42:9 43:2
44:17 49:12,23
51:2,7 53:18
54:5 55:5,18
56:16,23 57:5
57:13,21,25
58:12,20,25
59:10 60:4,23
61:4,17 62:9
62:24 65:12,18
67:20 74:21
77:1 80:12
86:10 90:14
91:6,10,21,22
91:25 92:4,7
92:17,20 93:3
94:6 95:1 96:2
96:13 97:3,8,9
98:10,23 99:9
101:13 103:21
106:24 107:16
108:18 109:22
110:11 113:11
114:17 116:19
116:23 117:8
117:18 118:5
119:2,12,18,19
119:25 120:14
120:25 122:10
122:13 123:7
124:1,8,10

125:23 127:5
128:1,11,19
129:11,14,17
130:4,6,15,21
130:22 131:9
131:12,21
132:7 133:4,15
134:2,15 135:1
135:12,23
136:3 137:14
138:11 139:16
140:5 141:19
142:4,20,24
143:5,6,21
144:3 146:18
146:25 148:2,4
151:25 152:9
152:20 154:15
154:17 155:7
159:12,17
160:5,6,11
161:12,20,24
163:17,22
164:9,10,11,23
165:8,12,15,25
166:18 167:4
167:10,17
168:2,3,9,14
168:17,22,25
169:2,5,8
170:1,3,13
171:15 172:4,8
172:11,22
173:4 174:2,23
175:1,7,16,23
176:16 178:6,9
178:23 181:10
182:11,13,20
183:2,15,24
185:11,11,17
186:8,18
187:16 188:10
188:15,20,22
**old** 189:1
**once** 6:13 28:5

83:21 93:24
120:16 132:1
139:10,10
153:16 171:6
171:10,23
177:23 184:24
185:19
**one-for-one**
29:8,12
**ones** 85:8 104:10
**open** 69:3,8
149:20
**operating** 66:20
68:9
**operations**
21:12 29:25
30:2,4,11,13
30:17,19,21,23
33:23 60:5
92:20 93:17
126:5 157:20
**opinion** 117:5
120:14
**opportunity**
11:6 34:5
91:23 99:18
119:16 120:23
128:17 129:15
130:15 134:24
160:25 170:20
173:15
**opposed** 6:6
125:18 127:8
**Ops** 111:19
114:15
**Option** 170:17
**options** 58:17
99:19
**order** 33:21
44:24 46:8
50:2,8 115:17
115:18 117:6
125:22 126:4
128:20,21
130:10,14

136:15 142:9
142:15 143:4
143:24 153:8
154:18 158:6,9
174:9 186:21
186:24 187:10
187:23 188:12
**ordered** 114:2
114:11,11,14
114:15 115:1
127:25
**orderly** 47:21
**orders** 35:6,11
51:6 156:16,18
156:18 187:7
**Ordinances**
97:11,12
**ordinary** 187:6
187:9
**ostracized**
138:23 151:1
**out-of-pocket**
180:10
**outcome** 26:9
27:15
**outrage** 181:16
**outside** 13:6
14:3 98:16
117:7,8,9,19
118:10,15,15
121:12 188:13
**overall** 31:23
46:6
**overhead** 69:17
**overlay** 33:3
**oversaw** 56:17
**oversees** 56:19
56:20
**oversight** 59:14
60:10,11
**overtime** 11:6,8
137:10 176:11
178:8,9
**overview** 36:9
**ownership**

142:12

---

**P**

**P-a-n-a-c-k-i-a**
90:7
**p.m** 65:1,5 72:17
129:6,7 144:7
144:8 163:23
167:19 175:15
175:19 185:9
185:10 185:9
**P38338** 1:16
**P52136** 2:3
**P55623** 1:19
**P69153** 2:2
**P78210** 1:20
**packet** 155:21
**page** 3:2 5:22
34:4
**pages** 190:6
**paid** 10:15
**paint** 109:13,15
**Panackia** 90:2,7
150:3
**paragraph**
121:5,10 129:9
129:15 166:14
186:11,16,19
187:24
**Pardon** 147:6
**part** 16:10 18:12
23:18 32:14
60:19 113:8
121:20 128:15
156:23 159:4,6
164:8 175:9
176:16 187:6
**partake** 59:22
**participants**
96:9
**participate**
166:8 167:14
168:5
**participated**
78:2,8 115:6

**participation**
170:16 177:24
**particular** 10:17
10:20 13:7
21:15 46:15,22
50:5 61:14,18
75:22 79:24
82:1 94:7,8,24
107:11 118:4
121:5 130:2
**particulate**
167:12
**partner** 81:19
**party** 13:7,11
**patience** 47:22
**patrol** 18:20,22
20:25 21:2
29:8,15,24
37:14 51:18
93:4
**pause** 175:12
**pay** 47:9 180:10
**paying** 180:19
180:20 181:7
**payment** 172:1
177:23
**paymentwas**
171:25
**PC** 145:10
**PDU** 30:9,18
31:8 51:22,23
51:23 52:9
53:2,4 54:21
54:25 55:3
56:8,10,12
57:9,12,14,15
57:15 58:20
60:24 61:1,2
66:15 76:24
78:4 88:22
92:8,9,11
93:20 110:12
112:15,22
114:7 119:23
122:20 123:8

123:17 148:23
149:24 153:1
163:1,2
**PDU's** 89:1
**PDUs** 56:15,17
56:20 57:12
59:15,15,17
60:2,8,11,17
**peace** 46:8
**penalty** 47:10
**pending** 26:6,8
64:7 66:6
73:21,22
126:18 137:15
**pension** 166:25
167:4 168:1,4
177:23
**people** 27:4,9
54:7 56:13
71:3,4 74:23
75:4,6 76:6,21
84:7 97:23
98:12,16,17,17
99:1 110:4,5,6
110:20 112:2,2
112:3,6,19,21
112:24 113:5
114:24 116:21
121:22 125:8
125:14 126:6
132:19 138:21
149:9 152:7
153:6,22
155:24 156:1
158:19,21,24
**people's** 187:1
**percentage**
168:6
**perfect** 93:7
**perform** 50:3
146:22
**period** 29:15,22
107:9 150:14
180:6
**Perkins** 1:19,20

17:13
**permissible** 58:5
58:8
**permit** 166:3
174:7
**permitted** 26:4
**person** 27:8 37:4
37:6,20 39:16
41:21,23,25
42:10 43:12
62:4 63:20,22
64:6,7,7 67:5
67:14 68:1
71:10,12 73:21
83:20,24 88:21
95:12,13,14
106:18 111:14
116:23 127:10
127:21 128:16
153:13,17
169:2
**person's** 39:8
41:16
**personal** 5:24
13:10 53:1
94:23 135:22
137:14 160:7
160:10,18
161:13,15,20
161:24 167:25
170:21
**personally**
13:17 80:15
86:18 148:9
**personnel** 48:7
112:22 137:22
140:14 146:7
**persons** 96:7
102:18 111:19
**pertaining** 45:1
**pertains** 60:7
**peruse** 32:3
**petition** 173:8
**PFRS** 166:6,14
**phone** 9:7,10

13:17 14:1
86:20,22
130:24,25
140:3 163:12
164:4,8 165:11
183:6
**phonetic** 19:15
52:11 59:19
113:17
**photos** 33:3
**phrase** 51:8
106:7,8
**physical** 75:12
181:15,20
**physically** 75:10
**pick** 22:13 24:2
73:3
**pictures** 32:14
**pinpoint** 110:4
110:19
**pinpointed**
108:10
**place** 35:19
47:12 54:11
68:23 96:7
155:12
**plain** 105:8
**Plaintiff** 1:5,16
1:19 13:12
140:6,13 142:5
142:8 146:11
151:8 154:5
**plan** 165:23
166:3,4,6,14
166:22 168:3,4
168:8,15
170:17 171:10
171:25 173:11
173:19 174:4,7
175:1 177:16
179:20
**plans** 180:8
**please** 5:7,17
20:4 72:9
135:19 156:10

186:12
**plethora** 74:7
**PLLC** 1:20
**plug** 23:4,5
**pocket** 180:1
**podcast** 15:14
**point** 21:21,23
29:16 35:1
51:3 55:3,6
57:7 81:7
90:11 94:15
125:13 133:9
138:22 140:3
147:19 151:14
152:1,15
164:16 166:19
181:9
**pointed** 95:20
97:19
**police** 16:21
17:4 25:18
32:9,18,23
38:15,19 44:17
44:22 45:9
47:11 48:18
52:1,3 55:3
90:8,8 94:20
99:25 101:7
131:6,7 140:6
140:13 141:11
156:16 157:1
158:17 163:20
164:14 165:1
166:5,25
170:17 174:24
175:4
**policies** 17:7
45:16 49:7
51:16 68:4
**policing** 37:14
37:23 96:3
**policings** 30:12
**policy** 32:11
33:8,19,25
34:16,19 39:4

39:14 40:7,14
40:15 44:8
46:1,9 47:5
48:19,23 49:2
66:22 67:18
68:8,12,13
154:4,10,14,15
154:17 155:8
155:10,17,18
187:23 188:11
**polite** 47:21
**portion** 48:23
164:7
**position** 10:18
11:1,7 29:11
54:6,22
**positive** 187:25
**possession** 75:10
75:13
**possibility** 79:3
173:1
**possible** 45:9
47:6 60:4
62:14 78:6
84:11 87:13
120:11 145:1,7
145:18 153:20
**possibly** 171:19
**Post** 178:18,20
**Post-divorce**
178:19
**potential** 47:13
83:3 119:7
**potentially**
45:20 81:25
**power** 188:4
**practice** 84:12
142:9 182:20
182:25 186:21
186:25 187:24
188:12
**practices** 157:21
**pre** 109:22
**pre-divorce**
178:18

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 214

precinct 18:18
18:25 19:4
20:22 21:3,11
22:4 28:1,22
29:5,7,13,16
29:24 30:8,13
30:14,15,17,24
30:25 31:1,3,4
51:22 53:11,14
54:6,20,25
55:15,20 56:6
56:7,8 57:10
57:12 59:2,8,9
59:17,18 60:4
60:7,8,12,20
92:14,15,16
93:6 94:3
132:20 133:14
137:17 145:24
155:24 156:13
156:20 163:1,2
precinct's 30:18
31:8 57:15
precincts 57:12
59:16 60:22
158:17 160:9
predate 108:19
preface 179:4
prefer 23:6
preliminary
5:20
preparation
14:6
prepare 13:14
115:19
prepared
160:18
presence 112:20
112:22,23
present 14:17
31:25 35:21
44:13 97:20
163:18 167:17
168:17
presented 84:5

97:9
presenting
164:12 167:21
presently 14:9
President 25:17
pressure 184:20
184:22
pressured 88:6
pretext 101:20
pretextual 94:21
101:8 102:24
103:3,4,25
pretty 14:20
18:9 134:19
149:3 167:15
prevalent
110:16
prices 181:2
principles 36:10
prior 11:10
55:18 62:24
63:1 71:15,18
108:23 117:18
117:18 118:6,8
118:9 119:6
131:7 133:10
133:23 134:5
134:16 138:8
141:7 144:17
144:20 174:11
180:18 190:11
prisoner 62:17
71:21,25 72:3
72:23 73:1,6
83:8,21 113:2
123:15 146:19
prisoners
112:17 113:7
122:22 123:12
128:9 150:13
Pritchard 19:16
20:15 21:22,24
23:22 59:1,6
131:15,16,22
131:25 132:3

132:12,21
133:12,16
139:7,9,13
Pritchard's
132:13
private 47:24
privilege 13:24
113:6
privy 127:15
157:22
proactive 94:20
101:7
probable 37:2,4
37:13,16,18,19
37:23 38:22
39:11,12,17,20
39:23 40:16,23
41:1,4,5,10
43:3,9,11,16
43:24 44:5
62:7,8,9,10,16
63:5,16 64:2,4
64:9 65:9,11
65:14,22 66:4
66:8 67:3,6,10
67:14,24 68:3
70:16,25 73:11
74:15,19 78:10
78:13 79:23
80:1,16,19,20
80:24 81:3,9
83:12 84:3,18
84:21,24 85:1
85:6,17,25
86:25 90:16,19
95:16 100:24
100:25 101:19
103:12,22
104:1,20,24
105:6 106:4,11
106:12,14
113:6 114:2,21
114:25 115:4
117:13,21
118:13 122:22

124:16,24
125:10,11,16
126:17 130:1
131:4 144:15
144:25 145:3
145:10,16
146:20 150:7
158:22 187:2
probably 19:20
22:3,12 24:18
60:2 76:25
77:12 79:9
85:3 118:24
178:11
problem 70:5
72:13 83:11
87:13 93:11
101:21 102:20
106:6 148:18
184:11
problematic
45:8
problems 70:10
79:4 150:22
155:16
procedure 48:24
63:7 66:21
68:9,23 70:15
70:19
procedures 17:7
35:7,11 38:18
45:16 47:1,4
47:15 49:7
51:16 65:24
68:4
proceed 62:16
63:10 70:1
82:8,19
proceeding
63:25 123:13
process 24:20
63:2,10 64:17
70:7 71:23
72:20 138:2
146:4 173:24

173:25 174:16
processed 120:3
produced 7:24
7:25 14:5
Production 8:7
professional
47:24 120:14
professionalism
45:14
professionals
181:22 182:1
program 166:8
166:12 167:8
167:12,23
170:9 171:7
176:14,19
Progress 61:16
progressed
16:20
progressively
107:14
prohibit 48:20
prohibited
48:13,14 49:6
49:20 51:8
135:24
prohibition
119:21
prohibitions
44:25 45:5
promote 33:21
promoted 19:1,2
19:6 52:17
promotion 28:9
prompt 38:22
40:7
proper 117:6
properly 137:23
170:25
property 94:23
prosecute 73:9
81:24 83:13,17
115:15 153:6
153:13
prosecuting

83:1
**prosecution**
47:6
**prosecutor** 72:3
72:25 73:6
77:22 78:16
80:21 81:2,13
81:13,14,16,17
81:19 82:13,23
83:10,15,21
84:6,11,14,21
85:3 87:14,18
87:20 115:20
188:13
**prosecutor's**
40:4 71:25
72:22 77:16,20
78:15 80:3,7
81:6,9 82:5,22
84:2,17 85:1
86:1,19,25
120:18,21
153:12
**prosecutors**
81:11,23 83:12
85:5,16 86:16
87:12,15
130:22 131:1,5
**protect** 46:7
98:14
**protected** 151:9
152:4
**protocol** 81:8,11
84:1 116:12
**prove** 71:7,8
74:24 83:4
**provide** 33:19
36:8 38:18,21
38:22 44:20
**provided** 45:15
95:2,7,22,24
103:1 104:5
123:25
**provision** 37:10
43:15 45:18

47:12,19 48:5
48:6 49:17
**provisions** 46:24
51:13
**psychologist**
182:7,7
**psychologists**
182:4
**public** 33:22
46:7 154:9
188:16 190:18
**pull** 17:15 91:3
96:13 104:22
105:2,3 135:12
136:3 163:5
**pulled** 100:2
**pulls** 105:19
**punishments**
47:13
**purporting** 18:5
167:22
**purpose** 29:2
36:6,8 38:17
44:19 81:23
**purposely**
176:13
**purposes** 7:16
75:16
**pursuant** 7:15
**pursue** 82:25
**pursuit** 181:6
**put** 7:3 14:23
21:18 23:4
45:19 67:20
71:12,13 74:21
75:3 101:5
107:17 114:17
123:8 127:9
163:21 164:24
172:1 175:21
**putting** 68:23

_____

**Q**

**qualifications**
166:7 167:11

**qualifier** 143:15
**quality** 36:22
135:3
**quess** 27:14
**question** 6:12,13
6:14,17,18,19
6:20,23,24 7:5
11:22 14:3,13
14:20 20:7,9
20:14 27:14
34:16 35:8
36:12 39:10
40:14,24 42:5
43:14,14 51:13
61:25 65:3,6,7
65:18 72:15,18
72:19 79:22
81:8 83:25
91:22 98:5
100:17 102:9
103:19,20,23
106:4,6 109:3
110:1 112:8
115:24 116:1,5
118:4 119:14
123:3 126:25
130:20 131:9
132:17 133:19
142:22,24
147:10 153:2
160:2,14,15,17
160:20 161:13
162:9 163:14
169:23,23
171:5 174:23
177:23 184:1
**questionable**
122:23
**questioned** 27:5
125:1
**questions** 5:23
5:23 7:10
23:20 31:20
63:4 85:17
107:4 109:10

109:12 111:3
125:5 145:25
185:8 186:8
188:7,23 189:3
**quick** 50:11
144:1
**quicker** 163:16
**quickly** 54:8
96:14 144:6
147:22 165:25
175:13
**quite** 20:19
57:17 77:13
113:23 130:19
**quote-unquote**
67:19

_____

**R**

**R** 190:1
**R-o-w-e** 182:17
**radar** 138:24
**radio** 69:13
**raise** 5:7 94:15
**raised** 81:21
**raises** 104:15
**rank** 4:7 32:10
33:15,15 92:1
92:2 94:18
**ranking** 34:13
47:2 59:4
116:4,8,9
**rate** 85:7 113:16
**re-** 47:6
**Re-Examinati...**
3:6 188:24
**re-instruction**
47:7
**reach** 117:10,19
118:11 131:9
131:12,22
144:23
**reached** 131:5
131:15 132:3
**read** 32:12,17
33:12 34:5,8

35:1 36:6,19
37:8 39:4
40:15,20 41:15
43:4,20 45:18
46:23 47:12
49:12,13,18,24
51:4,14 63:14
65:2 70:17
91:17,17,19,20
92:17 96:21
106:22 115:3
119:13,16
120:23 124:14
128:17 129:12
129:15 130:5
130:15 134:13
134:24 135:19
142:16 160:25
165:4,15,25
166:16 170:4
170:18 171:4,5
186:17
**readback** 20:1,5
65:5 72:18
**reading** 33:10
33:25 34:19
35:8 38:24
47:19 51:5
96:23 123:22
123:23,24
135:4,5,20
174:3
**reads** 77:22
**ready** 33:11
137:8
**real** 69:4 147:22
175:13 180:23
181:2
**realize** 19:22
67:1 153:7
**really** 20:19
57:23 59:21
69:2,12 87:14
87:16 96:13
123:18 144:6

166:16 185:25
186:6
**rear-view** 99:2,6
99:15
**reason** 28:2,2
97:25 104:20
106:17 123:18
128:11 138:25
146:23 158:1,2
**reason(s)** 37:7
**reasonable** 41:6
96:4,5,6,15,21
96:25 97:4
103:12,22
104:1,21,24
105:6,21 106:3
**reasons** 73:7,8
73:10,17 74:7
**reassigned**
135:2,6 137:12
137:24 146:5
151:12,23
**reassignment**
138:2 146:2
**Rebecca** 22:20
24:7 26:21
28:7
**recall** 11:14,18
11:20,23 12:18
15:9,10,14,17
15:18 16:6
20:19 22:3
52:24 53:15
54:10 88:16,17
88:20,23,25
108:20 117:24
121:15 122:19
124:7 127:14
128:13 130:2
143:16,17
168:14
**receive** 10:23
28:9,18 128:1
171:24 179:11
184:23

**received** 113:23
117:22 161:14
161:21,25
162:13 170:23
186:4
**reception** 79:9
**recess** 50:19
64:25 129:6
144:7 175:15
185:9
**recognized** 92:2
**recollection**
76:23 88:10
90:22 108:9,10
125:6 152:20
**recommended**
77:2,3,5
**reconcile** 63:14
74:14,19
**reconnected**
19:24
**reconvene** 64:23
129:4 144:4
**record** 5:18 6:4
6:9 7:4,14
14:23 17:25
20:2,6 23:19
25:16,18 50:20
64:19 65:1
66:10 77:12
79:4 90:3
110:25 123:11
127:11 128:3
129:7 135:13
144:6,8 163:25
170:25 174:18
175:19 185:10
190:6
**recorded** 73:13
**recording** 69:11
**records** 88:12
88:13 126:12
126:13,14
**recourse** 121:24
132:2

**red** 104:15
**redacted** 167:24
**reduce** 33:22
38:12
**reference** 48:25
181:5
**referenced**
131:2
**references** 63:13
**referencing** 8:2
55:11
**referring** 104:4
155:9
**reflect** 7:14
73:12
**reflects** 45:13
46:11
**Refused** 115:15
**regard** 72:1,24
85:23
**regarding** 15:6
20:9 113:21
115:4 116:24
121:3 125:7
127:13 128:1
130:9 135:13
138:1,10,18
142:9 143:8
144:23 146:16
147:24 158:21
159:10 160:17
167:6,7 172:25
181:22 182:1
**regardless** 67:16
155:19
**regards** 25:24
48:5 89:11
94:19 128:7
131:3 137:6
142:25 160:15
181:20
**registered** 71:6
**regular** 76:7
81:15 85:9
93:4 102:16

**regulate** 184:22
**regulations** 17:5
27:3 35:6,11
47:1,4,14
63:15 65:24
68:15 115:4,5
116:16 124:15
125:17,20
137:21
**reign** 77:15
**reinstated**
176:14
**reiterated** 28:5
**reiterating**
153:5
**related** 12:8
58:21 77:24
81:20 109:12
130:13 184:19
**relates** 95:24
106:16 134:23
**relating** 29:20
29:22
**relation** 121:6
**relationship**
132:13 134:19
149:5 164:20
183:9,14
184:16
**release** 62:16
63:10 64:7,7
67:14 70:19
71:1,12,20
75:6 83:20
99:18,21 100:5
113:2,7 122:21
123:15 126:18
128:9 150:12
**released** 37:5
43:13 68:1
72:1,4,23 73:2
73:6,21 90:15
90:18
**releases** 150:6
**releasing** 113:5

**relevant** 166:17
**relief** 117:6
176:3,4 188:8
**relieve** 142:7
**relieved** 137:10
**relocate** 177:17
**reluctance** 73:8
**rely** 70:15
**relying** 7:21
**remain** 28:7
**remained**
157:19 163:1,2
**remember**
56:12 74:8
98:25 99:3
112:4 120:2
131:3 140:24
141:12,24
150:20 158:23
162:22
**remove** 99:19
**removed** 136:15
157:19
**rep** 138:13,16
138:17,18
**repeat** 6:19
23:19 53:7
114:18
**repercussions**
39:7
**rephrase** 6:19
12:17 14:25
49:4 81:21
82:9 89:12
105:17,18
152:15
**replace** 29:11
**report** 19:11
22:18,19 36:25
37:5,6 39:22
48:2,7 49:15
49:19 50:1,7
55:8,9,24,25
56:3,23 57:6
57:15,22,25

58:1 59:18
60:1,14,16
61:11 64:1,3
65:8,9,13
73:15 93:25
111:13 115:7
116:19 162:24
**reported** 15:11
19:14 24:7
54:10 111:14
125:21,25
152:22
**Reporter** 2:9 5:7
6:2 20:1,5
22:21 23:23
25:3,6 33:2
53:20 64:18
65:2,4,5 69:1
69:10,16,21,24
70:2,3 72:9,14
72:17 75:1
79:1,18,20
85:10 113:19
126:24 127:4
156:8 159:21
160:2 163:11
164:2 171:21
173:5
**reporting**
125:19
**reports** 36:22,23
52:10 57:16
60:2 73:13
188:11
**represent** 139:3
**representation**
136:1
**representative**
28:23
**represented**
12:11
**reprimand** 47:9
**reputation** 46:4
**request** 8:7 40:2
140:16 141:21

176:15 178:25
179:1 184:4
**requested** 7:19
83:22
**requesting**
176:3
**require** 62:2,2
87:17,19
**required** 17:4
44:5 80:2
125:19
**requirement**
37:23
**requirements**
45:4
**rescinded**
143:12 152:19
162:20
**reset** 78:23
**reside** 183:3
**resist** 42:1,2
**resolve** 58:9
**resolved** 58:13
58:13,14
**respect** 150:19
**respectfully**
108:2 160:21
**respond** 61:8
92:22
**response** 8:6
27:20 108:14
114:2,25
140:22
**responses** 6:5
113:22
**responsibilities**
33:14 34:14
35:4 45:11
46:22 128:15
153:23
**responsibility**
86:3,4 142:12
156:24
**responsible**
32:23 34:18,24

61:9 66:11
**restrains** 41:21
**restraint** 41:16
41:18
**resubmit** 82:17
**result** 13:4
28:16 47:8
106:13 113:1
115:11 119:22
122:23 123:13
157:18 171:25
176:6,8,9
177:6 180:13
**results** 27:17
71:25 72:23
136:11
**retaliate** 151:10
151:11 152:21
153:21 154:11
**retaliated**
136:16 151:7
**retaliating**
121:23 154:4
155:10
**retaliation**
151:16,17,20
152:10 176:8,9
176:10
**retire** 170:10
**retired** 12:24
30:10 55:4
163:3 173:10
176:14 184:8
184:10 185:2
185:19 186:4,5
186:7
**retirement**
151:4 163:4
166:5,25 169:4
169:25 170:7
170:16,17
173:9 174:8,24
175:1,4
**review** 38:21,23
39:19,24 40:7

43:8,23 61:3
62:6 67:6
70:21,23,23,23
73:18 82:18
88:2 91:8,23
150:8 168:22
**reviewed** 14:5
61:22 62:9
67:3,9,18
68:18 70:18
104:5,8 158:19
**reviewing** 43:4
43:10 62:7
158:23
**revoke** 171:9
**revoked** 113:7
**rid** 138:25
**right** 5:7 10:11
12:21 20:12
23:3,5,18
31:12,14,21
32:15 34:15
42:1,2,3 44:1
50:17 53:17,21
53:22 56:21
58:25 59:12
64:1,22 65:7
72:11 79:10,11
79:13,17 80:5
94:10,11 99:21
101:17 114:7
117:24 119:12
119:17 121:25
123:12 128:5
128:21 132:22
133:1 135:4
136:24,24,25
139:12 146:19
152:9 153:2
155:19 156:22
160:23 169:22
173:2,2 179:8
180:23 183:12
183:24 185:25
186:1

**rights** 27:6,8,12
70:22 154:7
187:2
**Road** 29:24
**role** 29:7 51:23
53:2 54:25
60:25 64:18
82:23
**room** 69:17
147:21
**roster** 60:20,22
**Rowe** 182:17,18
183:12
**Rudy** 19:13,13
**rule** 48:24 49:3
50:2,8 156:5
**rules** 5:21 7:17
27:3 35:6,10
46:12 51:6
65:24 68:15
**rumors** 126:7
135:7,8 151:12
152:6,7,8
**run** 27:1 59:15
59:15,17 62:3
75:8 76:19
172:8
**running** 110:10
110:12
**runs** 92:23
**RUSSELL** 1:19

―――――――――

**S**

**safe** 173:7,9
176:22
**safety** 33:22
**sake** 36:6
**salary** 10:15,16
10:17 11:8
178:9
**sanction** 115:7
**sanctions** 41:23
42:11
**Sandy** 9:6
**saw** 107:20

108:17 111:15
111:16 112:9
159:1
**saying** 53:20
  67:22 74:21
  80:18,18,23,24
  80:25 95:5,6,8
  95:9 102:25
  103:16,24
  107:21 111:24
  111:25 118:3
  118:14 119:15
  124:11 153:19
  155:24 179:4
**says** 21:11,14
  22:14 29:25
  30:2 33:13
  34:23 35:2
  36:7,20 38:17
  40:20,25 41:5
  41:15 42:9
  43:5 44:19
  46:24 49:25
  66:20,20 73:17
  74:3,17 129:17
  135:17 140:5
  140:12 142:4
  148:23 151:5
  154:1 155:15
  165:5,16 167:7
  167:10 169:20
  169:20 170:5,6
  170:14 174:2
**schedule** 11:2
**school** 8:17
  179:15
**scientific** 108:15
**scope** 40:21
**screen** 17:22
  31:24 32:2
  35:17 37:12
  38:5 44:9
  50:21,25 51:12
  96:15 101:4
  123:25 129:8

129:13,14
135:13 161:1
163:21 173:17
175:20 176:1
177:2
**screens** 35:19
**scroll** 18:7,8
  34:3,6,7 161:8
**search** 81:16
  101:15 103:6
  105:7 119:22
**searched** 106:5
**searches** 94:22
  119:20 142:10
**seatbelts** 95:8
**sec** 19:17 186:17
**second** 17:10
  19:17 22:25
  34:15 49:13
  81:7 85:10
  170:1 182:17
  183:24
**secondhand**
  141:22 157:23
  157:24 158:3,4
**section** 18:16
  157:20 166:13
  170:5
**see** 17:23 18:9
  24:18 27:2
  32:6,16,24
  33:6 36:2,3
  38:12 44:14,15
  50:25 51:3
  64:2 65:8 67:6
  69:9,12 71:12
  73:19,24 90:2
  96:14,17 98:24
  102:6,15
  111:22 116:15
  124:6 135:15
  135:17 140:10
  159:2 161:7
  163:10,14,14
  163:15 168:19

168:21 169:5
173:17 175:25
177:3 179:18
185:7
**seeing** 110:11
**seek** 81:25 84:6
  157:8 166:13
  177:17 180:16
**seeking** 83:3
**seeks** 83:6
**seen** 30:20
**segregate**
  126:21 127:1
**segregated**
  126:23
**seizure** 40:21
**seizures** 94:22
  119:20,22
  142:10
**selected** 169:24
  170:4
**self-medicated**
  182:3
**sell** 180:24
**send** 22:16
  25:12 30:20
  77:17,19 82:13
  82:14 86:1
  120:21 121:3
  121:11,13,24
  124:4 184:3,4
**sending** 121:16
**senior** 10:6
  34:13 91:25,25
  92:2,7 127:23
**seniority** 93:18
**sense** 80:13
  109:22 111:10
  171:9
**sent** 24:14 28:1
  30:22,24,25
  77:15 117:22
  117:25 119:5
  121:12 155:20
  158:20 173:4

**sentence** 33:12
**separate** 47:19
  56:12,13 60:6
  60:22 175:7
**separated** 93:17
  172:3 184:8,9
**separately** 48:22
**sergeant** 19:3,6
  19:8 20:11,23
  20:25 26:11,12
  29:10,16,25
  31:23 34:1,9
  34:10,13,13,17
  34:24 35:3
  36:12 37:9,15
  51:19 60:24
  61:20 63:9
  64:18 67:7,8
  67:11,17 90:7
  91:25,25 92:2
  92:7,9 93:23
  94:7 113:20,21
  113:24 114:4,6
  114:8,12,20
  115:13,14
  120:15 123:7
  124:19,19
  125:2 127:23
  150:20 152:24
  153:5 157:16
  157:19 178:6,7
**sergeants** 25:19
  68:20 92:4,8
  92:11 93:21
  111:18 112:10
  112:11 121:9
  122:17 123:17
  163:20 164:14
  165:2
**serious** 39:6
  45:8 92:22,23
  92:24 124:15
**serve** 45:3
**serves** 65:14
**service** 93:1

170:7
**set** 16:14,15
  17:11 35:5
  93:20 127:5
  129:14 176:13
**sets** 109:24
**Severy** 1:7 15:20
  16:10 55:12,14
  55:20,24,24,25
  57:5,6 58:5,7
  58:10,14,22
  59:3 60:3
  85:20 94:5,9
  94:12 110:21
  116:18,19,20
  116:20 118:21
  118:24 119:6
  135:1 136:4,17
  137:10 139:13
  139:17 142:6
  142:13 143:1
  143:10,22
  145:14 146:9
  151:6,10,15,19
  151:23 152:10
  156:11,14
  161:21 162:5
  162:21
**Sevick** 59:19,23
  59:24,25 60:1
  60:2 137:24
  146:9
**shade** 69:3
**Shanda** 76:24
  109:16
**share** 17:22 32:2
  36:1 38:1,5
  50:18,21,25
  96:15 101:4
  161:6 175:21
  177:1
**sharing** 31:24
  35:17 37:12
  44:8 51:12
  129:8 135:13

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 219

163:6 168:18
168:18 175:20
she's 21:22
  54:20 59:2
  131:21 145:1
  148:20,21
  150:11 169:4
  182:21,25
sheet 3:13 18:6
  21:11,14 29:5
  29:23 30:16
shift 157:25
  158:2
shooting 76:8,17
  76:22 81:14
  87:19
shootings 61:9
  76:9,18 78:5
  81:12 87:16
Short 39:5
shortly 55:16
  110:23 143:11
  158:20
show 31:7 51:22
  54:24 64:14
  93:12
showed 51:23
  52:9,9 54:14
shown 75:12
shows 30:16
sic 86:6 163:14
side 56:22 69:8
sides 150:19
sidewalk 95:2,7
  95:21,22,23
  97:20 98:18
  100:16 103:1
sign 77:16,18,23
  77:24 78:12,14
  79:2 80:1,15
  87:22,24 88:2
  88:3,4,5,6
  127:7 153:6
  173:8
signal 23:13,24

signature
  168:25 171:6
signed 77:19,21
  78:9 79:22
  81:17 120:7,10
  120:13 167:23
  167:23 169:2,3
  169:6 170:9
  171:6,10,12,14
  171:15 173:10
  173:12 184:25
  185:1,15
signing 80:10,12
  168:14 171:3
  173:21,25
silence 154:5
similar 56:8,9
  76:19 93:20
  107:6 140:19
simply 73:6
sir 6:1 7:1 8:12
  8:24 9:11,13
  9:15,17 10:4
  10:24 11:12
  12:23 13:23
  15:22 17:6,18
  18:4 24:8
  25:14 32:8
  33:7,9,11
  34:22 44:7
  45:23 48:10
  54:18 66:1,18
  79:16 80:11
  88:23 91:9,16
  92:19 96:16,18
  97:8 99:8,10
  102:21 104:8
  104:23 105:5
  106:23 112:7
  113:10 114:18
  119:3,24
  122:15 123:24
  124:6 127:25
  128:4,19,23
  129:16 130:3

131:11,14
134:14,25
135:9,11 136:2
136:22 137:5
139:5 140:22
141:24 154:14
155:6,14 159:7
159:11,16
162:4,25
164:18,22
165:24 166:23
167:16 168:21
169:7,12,19,25
172:18 173:18
174:22 176:2
178:5 180:11
180:22 184:17
185:5 187:5
sister 76:3
sit 62:15 96:10
  104:9 108:22
  133:16,19,23
  137:8
sit- 118:23
sit-down 118:21
  118:23 137:2
  162:5
sitting 108:1
  119:6 147:20
situation 6:6
  58:3 93:7
  101:9 182:5
six 55:17 112:2
  112:2 129:5
Sixty-one 8:15
size 91:7
sjchacko@per...
  1:23
sketchy 80:4
  83:16
skill 149:18,18
skip 35:1
Sklar 1:16,16
  3:5 7:24 8:4,6
  12:13 13:17,21

13:24 14:16
17:24 19:17,20
19:23 20:3,7
20:12 22:22
23:8,10,15,17
23:21 24:2
26:1,15 27:19
28:11,19 31:14
31:18 33:4
34:20 35:12
38:10 42:15,22
43:18 44:1
45:22 46:18
47:16 48:9
49:8 50:13,16
53:24 57:1
64:10,13,23
69:5,15 72:10
72:11,16 78:25
79:6,11 82:2
87:2 89:5,8
90:20,23 97:6
98:7 101:11
102:8 103:14
104:3 105:10
106:1 119:8,14
119:17 121:18
122:7,9,12
128:24 129:4,9
142:17,20,23
143:5 144:3
145:4,21
147:10,14
149:7 152:12
154:20 155:2,7
155:12 157:3
159:18,22
161:1,4 162:10
163:12,22
164:3,9 165:3
165:8,12
171:21,22
173:23 174:12
175:11,18
180:25 182:11

186:10,15
188:21
slip 67:19 68:24
slow 78:22
small 51:8
  168:20 177:2
smaller 33:3
smart 148:20
smelled 95:25
  103:2
Smith 2:2 3:4,6
  5:16 7:14,18
  7:22 8:1,5,8,9
  12:15,16 13:25
  14:20,22 17:21
  17:25 18:2
  19:19,22,25
  20:5,9,13,14
  22:21,24 23:1
  23:6,9,12,16
  23:18,25 24:4
  25:7 26:4,20
  28:16,23 31:13
  31:16,21,22
  32:6,24 33:5,6
  34:23 35:15,17
  36:1 38:1,5,7
  38:12 42:21
  43:2,20 44:3
  44:13 45:25
  46:21 47:19
  48:12 49:12
  50:10,14,17,21
  54:1 57:5
  64:11,15,24
  65:2,12 69:6
  70:1,5,6 72:13
  73:3 75:15
  79:14,18,21
  82:9 85:13
  87:6 89:6,12
  90:22 91:3,7
  91:10 97:9
  98:8 101:23
  103:19 104:19

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 220

105:17 106:7
106:10 110:24
111:1 114:4
119:12,15,19
122:6,8,10,13
127:3,12 129:2
129:8,10,11
142:19,21,24
143:14 144:1,5
144:9 145:8
147:11 149:12
152:15,16
155:8 156:2,13
157:6 159:25
160:5,6 161:2
161:5,7 162:15
163:5,17,25
164:5,11,12,23
165:4,7,10,14
165:15 167:21
171:23 173:16
174:2,18
175:12,16,20
181:4 182:14
184:3,5 185:6
185:11,12
186:8,13
188:22,25
189:3
smithand@de...
  2:8
so-to-speak
  73:14 103:9
  115:11
Social 167:25
solely 64:4 65:11
solemnly 5:8
somebody 54:9
  63:21,23 66:10
  71:2 98:15
  105:15 122:6
  122:10 153:9
  162:16,17,19
  163:8
somewhat 80:20

81:19 97:18
132:15 149:4
son 149:25
  187:18
sons 149:16
soon 139:6,16
sorry 8:12 11:21
  21:9 25:4,5,13
  31:14 33:5
  35:15 48:13
  53:19 72:11
  75:1 77:6
  78:23 82:10
  85:13,20 87:6
  89:6 93:14
  102:21,21
  110:22,24
  112:12 115:24
  132:10,17
  138:12 147:7
  147:10 149:22
  156:7 161:3
  169:15 176:23
  177:1,4
sort 7:20 81:6
  89:18,20 103:9
  116:1 178:13
SOS 157:19
SOU 93:3,20,25
  94:6,6,16,20
  103:24 112:10
  113:13,14
  156:15,25
  157:19 158:10
sought 40:11
sound 78:22
  94:10 165:10
  165:11
sounds 6:7,16
  58:25 70:6
  79:4 101:5,8
  101:23 123:4
  124:8
SOUTHERN
  1:2

Southfield
  180:19,21
span 27:9 94:16
  94:18 116:3,7
  116:8,11
speak 15:8 16:4
  26:18 84:20,21
  85:6 86:21
  119:1 122:5
  129:20 138:9
  140:2 154:8,12
  158:14 181:3
  182:4 183:5
  188:15
speaking 28:25
  86:20 87:9
  94:2,24 142:14
  151:21 156:9
  157:17 188:18
speaks 80:14
  155:13
special 92:20
  93:4,16 111:18
  113:13 114:15
  126:5 157:20
specialized 21:1
  92:21,25 103:5
specific 34:11
  45:15 56:6
  59:16 61:24
specifically 34:1
  48:14 58:21
  76:14 125:5
specificity 44:20
specified 165:20
specify 45:9
speculate 5:25
  42:24,25 43:1
  82:4 88:12
  109:11 148:6
speculating
  29:10
speculation
  42:23
speech 187:13

speed 100:3,6
speeding 100:9
  100:14 105:4
spell 53:8
  113:18 182:14
spelled 183:25
spent 20:22
spikes 107:1
spoke 70:15
  84:25 85:8
  111:18,20,21
  113:14,21,22
  113:23 114:4
  115:10,11
  116:20 118:14
  118:19,20,20
  118:25 120:16
  121:1,10 122:2
  126:3 129:17
  129:18 130:11
  130:13 132:21
  137:24 138:17
  138:18 143:3
  145:3,15 152:1
  157:21 159:2
  172:24 182:8
  183:8 188:15
spoken 15:5,8
  124:18 141:10
spreading 126:7
  135:7,8 152:8
Springs 9:6
squad 76:22
stacking 141:4
stamped 18:1
stand 88:1
standards 44:21
  46:12 49:24
  50:6 51:2,2,3
  86:14 137:21
Starks 52:20,21
  52:22 53:2
  54:19,19,21,22
  76:24 108:25
  109:2,4,6,10

109:16,19,21
110:3,14
start 171:24
  177:3 180:5
started 108:7
  110:17 113:5
  152:23 169:17
  172:23
starting 78:21
starts 34:4
stat 153:16
state 5:18 8:19
  9:4 40:15
  158:5 190:2
stated 140:17
statement 25:14
  42:19 44:23
  62:4,23 150:13
  171:4
states 1:1 154:11
station 18:16
statistical 128:2
stats 103:7
status 38:9
  64:20
stay 26:4 53:2
  117:9 164:4
  165:9
stayed 151:2
step 22:25
  110:25 132:10
  169:8 176:24
STEPHEN 1:20
stepping 23:2
Steven 59:25
Stewart 54:7,8
  54:10,14,16
  55:25 56:3
  58:8,15 85:21
  94:10 117:1
  127:13 132:16
  134:7 137:21
  138:4 141:18
  143:13,19,22
  144:11,15,24

145:9,13,23
157:18
**stick** 111:12
**stint** 21:13
**stocks** 178:12
179:3,7,12
**stop** 31:24 34:15
35:17 37:12
40:22 44:8
50:17 51:12
74:25 78:19
95:10,12 96:25
101:20 103:22
104:1,1,2,4,6
104:20,21,25
106:3,11,12,13
106:15 130:19
163:6 168:18
175:20
**stopped** 23:23
95:13,17
106:18 111:24
162:16,17
176:11
**stopping** 95:14
**stops** 94:21
101:8,14 103:3
103:4,11,16,24
103:25 114:20
115:8 117:13
117:21 118:12
124:24
**strange** 157:12
**stray** 97:24
**street** 9:1,3,4
95:2,6,22,23
97:20,23 98:1
98:12,14
100:16 103:1
**streets** 12:7
**stress** 188:4,5
**strictly** 70:15
**strike** 155:23
**strive** 36:21
**strong** 95:25

103:2 149:4
**structure** 4:7
32:10,18 33:15
56:21 57:19
59:1
**subject** 7:23
24:19 26:24
27:10 41:22
42:10 47:5
48:4 105:7
106:5 115:6
148:2,3 165:20
**submit** 75:7,11
76:24 78:16
80:6,7 81:3,5
82:6,13 83:19
84:11
**submitted** 40:3
73:5,16 75:15
77:22 80:4
**submitting** 72:6
72:6 84:12
**subordinate**
116:13
**subordinates**
33:17
**subsection** 35:2
35:8 41:4
49:14,23,25
50:5 51:7
135:19 165:5
165:22 174:3
**substantial**
154:8
**substantially**
180:2
**success** 164:6
**successfully**
16:20
**sudden** 107:2
**sued** 12:1,1,10
**suffer** 150:15
**suffered** 176:12
177:7 180:12
181:13,21,23

**suit** 108:3
**Suite** 1:17,21
2:5
**summer** 12:24
**summon** 60:17
**Summons** 3:11
17:17 91:4
**sunny** 79:13
**superior** 35:5
**supervise** 52:1,2
52:5 61:5,25
**supervision** 4:5
27:9 36:5,11
60:24 86:24
**supervisor** 29:8
36:13,25 37:3
37:5,10 39:19
43:11,16 44:4
48:3 51:25
65:18,21 67:12
70:13 85:12,14
86:6 112:13
116:4,8,10,13
116:15,15,17
149:17
**supervisors**
20:10 29:17,21
33:16,17 36:9
36:18,21,23
67:3 70:11,17
**supervisory**
38:21 45:17
149:17,18
**supplement**
168:4
**supported** 40:23
41:1
**supposedly**
152:8
**sure** 5:21 6:8
10:11 12:21
13:10 20:17,21
31:11 32:25
42:25 52:23
53:15 55:1,16

57:7 58:2
59:20,25 65:4
67:21 68:22
75:18 78:17
83:2,6 85:13
86:12 87:4
88:14 91:1
106:2 107:18
119:4 128:5
129:20 139:18
140:22 141:2,4
147:16 148:9
149:13 176:16
177:18 186:13
**surgeries** 184:16
**surgery** 184:19
**surprised** 133:8
**suspect** 96:6
115:21 153:10
153:11
**suspected**
119:19 120:5
**suspension** 47:9
96:15
**suspicion** 96:4,5
96:6,21 97:4
103:13,22
104:1,21,25
105:7,21 106:3
**suspicious**
102:19
**sustained** 182:2
**swear** 5:8
**sworn** 5:12
16:21,24 17:3
47:13 48:6
49:18 97:3
190:12
**system** 18:3
82:24 126:20
141:15 151:12
152:18 166:5
167:1 169:25
170:18,23
174:24 175:4

**Systems** 169:4

---

**T**

**T** 190:1,1
**TABLE** 3:1 4:1
**tactics** 94:21,24
101:7
**tail** 104:22 105:2
**take** 9:9 18:11
31:22 49:16
58:5,8 81:23
84:1 96:7
128:24,25
129:2 134:9
144:1,14,17
164:23 166:19
184:15,20
186:16
**takeaway** 149:5
**taken** 1:12 5:2
7:15 27:24
47:3 50:19
64:25 113:12
129:6 144:7
146:17,18,22
175:15 185:9
190:7
**takes** 111:8
**talk** 11:15 13:18
13:21 17:13,14
24:19 31:22
51:22 52:8
58:11 60:25
62:13 80:3
84:17 86:4,10
86:10 87:16,17
87:19 94:12,13
100:7 116:21
117:24 118:18
119:7 120:19
121:24 131:8
132:8 160:12
163:4 172:23
183:10
**talked** 25:10

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 222

62:12 87:15,22
100:15 113:17
113:20 114:14
117:23 141:9
159:11 183:17
**talking** 23:21
24:5 71:20
74:4 87:14
89:14 90:4
94:2 98:1
105:23 108:5
110:7 112:7
118:6 121:22
133:20 144:20
149:14 152:7
158:1 177:3,4
**talks** 18:13
37:13 39:4
40:19 43:3,4
67:25 165:22
181:12
**Tamara** 2:9
164:3 190:17
**Tammy** 69:9
110:24
**teach** 93:12
**team** 76:8,17
89:17
**tear** 53:8
**technical** 32:25
78:20
**teletype** 155:20
**tell** 5:8 11:23
20:21 25:2
26:17 30:3
31:11 57:20
64:13 68:20
73:4 75:17,17
76:14,25 78:16
80:22 81:2,2
83:18 86:15
88:12,14 89:21
89:22 91:1
95:1 99:17,18
100:9 104:9,10

104:12 108:22
109:1,20,23
110:6,13,14
112:13,19,21
112:22,23
116:10 117:11
119:10 120:19
122:18,19
124:23,25
127:19 131:1
131:25 132:18
135:2 137:1,6
140:23 142:1
143:9,15,16
145:1,19,20,22
145:23 151:10
156:21 158:12
158:13 182:24
184:10 190:12
**telling** 80:14
125:13 126:6,8
184:11
**temper** 47:23
**ten** 22:9 50:13
50:14,16 52:6
107:4 166:8
167:12,15
168:5,7,10
171:16,18,20
172:5,8,9
**term** 5:3 37:15
37:16 81:25
92:13 102:17
149:10 190:9
**terminology**
77:7
**terms** 165:17
**Terry** 40:22
**testified** 5:14
121:6 144:15
145:12
**testify** 5:12
**testifying** 119:5
**testimony** 5:5
55:18 109:18

109:24 128:20
141:7,16,19
152:13,13
190:7,10
**text** 7:20 8:2
117:25 118:25
119:5 121:12
121:16,24
124:4 140:2,4
140:8,10,17,19
140:21 141:1,3
141:6,8
**textbook** 96:10
**thank** 5:17 25:6
31:21 69:24
70:3 72:16
79:20 111:5
127:4 130:22
153:24 158:5
160:11,24
189:3
**thanks** 31:6
165:8
**that's** 9:9 12:11
12:24 14:13
19:4 21:11,19
23:24 24:8
25:21 30:5,9,9
31:4,5,11
37:17 42:14
43:19 44:3
46:23 50:24
51:7 53:22,22
53:24 56:7
63:23 66:1,1,7
66:13,24,25
67:18 68:18,18
69:16 72:5
73:18 74:9,9
74:10,11 78:12
79:3 80:18,21
83:14 84:9
85:15 86:4
87:16,25 92:24
96:11 98:14

100:7 101:13
101:21,22
102:5,19 103:7
103:19 104:16
106:6 107:7
109:25 111:9
111:21 114:9
115:5,22 116:5
119:25 120:14
121:25 123:19
125:13 126:3,7
127:10 128:15
129:20 130:8,8
130:10,11
132:17,24
135:10 136:22
141:6,14
146:21 153:11
153:13 155:3
156:5,23
159:20 160:22
162:14 165:12
166:16 167:3
169:11,14,17
169:17 170:11
172:7,21 175:1
177:21 179:20
182:11 184:20
184:25
**theirs** 86:3
94:14
**there's** 7:4
43:16 74:6
89:15 97:13,15
104:24 106:3,4
106:10,12
137:15 167:24
177:2 185:7
**they'll** 83:19,19
83:20
**they're** 59:15
60:18,19,20,21
66:16 77:23
82:6,8 97:25
100:20 103:7,8

103:8,18 107:1
117:13,20
118:12 126:23
149:1 185:23
**thing** 24:6 30:5
71:11 86:3,18
107:7 114:13
116:20 120:14
136:9 164:5
**things** 7:20 30:8
61:21 62:5
67:19 68:22,24
70:11,13,14
76:4 95:18
100:25 101:20
101:21 107:22
109:3,5,8
112:25 137:13
141:3 145:25
146:13,21,21
148:21,22
157:15 163:15
177:18 178:12
183:9 185:23
185:24
**think** 12:24 13:3
14:20 15:12
20:9 24:4,6,25
30:8 37:16
42:18 50:11,22
54:8 59:5
63:19 68:12
69:6,9,24
77:10 84:23
85:11,25 100:7
104:4 106:6
110:9 126:12
129:9 130:12
141:17 143:12
143:18,19
148:24 152:3
154:23 156:22
159:21 160:18
161:1 166:16
169:25 171:20

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 223

176:9 188:8
**thinks** 157:9,10
**third** 33:12 67:5
**Thomas** 19:13
19:13
**thought** 98:19
114:18 122:10
131:23 148:7
152:4 162:11
175:9,10
188:11
**thousand** 10:19
178:8
**threatening**
146:12 147:1
**three** 35:19 71:3
71:4 74:23
75:4 107:2,3
**ticket** 95:16,18
98:24 99:5,11
99:14,20 100:5
100:10,14,18
100:22 101:1
**ticketable** 98:11
101:18
**tickets** 100:12
100:20
**Tiffany** 54:7,8
54:10 85:20
132:16 141:17
143:13
**time** 10:10 11:18
11:24 12:22
16:6 20:20,23
21:17 24:5,16
27:23 30:18,22
31:22 38:8
39:17 41:17
43:10,25 51:18
52:21 53:7
55:1 57:7
58:10 59:3,5
59:19 64:11
67:1 81:1 83:4
83:6,9 86:15

86:20 90:11
96:25 108:11
108:15,24
109:18,21,25
110:2 111:10
118:25 119:10
125:1 126:2
130:18 131:19
131:22 136:13
137:2 138:22
139:19 141:25
143:19 148:22
150:2 152:1
154:2 162:11
168:5 169:16
170:10,24
171:11,12,14
171:15 172:7
179:14 181:9
183:14 186:9
189:4
**time-wise**
107:13
**timeframe**
88:16,20 89:13
89:13,16 108:4
108:16,18
111:8
**timeframes**
109:16
**timeline** 16:8
119:4 144:22
**times** 11:13,23
12:6,7 36:6
47:22 92:25
95:13
**timespan** 107:10
107:11
**timestamped**
139:24
**tint** 97:14,15
**tinted** 95:3,5,17
95:18,20 97:10
97:17 100:16
105:19,20

**today** 7:21 13:15
91:23
**TODD** 1:19
**told** 16:5 21:19
25:10,11,15
27:25 29:1,1,3
66:22 68:5,7
80:6 83:25
84:4 87:22,24
87:25 88:1
113:1 114:19
115:12 116:20
120:17,20,21
121:14 122:24
123:4,14
124:13,18,22
124:25 125:1,2
125:3 126:3,10
128:8 132:1,1
133:2,6 135:5
136:18,20,22
136:25 137:11
137:12,13
138:17,19
139:11 140:13
141:20 142:13
143:1,7,9,22
145:13 147:3,4
147:12 150:9,9
150:10,11
152:2,24 153:1
153:4,22 156:6
157:14 158:3
162:14,21
172:25 173:7
176:21 177:8
**tone** 23:24
**tool** 115:22
153:8
**top** 18:11 60:13
**total** 93:18
**totality** 70:24
**totally** 74:3
141:15 172:3
**touch** 62:14

**touched** 179:15
**tour** 137:9
**tperkins@per...**
1:22
**Tracking** 40:9
40:11
**traffic** 94:21
100:11 101:8
103:25
**training** 47:7
156:19 161:14
161:17,20,24
**transcript** 1:12
6:3 190:5
**transfer** 21:18
24:9,10 28:24
29:9 137:23
138:1 140:7,9
140:16 141:15
141:21,22
143:12 146:2
**transferred** 21:3
21:19 28:21
31:2 137:11
**transferring**
24:11 142:14
**transfers** 140:14
**transitioned**
52:15
**transplant**
184:12,13
**treat** 181:21,25
184:5,7
**treated** 183:5,8
183:15
**treatment** 45:4
**treats** 184:7
**tree** 99:6,15
**trees** 99:1
**trial** 39:9
**tried** 53:9
115:23 116:21
131:7 151:3
**trouble** 10:2
120:16 164:6

**true** 72:5 88:1
133:15 148:11
190:6
**trust** 131:24
132:20 134:9
138:23 139:2
149:20 151:2
**truth** 5:8,8,9,13
5:13,13 190:13
190:13,13
**truthful** 47:21
**truthfully** 155:3
**try** 58:10 69:14
69:21 75:18
86:11 103:17
131:6 153:13
164:3,10
**trying** 13:9 57:8
57:10 60:8
61:23 74:13
83:16 84:6,7,9
84:9 87:12
98:10 108:16
110:19 111:3,5
111:9 114:3,9
114:10 115:1
125:3,17
132:18 138:25
145:8 149:12
150:23 153:20
179:18 185:24
**Tucker** 27:24
**turn** 69:20
159:25 165:10
**turnover** 85:7
113:16
**twelve** 39:25
40:12
**Twenty-four**
189:2
**two** 46:24 60:9
67:2 70:17
85:8 88:9,24
89:15 93:16,18
110:4,5 133:18

159:1 160:3
181:8 184:14
**type** 8:23 10:25
68:23 71:23
72:21 76:10
107:7 149:17
150:24
**types** 93:9
**typical** 137:14
**typically** 26:10
26:13 71:22
72:19 93:3
179:11
**typing** 89:24

___

**U**

**UF-** 40:11
**UF-001** 39:24
**UF-004/007**
40:9
**ultimately** 77:14
89:17 162:9
**unappealing**
159:23
**unaware** 140:7
140:9
**unconstitutio...**
187:11,23
188:11
**understand** 5:25
6:9,17,20,25
7:10 16:8,25
22:14 27:14
37:15 44:25
51:14,17 55:23
57:8,10 60:9
64:1,17 65:7
66:2,17 74:11
80:9 82:22,23
95:20 96:4
97:21 98:4
102:9,11
107:22 108:6
112:8 124:13
125:17,25

149:14,15
156:19 168:3,9
170:19,22,24
171:4 183:12
185:23
**understanding**
3:21 34:21
37:22 67:21
85:15 98:4
108:16 128:23
141:23 146:8
157:13 164:25
167:3 171:14
172:4
**understood** 6:24
12:15 17:3
82:20 118:1,3
136:17 171:6
**undertake** 39:6
**uniform** 33:19
**unintelligible**
5:6 190:10
**union** 25:7,9,17
25:18 28:23
138:13,16,17
138:18 139:2
**union's** 164:20
**unit** 21:1,3,3,6
21:12,20 22:4
22:17,18 24:6
24:9,10,14
26:5 27:1,2
28:4,7 29:4,11
29:13 30:6,7,9
30:13,14,19,23
51:25 52:8,18
52:22 59:9,10
59:17 60:18
75:24,24 76:11
87:11 88:22
89:23 92:4,10
92:12,20,21,25
93:5,6,17
108:19,21
109:17,19

110:10 111:19
118:17 120:15
126:5 131:18
133:14 135:3
137:11,17
140:15 162:24
**Unit's** 60:22
**UNITED** 1:1
**units** 56:15
59:18 75:23
93:11 103:5
**University** 8:19
8:20
**unlawful** 41:16
41:19,24 42:2
94:22 104:25
142:9,15 143:4
143:24
**unlawfully**
41:22 42:10
**unlimited**
166:11
**unquestioned**
47:25
**unreasonable**
41:20 119:21
**unsupported**
39:23
**unusually**
106:24
**unwillingly**
28:22
**unwritten**
128:20,21
154:18 155:17
156:5 158:6
186:21,24
187:10
**upkeeping**
61:10
**uproot** 180:14
**upset** 138:6
146:4
**uptick** 110:11
**use** 42:3 47:23

50:11 100:13
101:14,20
102:17,25
105:1,18
115:23 163:12
166:1,20 174:5
**usually** 58:10
75:24 76:9,16
76:21 92:21
93:7 159:22
**ut-huh** 6:7
**utilizes** 94:20

___

**V**

**vaguely** 99:3
**valid** 37:24 84:3
**value** 44:23
178:17 179:3,7
**values** 46:3
**vehicle** 88:9,21
88:25 104:20
107:7 127:10
142:11 186:22
**vehicles** 89:15
158:25
**verbal** 6:5
**verbally** 6:6
**verbatim** 117:24
131:3
**verify** 37:5
**verifying** 36:25
**version** 183:22
**versus** 121:16
179:20
**veteran** 91:12
93:8
**VI** 165:22
**victim** 13:5 73:9
73:9 74:3
115:21
**video** 1:11,13
5:2 190:8
**view** 99:5,16
105:8
**Village** 9:6

**violate** 49:6 50:6
**violated** 119:20
187:1
**violation** 47:3
48:19,22 50:2
89:19,20
105:20 125:16
176:6 186:25
**violations** 48:20
48:24 49:4
50:7 117:2
151:21 154:13
159:9,15 160:8
172:16
**violence** 24:15
28:4 75:25
76:2
**vs** 1:6

___

**W**

**wages** 176:5,6,7
176:10,12
181:13
**wait** 19:17 24:1
160:14
**waiting** 62:21,22
72:7
**walk** 64:16
97:23 98:13
**walking** 95:1,6
95:21,22,23
97:19 98:12,18
100:16 102:25
**wall** 23:4
**want** 6:12,18
10:11 12:12,21
14:3 17:10,11
17:14 18:12
25:9 31:22
32:11,25 33:8
34:3 35:1 36:5
36:15,19 38:16
39:3 40:18
41:12,13 42:24
42:25 43:2

MARCELLUS BALL v CITY OF DETROIT, SEVERY, MCCORD, ADAMS
Deposition of Marcellus Ball

Page 225

44:18 45:25
46:21,23 48:12
49:1,12,13,25
51:3 64:14
67:20,21 68:5
69:9 76:13,13
79:6 81:18
82:10,11 84:11
84:24 85:13
87:21 90:3
91:15,19 92:17
96:14 100:17
101:5 105:17
107:17,18
108:4,10 110:4
114:17 117:9
119:4 123:8
128:5,24
129:11 132:10
141:1,4,5
143:21 144:3,9
149:13,22
151:5 152:11
155:1 160:6,12
165:4 167:25
169:8 170:4,13
172:16 175:13
175:23,24
176:16 185:12
188:5
**wanted** 25:12
27:9,11 29:10
64:13 74:11
127:20 138:20
150:8 153:5
157:14 166:19
**wants** 148:25
**warning** 100:4
**warrant** 40:2,9
40:10,11 77:16
77:18,19,21
78:13,14,16
80:4,10,13,14
80:15 81:5
82:13,15,19

83:22,23 85:4
86:14 88:2,7
91:2 115:19
**warrants** 77:24
78:9 79:23
81:17 84:12,13
87:23,24 88:3
120:7,9,10,12
120:21
**wasn't** 107:11
107:25 110:13
113:6 126:14
130:19 139:23
142:23 152:12
156:14 162:21
**watches** 110:16
**way** 6:8 12:17
14:25 27:2
60:12 66:21,23
66:23 68:6,10
73:4 74:21
75:3 79:7
80:23 81:21
82:9 93:10
100:24 118:23
124:22 140:18
142:2 180:15
**Wayne** 8:19
71:24 72:22
77:20 82:22
84:1,17,21
85:1,5,16 86:1
86:16,19,24
131:1,5 188:12
**ways** 103:6
159:23 188:3
**WDIV** 15:12,16
15:21,23
**we'll** 16:8 31:22
44:10 62:22
64:22 71:1
73:3 76:5 81:7
106:10,21
110:22,22
111:12 136:3

**we're** 5:22 8:1,2
24:19 50:23
51:2,7 57:19
62:21 64:11,12
64:18 76:21
79:14 96:19
98:19 100:13
100:14 106:11
108:5,17 111:2
126:24 144:5
153:24 163:25
165:14
**we've** 38:10
91:11
**weapon** 75:13
**weather** 79:12
**Wednesday**
1:14 5:1 190:8
**week** 11:4
**weekends**
150:11
**weekly** 127:13
**weeks** 108:7
**well-versed**
44:10
**well-wishers**
15:3
**went** 16:2 18:25
19:8 21:2,5,6
24:25 25:9
29:12,13 30:16
67:22 71:7
78:5 85:16
86:16 111:19
112:10,11
118:14,15
121:7 123:4,7
123:10,19
124:8,11
125:17 130:9
132:24 133:1,2
136:8 137:8
157:13,13
188:12
**weren't** 25:11

27:4 88:7
172:2
**west** 56:22
**what's** 8:14,25
9:7 23:10
29:12 35:10
51:9 62:18
70:19 73:19
101:22 111:20
113:25 114:13
125:7,14 169:5
176:1 178:17
**where's** 95:15
95:16,17
**who's** 6:2 78:21
98:16 108:3
111:14 116:23
**Wiencek** 124:20
124:23 125:2
130:13
**wife** 76:2
**Wilson** 25:4
56:14,16,19,23
57:6,14,21
58:22 59:14
60:3 85:24
117:17,20,23
117:25 118:11
118:14,16,20
119:1,6,11
121:12,16,20
121:25 124:5
132:2,4,15,24
133:1,2,7,25
138:7 139:17
140:1,2,6,9,13
140:21 141:1,9
141:10,11,20
142:2 144:18
146:6
**window** 100:16
**windows** 95:3,5
95:17,18,21
97:10,17
105:19,20

**wingspan** 71:5
**withhold** 47:25
**witness** 3:2 5:12
13:1,20,23
22:25 23:3
25:4 26:3,17
27:21 28:14,21
34:22 35:14
42:17,24 45:24
46:20 47:18
48:11 49:10
53:22 57:4
69:2,13,19,23
72:14 75:3
79:8,13 82:4
85:11 87:4
89:11 90:25
91:9 97:8
101:13 102:10
103:16 104:7
105:14 113:20
115:20 119:10
119:18 121:20
127:5 143:6
145:7,22
147:16 149:9
153:12 154:22
155:5,15
156:11 157:5
162:11 163:10
173:6,24
174:14 181:1
182:13
**witnesses** 38:21
61:7
**won't** 7:3 35:1
166:16
**Woodward** 2:5
**word** 157:1
**words** 67:20
101:5 107:17
114:17 123:9
160:3 173:1
**work** 11:4 13:10
14:19 78:6

84:14 92:11
98:20 122:20
123:5,6 124:8
124:9,9,10,10
124:11 132:16
133:11 134:18
139:1 146:11
146:14 147:1
148:19,24
149:3,10,14,16
149:25,25
157:14 185:23
185:24
**worked** 20:1
26:22 68:19
70:9 85:2
87:11 92:11
116:9 133:11
133:13,13,24
134:2,6,16,17
175:10
**working** 10:25
12:7 14:9 30:6
93:11,16 103:5
103:7 110:18
114:7 120:15
133:24 134:3
150:16 157:25
158:1 176:11
**works** 57:9,11
74:10 149:18
174:22
**world** 14:19
159:20
**worried** 188:2,6
**worse** 107:15
**worth** 25:11
29:3
**wouldn't** 38:7
63:1 78:4
100:18
**wow** 19:19
**write** 99:11,13
99:17 100:5,18
100:20 173:13

**writings** 14:6
**written** 99:5
100:9 154:10
154:15 187:7
187:10
**wrong** 65:15
77:7 84:8
122:1 133:15
144:13 147:23
149:2 153:15
155:1,2
**wrote** 100:22
**WXYZ** 15:13
16:13

**X**

**Y**

**yeah** 11:22
12:13 19:23
20:3 34:22
39:3 42:24
64:23,24 77:4
98:3 120:2
126:23 129:4
145:8 147:14
159:11 161:2
182:24 187:21
**year** 10:19 19:6
24:17 31:7
52:16,24 53:14
107:14,16,19
107:21,21
108:8,9,18,18
111:6,8,12
170:12 178:8
178:11
**years** 12:4 22:5
22:9,11 26:20
26:22 37:14,22
53:3,12,24
68:14 84:5
93:18 96:3
99:4 120:15
149:10 166:9

167:13,15
168:5,7,10
171:16,18
172:5,8,9,11
173:14
**yelling** 152:23
**you'll** 16:15
107:1,3 112:1
148:24 163:6
**you're** 8:4 9:9
10:20 23:14
27:2,3 29:16
32:13 33:10
34:18 53:20
61:23 66:10
67:22 72:2,3
72:24 73:1
78:19,21,24
80:9,12,13,15
81:12 87:12
90:4 95:14
96:8 98:12
101:18,19,19
104:4 105:15
106:3,4 108:3
110:5,18
112:12 123:22
124:14,16
125:13 128:25
129:9 135:5
149:14 155:2
156:9 163:11
164:6 173:3
176:3 177:3,4
**you've** 71:4
79:11 81:21
91:22 95:20
145:12 155:3
164:16 172:11
174:23
**young** 25:10,16
29:1 112:4
172:24 174:18
174:20 176:21
176:23

**Z**

**zip** 9:1,4
**Zoom** 1:11,13
5:2 183:6
190:8
**Zooms** 164:6

**0**

**000335** 3:14
18:1
**004/007** 40:12

**1**

**1** 3:8 17:16,20
**1,000** 177:13
**10** 4:6 32:1,5
53:5 54:14,16
56:21 59:4
131:21 133:10
133:24 134:6
134:16 160:8
166:9 167:13
**10-PDU** 30:14
**10:00** 1:14
**10:01** 5:1
**10:21** 17:19
**10:45** 32:4
**10:51** 35:24
**10:55** 38:3
**100** 77:10
**100,000** 178:7
**101.10** 4:5 36:4
**101.10-1** 36:6
**101.10-4** 36:16
**101.2** 4:7 32:10
**101.2-1** 32:11
33:8
**101.2-14** 34:4,8
**102.3** 3:23 44:18
**102.3-** 46:21
135:14
**102.3-1** 44:19
**102.3-2** 46:1
**102.3-5.1** 46:23
**102.3-6** 48:14

**102.3-6.1** 48:13
48:15
**102.3-6.14** 49:24
51:3
**102.3-6.15**
135:17
**102.3-6.2** 49:1
49:12
**10th** 30:14,18,24
31:2,8 51:22
53:11,13 54:5
54:20,25 55:15
55:20 56:6,7
59:2 60:4,20
92:15,15 94:3
132:20 145:24
163:1,2
**11** 91:15
**11:05** 44:11
**11:15** 50:19
**11:25** 50:20
**11:54** 64:14,25
**12** 29:10 39:25
40:12 92:17
166:4
**12-PDU** 30:15
**12.1** 166:13
**12:30** 64:23
**12:32** 65:1
**12:33** 65:5
**12:47** 72:17
**12th** 18:18,25
19:4 28:1,22
29:5,7,12,16
29:23 30:15,16
**13** 21:14 92:18
94:19 106:21
**14** 106:21
**15** 26:22 100:3,5
119:13,16
**16** 120:23 121:4
121:5,6
**160,000** 179:10
**163** 3:17,20
**167** 3:15

**169,000** 178:22
**17** 3:8,10,12
  128:17 129:9
  186:11,16
  187:24
**17th** 169:6
**18** 21:14
**186** 3:5
**188** 3:6
**190** 190:6
**1960** 8:13
**1986** 8:22 16:19
  169:19
**1996** 9:19 19:7
**1998** 21:14
**19th** 10:9,12
**1st** 8:13

**2**

**2** 2:5 3:10 17:17
  17:20 35:1,2,9
  47:20 91:4
  135:19 169:8
  175:22
**2-23-22** 190:15
**2:19** 129:6
**2:25** 129:4
**2:28** 129:7
**2:53** 144:7
**2:55** 144:8
**20** 22:11 88:13
  109:22,25
  122:2 129:12
  129:15 130:7,8
**20-something**
  68:14
**2009** 21:15
**2010** 9:19
  184:14
**2011** 168:16
  169:6,19,21
  171:16 179:2
**2014** 164:15
**2014-2019** 3:19
**2014-2020** 165:6

165:16,17
**2017** 22:13
**2018** 22:13
  24:18 30:3
**2019** 164:15
**202.1** 3:25 38:16
**202.1-** 41:4
**202.1-1** 38:17
**202.1-2** 39:3
**202.1-3** 40:18
**202.1-3.1** 40:19
**202.1-3.6** 96:21
**202.1-4** 41:13
**202.1-4.3** 41:14
**202.1-7** 43:3
**202.1-7.1** 43:3,4
**2020** 10:12
  53:15 54:13,15
  55:19,21
  109:19 111:9
**2020-2021** 55:1
**2021** 10:13,14
  55:1,21 88:11
  88:11 89:14,14
  109:19,22,25
  122:2 172:10
  172:13,17,20
**2022** 1:14 5:1
  165:21 190:8
**20th** 10:9,13
  122:14 124:4,5
  129:18
**21** 130:4
**21-11653** 1:5
**22** 130:16
**23** 1:14 5:1
  134:12,23
  190:8
**24** 120:15
**24-hour** 161:17
**2450** 1:17
**248.508.2754**
  9:8
**24th** 129:18
  130:11

**25** 12:4 84:5
  120:15
**25-year** 170:7
**25th** 170:11
**27** 89:14 140:5
**27th** 88:11 135:1
  137:4
**28** 16:19 140:12
  141:5,19
  169:20 172:10
**28-2011** 169:13
**28th** 163:2
  168:16 172:13
  174:17
**29** 142:4,25
  144:10

**3**

**3** 3:12 17:16,20
  51:3 166:14
**3.4** 41:5
**3:27** 163:23
**3:37** 167:19
**3:48** 175:15
**3:50** 175:19
**30** 146:10
  165:21 179:24
**313.237.3002**
  2:7
**313.237.3008**
  2:7
**313.963.4529**
  1:18
**313.964.1702**
  1:22
**32** 4:6
**35** 4:4 37:13
  96:3 99:4
**36th** 98:20
**37** 151:5
**38** 3:24

**4**

**4** 3:15 167:17,18
  167:20

**4-1-60** 8:11
**4,000** 178:1
**4:09** 185:9
**4:11** 185:10
**4:16** 189:5
**400** 1:21
**43** 3:22
**44** 154:1,17
**45** 161:9,10
**46** 160:24,25
**48** 40:4
**48226** 1:17,21
  2:6

**5**

**5** 3:4,17 46:22
  163:18,24
**5:00** 11:1,3
**500** 1:17 2:5
**52,000** 10:19
**54** 181:11

**6**

**6** 3:20 163:24
  164:24,25
**6-17-11** 3:16
**6-25-27** 190:19
**6.15** 135:15
**6:00** 135:3
**615** 1:21
**69,000** 178:11
**6th** 20:22 30:25
  31:1,3

**7**

**7** 3:22 34:4
  44:12,14 49:25
  50:24 135:12
  169:11,20
**7-30-2018** 31:9
**78** 79:13

**8**

**8** 3:24 38:4
  96:13,20

131:17,18
**8th** 21:3,11 22:4
  133:14

**9**

**9** 4:4 35:23,25
**9-PDU** 30:15
**9:00** 11:1,3