UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCELLUS BALL,

        Plaintiff,           Case Number 21-11653
v.           Honorable David M. Lawson

CITY OF DETROIT, IAN SEVERY,
DONNA MCCORD, and JASON ADAMS,

        Defendants.
_____/

## JUDGMENT

In accordance with the order and opinion entered on this date, it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated:   December 29, 2022